at 'Federal District Court'
on the land of Boston, Massachusetts

Private

[case 15-1570]

2015 AUG 14 P

Participants [cf. Parties]:

i, the man, John Joseph Fall; falsely imprisoned

---

the man, John N. Kane, Jr., wrongdoer,
who sometimes acts as agent for [Mr. or Mrs.]
UNITED STATES OF AMERICA

'Fall Court' presents notice:

Date: August 8, 2015 Verified

Notice: Evidence Required
for appeal, solely in common law

i, the man, John Joseph Fall ("i", "Me") not another, say here by affirmation that the following statements are My beliefs as My truths as firsthand knowledge, without intent to mislead;

1. i am currently locked in a bathroom/closet without access to a reliable calendar;

2. On or near July 26, 2015 i recieved what i believe to be an unlawful "ORDER OF COURT" with some kind of transcript request form, which i gave to someone at this "Wyatt Detention" facility to make copies for Me, and as of the date above, i have not received them back and believe they are lost;

3. i also had written a letter citing several errors concerning misrepresestations and misunderstandings in and relevant to said order; said letter took many hours to write and now appears to be lost also; and i need at least 15 days to rewrite; since said misrepresentations in the "ORDER OF COURT" are material in nature, such as: the nature and characteristics of the participants [Cf. parties] to My case, plus the jurisdiction (which is solely 'common law', plus the nature of My redress sought (which is solely a claim for My property (My time, freedom, reputation, earning ability, et cetera);

4. there also appears to be a miscommunication concerning the evidence et cetera which i require of the clerk, to aid and enable Me to obtain justice and redress for the false imprisonment, involuntary servitude, plus cruel and unusual punishment that is now upon Me: specifically, in an earlier communication from Me to the Clerk, i was emphasizing transcripts i required, however, it was not My intent to exclude other material information that i require and have listed below;

5. i believe said miscommunication and misunderstanding comes from the fact that i do not comprehend the strange and foreign legal language spoken and written by attorneys, members of the BAR association and Judges and Clerks who implement such language; such as the communications i have recieved from 'Federal District Court' on the land of Boston, Massachusetts; <u>My sole language of comprehension is the common English way of speaking; i do not wish to participate in the legal society</u> [Cf. 13th amendment];

# Redress Sought

6. i respectfully wish and require that all communications from said 'Federal District Court' contains a statement indicating and assuring that there is no legal language, nor customs of the legal society, nor codes or rules, affecting said communication to Me;

7. That the Clerk and Magistrates ["Judges"] accept that i will be sending another communication concerning said misrepresentations and misunderstandings, to the Clerk, on or before the end of August, 2015

8. That to obtain justice and redress, as said, for the wrongs against Me, it is now necessary and proper, and vital, that the Clerk and Magistrates cause all of the following evidence, documents, et cetera described in paragraphs 9 to 23 below, to be delivered to Me forthwith, pertaining to case 1:13-cr-135M (and its variations of syntax):

⊛ 9. All contents of all dockets (1 through 274 and beyond, to present);

10. All discovery provided by "the government" (e.g.: 80,000 documents) on behalf of [Mr. or Mrs.] UNITED STATES OF AMERICA. (If by DVD, then i will need all passwords. [Though i believe the B.O.P. will require the print-outs]

11. All transcripts of all hearings, including, but not limited to: September 19, 30, year 2013; April 24, July 28 ("Calendar Call"), Oct 29 ("Pre-trial") and Nov 4. (Conference Call), year 2014; January 13 ("Faretta" and "Jury Selection"), January 14, 15, 16, 17, 20, 21, 22, 23, 24, 26 plus April 8, 28, year 2015;

12. All lawful court orders (bearing the signature and Seal of the Clerk), plus all unlawful orders, "TEXT ORDERS", "Minute Entry", et cetera; plus all findings of fact and conclusions of law;

13. All chamber notes and communications of all kinds; ~~and all find~~

14. Grand Jury transcripts,

15. Grand Jury witness affidavits

16. The "Jury Verdict Form" [completed and signed]

17. A copy of the check or proof of payment by and for UNITED STATES OF AMERICA for filing of said case 1:13-cr-135M (and its variations of syntax);

18 The "INDICTMENT" bearing the actual signature of the Grand Jury foreperson or, person who signed the "INDICTMENT" (not redacted) under oath or affirmation; and all like charging instruments;

19. The lawful court order that specifically and clearly identifies "the man, John Joseph Fall" for imprisonment for both January 26th 2015, and April 28th, 2015; which clearly and unequivocally identifies said man, John Joseph Fall, either by original birth certification from Saint Margaret's Hospital, Dorchester (Boston), Massachusetts, or, by his height of 6'1" with blue eyes, or, similar detailed description to assure correct identity of said man;

20. The completed and signed official, federal "Criminal Complaint" form (AO90), used to initiate said case [on www.U.Scourts.gov]

21. Jury instructions;

22. Any and all warrants and relevant application, affidavits (e.g: probable cause) and relevant court orders, as basis for the seize of i, the man, John Joseph Fall; on or near Sept. 19, 2013;

23 Any documents relevant to inducements made to witnesses, including but not limited to: payments, contracts, Immunity agreements, et cetera;

24. i [respectfully] wish and require the Clerk to, posthaste, correct the record to: show the correct participants in My case [Cf 15-1570] as shown on page 1 herein; and to Keep My case solely on the claim side of the court, solely in 'common law', without affect by the will of the legislature, codes, rules, procedures, legalese, statutory and administrative courts; see

Article 9, Bill of Rights (a.k.a. 9th amendment in the original jurisdiction of the federal Constitution of the United States (a.k.a. "union of states") "...rights... retained..." i.e.: God's Holy Scriptures: Acts 25:16, and Psalm 19:7, and Ecclesiastes 12:13, and Psalm 24:1;

Notice: i verify that on August 8th, 2015 at 9:05 p.m. in L-Pod at Wyatt Detention Facility, i personally placed this letter into the mailbox to be mailed to 'Federal District Court,' John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2500, Boston, Massachusetts [02210], before two witnesses;

Notice: This document and all documents bearing My signature, are solely My property, until i at My sole discretion, choose to surrender to a Magistrate solely in 'common law';

john joseph fall, a man August 8, 2015
John Joseph Fall, a man, Private Citizen

John Jos[illegible]
c/o D.W.W.D.F. ; L-9
950 High Street,
Central Falls,
Rhode Island
[id#09302070]

RI 028
12 AUG '15
PM 5 L

neopost
08/11/2015
US POSTAGE $000.49º
ZIP 02863
041L11252843

[redacted]

USMS SCREENED

To: Clerk's Office
Federal District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500,
Boston, Massachusetts
[02210]

02210302499

MAY NOT HAVE BEEN EVALUATED. THE FACILITY IS NOT
RESPONSIBLE FOR THE SUBSTANCE OR CONTENT
OF THE ENCLOSED MATERIAL.