federal district court
1:13-cr-135M

2015 DEC 14 P 4: 01

[the] UNITED STATES OF AMERICA

v.

JOHN J FALL

Verified

[Cf. Motion to correct record]
Notice of Objection and Demand
to Correct the Record

in regards to case 1:13-cr-135M (and its variations of syntax: i, the man, John Joseph Fall as sole beneficiary and grantor to the private trust JOHN J. FALL [Docket #266] object to the errors in the record for "1/13/2015" and "1/14/2015"; i am under false imprisonment and My private property has been taken without My consent, nor authority, and without just compensation by way of said case;

i am therefore seeking justice and restoration of all property affected by said case, in another court at Boston on the land of Massachusetts [Cf. Direct Appeal at an Article III court, not Article I, nor Article 4 (3)(2)]; it is therefore necessary and proper that the record of said case be immediately corrected [Cf. F.R.C.P. Rule 60; Cf F.R.Cr.P. Rule 36] so that said "[an]other court" can accurately adjudicate [F.R.A.P. Rule 10(b) and (c)]; thus:

## Corrections to the record need immediately:

#1) the record, by way of the "Docket" sheet, on January 13, 2015 ("1/13/2015") fails to show the events that actually occured, which include but are not limited to, a so-called "Faretta" hearing, followed by jury selection for a jury trial [as contrasted with a 'trial by jury'] plus events that are wrongly placed under the date of "1/14/2015" in said Docket, which should be shown for "1/13/2015" instead;

#2) Possibly as a consequence of the foregoing, the occurences that did happen on January 14, 2014 ("1/14/2015") in courtroom #3 and courtroom #4 [e.g.: sparse and missing audio in #4] were displaced by the wrong information being placed on the Docket for January 14, 2014 ("1/14/2015");

i wish and require that the record and revised docket sheet correctly reflect and show what truly happened on the dates of "1/13/2015" and "1/14/2015"; and that the corrections be noted in the record, a copy be sent to Me forthwith;

i further wish and require that all of said corrections be made without My prescence since such would create a hardship on My health (Docket #47), time and peace;

Notice: nothing herein is intended to grant jurisdiction to the municipal corporation District of Columbia a.k.a. "United States," nor indicate acceptance of the so-called Docket; if the record needs to be reconstructed, i have witnesses for every moment from January 13, 2015 to April 28, 2015;

i verify all herin be My true beliefs, BY: *John Joseph Fall*, Dec. 7, 2015
John Joseph Fail, a man in private

# Verifiable Proof of Service
## and Verifiable True Copy
### [case 15-1570]

i, the man, John Joseph Fall without liability to, nor characteristic of, another, say by affirmation that i personally caused to be mailed, the documents described below to the addresses shown below and that said documents are true copies of the original-signature documents in My possession;

A. (one page) "[Cf. Motion for leave of court to correct record] Notice and Demand for Support and Acknowledgement of Magistrate to correct record"

B. (two pages) "[Cf. Motion to correct record] Notice and Demand to Correct the Record"

On December 11, 2015 (→eleventh), i did cause the foregoing document to be mailed by first class mail to:
the man, John N. Kane, Jr. c/o U.S. Department of Justice, Tax Division, 7th floor, 601 D Street, N.W. Washington, D.C.
and, Attention: Clerk, federal district court, John Joseph Moakley Courthouse 1 Courthouse Way - Suite 2500, Boston, Massachusetts [02210]

BY: *John Joseph Fall*   Dec. 7, 2015
the man, John Joseph Fall

[John Joseph Fell] [09302070]

Name:
Federal Prison Camp
P.O. Box 1000, Catawba West
Butner, NC 27509

⇔09302-070⇔
Federal District Court
1 Courthouse WAY
John Joseph Moakley
Boston, MA 02210
United States

Attention: Clerk's Office

USMS SCREE[NED]

FILED IN CLERK'S OFFICE
2015 DEC 14 PM 2:
U.S. DISTRICT
DISTRICT

0221030029