$$\Big[ Case\ 15-1570 \Big]$$

2016 MAY -2   P  3: 32

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

_Massachusetts District Court of the Union_
solely under Article III § 1 cl 2;

the man, John Joseph Fall; _aggrieved;_

_John N. Kane, Jr., the man,_   _agent of_
UNITED STATES OF AMERICA

[Cf. Direct Appeal]

_Notice of Objection and Demand_
_for Redress; In Exclusive Equity_

_Notice: I am filing this under duress at this time, since_
_I did not receive most of the categories of documents_
_I requested from the court (see document I filed in_
mid April, 2016); however, I believe the court
may see enough information herein to order the
Redress [Cf. Relief] Sought, since the errors are
egregious; eg.: see Ground "Appoint Attorney Same Day
as Trial, forcefully"

# TABLE OF CONTENTS

VERIFICATION AND INTRODUCTORY FACTS

Summary of the issues and relevant facts

STATEMENT OF MY JURISDICTION                                1A-4A

Table of Addendums [Cf. Authorities]                        1B-6B

GROUNDS | CONSTITUTIONAL Breaches |

| MY IDENTITY (CLARIFIED) | Bill of Rights 1st and 5th amendments; Article III §1 cl 2 | 1C-6C |
| | | |
| | | |
| APPOINTMENT ATTORNEY SAME DAY as Trial, by force | Bill of Rights: 1st, 5th, 6th amendments; Article VI cl 2 | 1D-8D |
| | | 1E-4E |
| No JURISDICTION - ACT OF CONGRESS (WILLFULNESS) | Bill of Rights: 1st, 5th, 6th 10th amendments; plus Article I sec 7, | |
| | | |
| FAILURE TO LIBERALLY CONSTRUE | Bill of Rights: 1st, 5th, 6th amendments, plus plus Article VI cl 2 | 1F-8F |
| | | |
| MY CHOICE OF COUNSEL | Bill of Rights: 6th amendment, plus Article I section 10, plus Article VI cl 2; | 1G-4G |
| No Jurisdiction - Court | Article VI cl 2; Article 3 §1 cl 2 Article I §6 cl 17 Bill of Rights: 5th and 10th amendments | 1H-12I |
| Redress [Cf Relief] Sought     (3 pages | | |
| | | |
| | | |
| | | |
| Addendums [Cf. Authorities] A0-L | | |
| | | |
| | | |

Verification and
Introductory Facts

I, the man, John Joseph Fall, one of the Joint Tenants
In the Sovereignty, not another, not liable for another,
say by affirmation, as My firsthand knowledge, without
intent to mislead, that all My statements in these pages
are the truth of My beliefs; and I believe no [wo]man
will say contrary, under oath or affirmation by firsthand
knowledge:

My beliefs are My facts and My facts are My beliefs;
My beliefs have always been, and are now, solely My property;
see Addendum: A0, I4

My use of the word "or" is not exclusionary; i.e: it does
not negate;

I can and will verify all of My statements herein, in
open court, solely under Article III of the federal Constitution
of the Union;

My law, status and relation to the private trust John J.
Fall are truthfully explained in Ground "My Identity (clarified)"
herein;

All citations referenced herein, which were created after
year 1863, are provided for comparison sake only, and

do not demonstrate, or indicate acceptance of, jurisdiction to the District of Columbia municipal corporation, nor any jurisdictions or entities created by way of Article I §8(17) of the federal Constitution, since no such jurisdiction has ever existed in this matter;

My sole language of Comprehension is the common English way (parlance), as defined in Noah Webster's 1828 English dictionary; and not otherwise, unless expressly indicated in writing by Me;

All documents bearing or showing My signature are solely My property;

I wish to surrender this, My case [Cf 15-1570], solely to a court under Article III §1 Clause 2 of the Constitution, without affect by Article I §8(17) and without affect by the will of the legislature; see herein: "Statement of My Jurisdiction"; In Exclusive Equity;

I claim: all of My God-given rights are unencumbered; and are protected by the federal Constitution of the Union (circa 1787–1789; formerly the land areas of the Union of Colonies);

I believe the wrong doer behind case 1:13-cr-135M (and its variations and derivatives of spelling and syntax) is the man, John N. Kane, Jr. who sometimes acts as agent of the District of Columbia municipal corporation a.k.a. UNITED STATES OF AMERICA; and this case is responsive to the harm and injury done to me and my beneficial interest in said private trust and my marital estate, thereby.



John Joseph Bell, man    April 25, 2016
John Joseph Fall, a man

Summary of the issues
and relevant facts

*1*

## Summary of the issue
## and relevant facts

1. I believe ( see Addedum A1):
   I, the man, John Joseph Fall, one of the Joint Tenants in the Sovereignty, a private citizen solely of the land area of the Union (formerly "Union of Colonies"), not another, not liable for another, am currently being held prisoner by the District of Columbia municipal corporation Bureau of Prisons, a.k.a. U.S. Bureau of Prisons; (Addendums A3, A4, C); by way of case 1:13-cr-135M of District of Columbia municipal corporation District Court;

2. Meanwhile, I have never knowingly resided in, been a citizen of, had sources of income or gain from within or subject to, nor been a fiduciary in relation to, the District of Columbia (see Addendums C), its territories, possessions, states, districts, its corporators such as, District of Columbia municipal corporation, "U.S.", "United States", "STATE OF _____" (Addendum B0, B1, B2, B4); nor have I ever knowingly contracted with such, nor have I or the private trust ever knowingly indicated intent of such; (Addendums E1, E2, E3, F, bottom of G4; A6 re "trust"); Neither I nor the private trust John J. Fall has ever been a legal-meaning "taxpayer," see dockets 8, 10, 18, 118, 179, 174, 178, 218, 265, 266;

3. Meanwhile, there is no lawful court order against Me, with height of 6'1 and blue color eyes, only against the artificial being John J. Fall which I have never been liable for, nor fiduciary; (Addendums As of April 16, 2015: There is no warrant, writ of attachment, indictment, presentment against Me which states a wrong, by a [wo] man with firsthand knowledge, under oath or affirmation; nor is there a signed jury verdict by a lawful court under Article III of the federal Constitution of the Union (as contrasted with the foreign state, District of Columbia municipal corporation (Addendums B0, C, J1, H6, H7); See section/Grounds herein: "My Identity (Clarified)" and "No Jurisdiction — Court"; and all Grounds herein; I have done no wrong, and neither has the private trust, John J. Fall; Only I have a verifiable claim.

Statement of
My Jurisdiction

## Statement of
## My Jurisdiction

1) I believe:

John J. Fall is a private trust in exclusive equity[F1]; see Addendum A6;
I, the man John Joseph Fall, am one of the Joint Tenants In the
Sovereignty[F1], a private citizen of the Union (circa 1787-1789,
formerly the "Union of Colonies"-see PreAmble); at all times in My life
making My home upon the land areas of counties within the Union
and never a citizen of, nor with subjuct status in relation
to, the District of Columbia nor any jurisdictions and/or entities
created by Article I §8(17); see Addendums A3, A4, H3, H6; A0;

2) I believe neither I nor said private trust, are subject to
jurisdictions and entities created by way of Article I §8 (17)[F2]
such as "United States" courts and agencies of the District of
Columbia municipal corporation, and that such have no jurisdiction
over My property (such as My time, freedom, innocence, peace,
reputation, rights and more); I therefore wish and require
justice solely by way of Article III section 1, Clause 2 of the
federal Constitution of said Union, which is My sole citizenship;
and without affect by either Article I §8(17) or the will of the
legislature; See Addendums: I4, I2, I3, then H7; H8: C, B4;
Yet, I believe the wrongdoer and his company were trying to
extort over $750,000.⁰⁰ from the private trust, John J Fall; yet,
there is no consent. to debt; see Addendums A0, E1, E2, E3, B0, B1, B2, B4;

F1  see section/Ground herein, "My Identity (Clarified)"; see Addendum
    A0;

F2  see F1 and see sections herein "No Jurisdiction

I object to any all affects by way of Article I §8(17) courts
agencies and jurisdiction upon Me and/or My beneficial interest and property;

I object to titles and characteristics of a legal
person being applied to any of Me, said private trust, and/or
My property; such as "person", "defendant", "appellant", "Pro Se", "individual", etc.
I believe:

3.) By way of the Massachusetts District Court of said
Union: I therefore wish and require that case 1:13-cr-135M
(and its variations of syntax and spelling), proferred by the
wrongdoer, John N. Kane, Jr. and his company, be set aside,
or vacated, or dismissed, or discharged or disposed of and
abated, or like remedy, by way of equity; and I wish
for a non-statutory injunction against said case and all those
who aided its prosecution; plus, I wish for a non-statutory
Declaratory Judgement regarding My citizenship, the status
of Me and said private trust in relation to the District of
Columbia and its corporators such as the District of Columbia
municipal corporation, [a.k.a.] "United States" (legal meaning term);
all without affect by the will of the legislature; SINCE and
because:

    (a) the trust indenture requires "In Exclusive Equity";
    (b) I cannot adequately comprehend the strange and
       foreign legal language and customs of the legal
       society, attorneys, members of the Lawyer's Guild,
       members of the BAR Association, federal defenders.
       and agents and employees of the District of Columbia
       municipal corporation; I therefore have no remedy
       and no redress by such; since I only comprehend
       the common English way of speaking and writing, as
       defined in Noah Websters 1828 English dictionary;
       see Dockets 213 and 217, sworn in living voice, plus docket 128;

    (c) I have never wished for, and do not now wish for, to
       participate and/or interact with such legal language,
       customs, legal society and said agents and employees;

and I object to such affecting Me and/or My beneficial interest in said private trust;" I believe their is neither contract, nor law, nor authority, which compels either me or said trust to participate or interact, as said; see Addendums A0, G1, E1, E2, E3, H4, H7;

(d) I believe irreparable injury to My property and harm to Me has already resulted and will continue to result, by way of agents and employees of the District of Columbia municipal corporation ("United States", UNITED STATES OF AMERICA), by way of Internal Revenue Service and the District of Columbia municipal corporation Department of Justice a.k.a. U.S. Dept. of Justice and like agencies, including but not limited to:

(d1) they terrorized My wife of 12 years to divorce Me; causing prolonged separation of Me from My two [minor] sons; causing homelessness unto Me since the "Family Court" caused all assets and income to her, based on her only complaint, which alleged said trust caused her business to not pay the correct amount of taxes; meanwhile her attorney was a former IRS agent and co-worker with the agents who falsely assessed said trust (see docket 197 especially its exhibits; and see docket 218 re "vindictive prosecution"); See Addendum A0;

(d2) the foregoing resulted in Mental terror and stress upon Me to a level that was and remains life threatening; see My medical records at docket #47 re My incurable cardiomyopathy and chronic blood clotting disorder; see

4A

doctor letters confirming such is life-threatening, and so is imprisonment; see hospitalization of Me, for 6 days at Massachusetts General Hospital during pre-trial of said case, i.e.: Oct. 30 - Nov. 6, 2014, due to severe stress of interacting with prosecution of said case;

re said hospitalization during pre-trial, see docket 168 and "Minute Entry" of "11/04/2014" and "TEXT ORDER" of "11/18/2014"

The foregoing is likely to continue and worsen, since I have been "targeted" by the IRS, and by extension, by said Dept. of Justice, see page 31 of April 28, 2016 transcript; which is not rebutted (see docket 226 re docket 218 "vindictive prosecution" also not being rebutted, and yet, is My sworn testimony in living voice in front of a government officer; see Addendums **D** and **G2**; A0;

4.) I believe:
The wrongdoer and his company, UNITED STATES OF AMERICA are both from a foreign state, District of Columbia; see Addendums: B0, B1, B3, and especially B4, C; and that the Massachusetts District Court of the Union has jurisdiction to provide Me and said private trust, justice, by way of said equity;

Cf. U.S. v Lumber Co., 200 U.S. 321, 20 Sup. Ct. 282, 50 L. Ed. 499 pp 1064, 1065
Maxim of Equity: "Equity does what ought to have been done"

Alternatively, I wish for a trial by jury of My peers without affect by the will of the legislature, independent of the Magistrate, to render a verdict in accord with My law, which is solely God's law; see section /Ground herein titled: "My Identity (Clarified)"; see Statute of Staples; see docket #204 and 205; see Article **VI** cl 2 re "Supreme law of the land"; Addendums A0, A1, A2;

/ B —

TABLE OF ADDENDUMS [Cf. AUTHORITIES]

A

A∅  West Virginia School Bd of Edu. v Barnette, 319 US 624

A1p1 - ECCLESIASTES 12'.13 (KJV)

PSALM 19:7 (KJV)

MATTHEW 24:35 (KJV)

2 JOHN 1:9-11 (KJV)

ACTS 5:29 (KJV)

EXODUS 20:3-5 (KJV)

A1p2- ROMANS 3:4 (KJV)

MATTHEW 10:32-33 (KJV)

JOHN 14:6 (KJV)

Cf. AN ACT OF CONGRESS IN 1982.' "CONGRESS DECLARES THE
BIBLE THE WORD OF GOD" P.LAW 97-280; 96 STAT 1211 [EMPHSIS ADDED]

A2p1 - Cf. 135 S.CT. 2128 KERRY V DINN

A3p1 - ICORINTHIANS 2:15

A3p1 - CHISOLM V GEORGIA, 2 U.S. 419, 471

Cf. 182 US 244, DOWNES V BIDWELL

Cf. 118 US 356 S.CT.; VICK WO V HOPKINS

GENESIS 1:26

A4p1- Cf. JULLIARD V GREENMAN, 110US 421, 467

3 DALL 54, PEN HALLOW V DOANE, S.CT.

A5p1 - 118 US 356, VICK WO V HOPKINS S. CT.

A6p1- 132 US 604, AVERY V. CLEARY

A7p1 - Cf. ACT OF STATE DOCTRINE

Cf. BLACKS LAW 10TH Ed.

Cf. 57 LED 960, 228 US 549, TIACO V FORBES

Cf. ARTICLE III §2 OF THE FEDERAL CONSTITUTION

Cf. 8 LED 751, 7 PETERS 469, THE LESSEE OF

LIVINGSTON ETAL. V. MOORE  ETAL.

A7p2 - cf. 28 USC 1257

cf. HAGUE TREATY ; HAGUE CONFERENCE

cf. 54 L Ed 854, FOREIGN NATIONS - RIGHT TO SUE

cf. BANCO NACIONAL DE CUBA v SABBATINO, 376 U.S. 398,

423, 84 S.CT 923, 937

cf. FOREIGN AGENTS REGISTRATION ACT OF 1938

cf. 28 U.S.C § 1602

A8p1 - 92 LEd 1091, 333 US 795 UNITED STATES v. SCOPHONY

CORPORATION; BELOW [333 US 820]

A8p2 - cf. BOTTA V. SCANLON, 288 F.2d 504, 508 ( Circuit, 1961)

cf. ECONOMY PLUMBING & HEATING V. U.S., 470 F2d. 585

cf. U.S. DEPT OF JUSTICE V. CHURCH OF SCIENTOLOGY 612 F.2d 417

cf. WILSON v OMAHA INDIAN TRIBE, 442 U.S. 653, 667

cf. U.S. V. COOPER, 312 U.S. 600, 604, 61 S.CT. 742

cf. U.S. V. UNITED MINE WORKERS OF AMERICA, 330 U.S. 258,

67 S.CT. 677

A8p3 - "GOVERNMENT STYLES MANUAL"

A8 p3 491 US 58, Willis vs Michigan

B

B0p1 - 19 CJS

B0p2 - cf. STOUTENBURG V HENNICK, 129 US 141

B1p1 - cf. 6 LEd 244, 9 WHEAT 904, THE BANK OF THE

U.S. V. THE PLANTERS' BANK OF GEORGIA

B1p2 - 14 HOWARD 80 RUNDLE ET AL V THE DELEWARE

AND RARITAN CANAL CO.

B2p1·265 US47, COOK V TAIT (S.CT)

B2 p2 - cf. 306 US 398, TEXAS V FLORIDA

B3 p1 - cf. HOOVEN AND ALLISON V EVATT, 324 US 652, 89 L.ed

1252, 65 S.CT. 870

3 B

B3p1 - cf. 92 US 542, UNITED STATES V. CRUIKSHANK
B4p1 - cf. 337 U S 582 NATIONAL MUTUAL INS CO V TIDEWATER T CO.
    B4p2 306 US 161, U.S. v Midstate Horticultural Co.
        B4p2 Bank of Augusta v Earle, 13 Peters 519

C

C1p1 - FORTY-FIRST CONGRESS. SxsS III CH. 61, 62.
C1p2 - cf. 13 STAT 223, 3056, ch.173, SEC 182, JUNE 30,1864
    · C f. 28 U.S.L. PART II, CHAPTER 176, SUBCHAPTER A, 3002 (A)(15)
    ·cf. 16 STAT.419, cH62; 20 STAT. 102, cn 180, SEC 1;
    · TITLE 1 1935, 49 STAT.430, ch. 332, SEC 1 (TITLE1,
      SEC 162, DISTRICTOF COLUMBIA Code
C1p3 - THIRTY-EIGHTH · CONGRESS. SESS L. CH. 173,174. 1864
C1p4 - FORTY-FIRST CONGRESS. SESS. III. CH. 62 1871
C1 p5 cf. 4USC §71 and §72

D

D1p1 - cf. KLAPPERT V UNITED STATES, 335 US 601
    ·cf. WARTH V SELDIN, 45 LED 2D 343 S.Ct

E

E1p1 - 146 US 162 MORLEY V LAKE SHORE AND MICHIGAN
      SOUTHERN R.CO
E2p1- cf. 10 LED 223 13 PETERS 400 THE HEIRS OF EMERSON
      V. HALL
      cf. 135 S.CT 2138 KERRY V DIN,
E 3p1- cf. 335 F. 3d 1373 FIRST COMMERCE CORP,
      UNITED STATES
      · cf McGhurn v BELL MICRO PRODUCTS 284 F.3d 86
E3P2- cf. 146 US 162, MORLEY V LAKE SHORE
      MICHIGAN SOUTHERN R.CO
      ·· cf 463 US 582, GUARDIANS ASSN. V CIVIL SERV COMMN

4 B

E3p3 - cf. 13 PETERS 519, THE BANK OF AUGUSTA V. EARLE

F

F1p1 - cf. JOHN L CHEEK V UNITED STATES, 498 US192

.cf. WEST VIRGINIA STATE Bd. of EDU V BARNETTE,
319 US 624 - 671

. cf 381 US 479, GRISWOLD V CONNECTICUT

F1p2 - cf. UNITED STATES V. BISHOP, 412 US 346, 36 L Ed 1941, 93 S. CT

F1p3 - 76 LED 632, 461 US 30, SMITH V WADE

G

G1p1 - cf. COOPER V AARON, 3 LED 2D 5, 358 US1

.cf. 18 USC § 4001

G2p1 - cf. US V TWEEL, 550 F2d 297·300

. cf. BLACK'S LAW DICTIONARY, 7TH EDITION

G2p2 - cf. 25 LED 93, 98 US 61 UNITED STATES V THROCKMORTION

G3p1 - cf. TITLE VIII CITIZENS PROTECTION ACT OF 1998 (H.R.3168)

G4p1 - cf. 744 F.3d 221 HOUSEN V FIELD Brotton v U.S. 73 F.2d 795

cf. BRADY V. MARYLAND, 373 US 83, 87, 83 S. CT. 1194

G4p2 - cf. RULE 103 - Rulings on EVIDENCE

cf. UNITED STATES V EDWARD G. SCHEFFER, 523 US 303,
140 LEd 2d 413, 118 S.CT 1261

H

H1p1 - cf. 81 LED 289, 299 US 374

. EMPLOYERS REINSURANCE CORP V BRYANT

H2p1 - cf. US V NIXON 418 US 683, 694, 697

H3p1 - cf. 95 US 714, 722, PENNOYER V NEFF

H4p1 - cf. MAYOR v COOPER, 6 WALL 247, 252, 18 LED 851

·cf. FINLEY v UNITED STATES, 490 US 545

·cf. 139 LED 2D 525, 522 U S 156 CHICAGO v INTL COL. OF SURGEONS

H5p1 - cf. SHOESHINE MINING Co. v RUTTER, 177 US 505, 513

·cf. BOUVIERS 1856 LAW DICTIONARY

·cf. NOAH WEBSTERS 1828 DICTIONARY

H6p1 - cf. 140 F.3d 12 VIQUEIRA v FIRST BANK

·cf. 715 F.3d 14 :; CAI DERON - SERRA v. WILMINGTON TRUST Co. ∵ (2013)

H7p1 - cf. COHENS v VIRGINIA, 19 US 264 6 WHEAT, 265, 5 L.Ed. 257

·cf. MATTOX v US., 156 U.S. 237, 243

H8   cf. 73 LED, 483, 278 US 515, W.A. FROST COeP v CORPORATION OF THE STATE OF OKLAHOMA

## I

I 1p1 - cf. WARTH v SELDIN, 45 LED 2D 343 S.CT

I2p1 - cf. WARTH v SELDIN, 45 LED 2D 343 S.CT

I3p1 - cf. WARTH v SELDIN, 45 LED 2D 343 S.CT

·cf. LED 1082, 461 US 30 SMITH v WADE

I4   - cf. 98 US 61, United States v Throckmorton

- Cf. 92 US 542, United States v Cruikshank

- Cf. 327 US 391, Fay v Noia

- Marbury v Madison, 5 U.S. (1 Cranch) 137, 177, 2 L. Ed 60 (1803)

J

J1p1- cf. AMERICAN INS. Co V CARTER PET. S11, 7.L. Ed
   242 / Reynolds v US. 145 S.CT
   .cf · MOOKINI V U.S., 303 US 201
   cf. INTERNATIONAL LONGSHOREMEN'S AND
   WAREHOUSEMEN'S UNION V. JUNEAU SPRUCE Co.
   342 US 237

J1P1 - cf. WILLIAMS v UNITED STATES, 299 US 533
J1P2 - Cf. 493 US215 FW/PBS, INC v DALLAS
   .cf. EXPARTE BAKELITE CORP., 279 U.S. 438
   .cf BALZAC V PORTO RICO, 258 US 298
   Cf 28 U.S. §132 of the District of Columbia municipal corporation code
   cf. Wells v United States

K

   Lujan v Defenders of Wildlife, 112 Supreme Court 2130

L

   p1 73d CONGRESS  SESS. I, CHS, 48, 49, June 5,6 1933  113
   p2 Article I, Section 10

My Identity (Clarified)

Constitutional breaches: <u>article I of Bill of Rights (First Amendment)</u>
Article III cl 2         <u>article V (Fifth Amendment)</u>

1. I believe My facts are My beliefs and My beliefs are My facts; all of My statements are My facts; see Addendum(s) A3, F, A0;

2. I believe:
The only correct spelling and syntax of My name is "John Joseph Fall"; for verified proof see My high school diploma among exhibits 1-6 at both Dockets 264 and 266; then see an exhibit with dockets 269 or 270 which is evidence the name given to Me by My mother and father, at Saint Margarets Hospital on the land of Boston, Massachusetts (as contrasted with, and separate from, the State-created corporation JOHN J. FALL (a.k.a. John J. Fall, JOHN JOSEPH FALL, FALL, JOHN, evidence of which is also among exhibits 1-6 at both Dockets 264 and 266); Said dockets are both sworn by Me in living voice before a government officer as witness; I am not known by another name except nicknames in private, used by my family, such as "john-joseph", "Johnny" and "Dad"; see Addendum D; see Docket 8, Exhibit 7, a bond showing I am separate and distinct from JOHN J. FALL;

3. Regarding the following, see dockets 51, 205, 226 (re 205), 220:
I believe I have always been, and am now, one of Joint Tenants in the Sovereignty, unencumbered, living and conducting My life in private; see Addendum(s): A3, A4, A5, H4 see "Declaration in the Nature of an Affidavit" recorded in the Providence County registry of deeds, Rhode-Island; Notice: this was an exhibit presented by wrongdoer to the jury of said case 1:13-cr-135M, though he showed only the excerpt "sovereign citizen" in this regard; by which, it has always been My intent to mean "Joint Tenant in the Sovereignty"; I believe said recorded ... Affidavit is notice to the world;

4. I believe I am an Irish-American National as that status
equates to pre-1863 (i.e: prior to the formation of the "Government
for the District of Columbia)' see Addendum(s): C, B4, H5, H6
see Dockets 264 and 266 with their exhibits 1-6; in said case;
Notice: Docket 266 is also recorded at Superior Court [of Chancery]
on the land of Lamar County, Georgia, at book 44, page 359, which

5. I believe is notice to the world; Cf. 372 US 144, Kennedy v Mendoza-
Martinez at P[372 US 184], "V. Conclusion" re "Bill of Rights";

6. I believe My colors are solely the Massachusetts flag, a
land area of the Union formed circa 1787-1789; formerly
the Union of Colonies; see Addendums C, B4, H5, H6, B2, H6, H7


7. I believe My law, and the on law that applies to Me and
My property, is God's law as shown in My Family Bible, King
James version; see docket(s) 205, 226 (re 205), 220, 51; see First Amendment;
see Addendums: A1, A2, A3, A4, A5, D(reallegations); see also B2, H6, H7;
see article 1 of the Bill of Rights, to the federal Constitution of
the Union (cira 1787-1789; formerly the "Union of Colonies");
Cf. 384 US 491, Miranda V Arizona (1966) at P[384 US 491] re "rights
secured by the Constitution"; see also case from My nation, the Union:
Marbury v Madison, 5 US (1 Cranch) 137, 177 2 L. Ed 60 (1863):
"an act of legislature, repugnant to the constitution, is void"

8. I believe that all documents which I have either signed or
interacted with, using phrases like "U.S.", "United States"
and "State of _____" were referring soley to, and being
solely my intent to mean, said Union, and never the District
of Columbia nor its territories, possessions, states, districts and/or
corporators, when referring to any of, Me, My property and/or the
trust, John J, Fall (described below); see Addendum(s) B0, B1, B2, B3,
B4, C, H6; Dockets: 51, 174, 178, 179, 220, 226 and 265;

9.  I believe John J. Fall a.ka. JOHN J. FALL a.k.a. JOHN
    JOSEPH FALL, is a private trust and that I am the
    non-liable agent and sole beneficiary and grantor to that
    trust; see Dockets 264 and 266 with their exhibits 1-6; in said case;
    which is recorded, as said, at Superior Court [of Chancery], "In Exclusive
    Equity" shown in indenture; see Addendum A6; H6; B4, B0, B1
        Re Article III cl 2:

10.  I believe all matters of controversy and debt must be
     settled in exclusive equity, regarding said private trust;
     see trust indenture at said docket 266 and see exhibits 1-6;
     or see said Book 44, page 359; see Addendum A6, H6, H2
     Said also docket 264 which also recorded at Providence County
     on the land of Cranston, Rhode-Island, City Clerk's Office;
     Park Avenue; which I believe is notice to the world;
     Those dockets/documents are sworn by Me in living voice before a
     government officer as witness; Cf. Addendum D, B0, B1, B2 and B4;

11.  I believe I am not now, nor have I ever been, liable for
     said private trust, see said dockets 264 and 266, and
     said Book 44, Page 359;  Cf. Rule 201, 902(11) of FRE;
     Cf. FRCivP 55(d) and 57; though I have offered, and do offer now,
     to satisfy any verifiable claim;

12.  I believe I am not now, nor have I ever been, a fiduciary for
     said private trust, nor any artificial being;

13.  I believe I am the sole beneficiary and grantor to said private
     trust; see Docket 266; see Addendum A6;

     Re Fifth amendment: My Identity and are My property, I am who I
     say I am, not what wrongdoer, prosecutors or government agents say:

14. By way of an act of state, i.e.: the Apostille seal of the Secretary of State upon UCC-1 and other UCC documents, all recorded in said Registry of Deeds, I am the superior and paramount creditor in relation to said JOHN J. FALL, debtor; Cf. 28USC 3002(8) "... regarding a debt"; Cf. Act of State Doctrine; Cf. Hague Convention; Cf. FRE Rules 201, 902(1); Cf FRCivP Rules 55, 57; see Addendum(s): A7
and i believe said recorded documents have been recorded in said registry since on or near year 2011, and are notice to the world;

15. I believe I am not now, nor have I ever been: a legal meaning "person" nor liable for such, as defined in Acts of Congress, [man-made] codes, rules, regulations and so-called "case law", nor have I ever been with, and/or liable for, titles and characteristics of "taxpayer", "defendant", "appellant", "Pro Se", "petitioner" and the like; see Dockets 264 and 266 with exhibits 1-6 in both; dockets 204, 205, 48, 87, 51, 86, 125, 126, 167, 220, 226 and 265; all such "legal meaning" person, "titles and characteristics are false; see Addendum(s): A8, A3, A5, D, E1, E2, F, G1

16. I believe the same regarding the legal term "individual";

17. I believe I have never consented to, nor have I ever been, liable for any artificial being relative to the District of Columbia and its corporators, UNITED STATES OF AMERICA, nor John J. Fall (JOHN J FALL, JOHN JOSEPH FALL; see Addendums: E2, F, G1, G2; see especially B0, B4 and C with E1 and G1, and especially E3;
See dockets: 174, 178, 179, 158, 51, 167 and said 264 and 266;
See: "Power of Attorney In Fact" and said "Declaration in the nature of an Affidavit of Necessity", both recorded at said Providence County Registry of Deeds, which I believe is notice to the world that I am not liable to such artificial person(s);

18    I believe I have never recieved any benefits from
      the District of Columbia municipal corporation, [a.k.a.]
      UNITED STATES OF AMERICA which:
          (a) satisfies any of the elements of a valid assent or
              contract; See Addendum(s) in the foregoing paragraph;
          (b) was without compulsion and without being against My
              will; see said "Declaration in the Nature of an Affidavit of Necessity"
          (c) conveyed value reasonably commensurate with the value
F. 2d at 695;   taken from Me; i.e.: equitable; re "necessity". Cf. Contendo-Pachon 723
          (d) was without the use of undisclosed legal meaning terms,
              Notice: I do not adequately comprehend the meaning of
              such terms; see docket(s): 124, 128, 213 and 217;

19.   I believe I have never knowingly re-presented Me as, or in
      the image of, another, such as the thing "Pro Se," relative to said
      case 1:13-cr-135M, nor by way of an attorney; at all times I
      was, and am now, only Me, a man; See Addendum H1, A1, A2, A3, A4;

20  I believe:
      Neither i, nor said private trust, JOHN J. FALL, nor My marital
      estate has ever resided in, had sources of income from within, been
      a citizen of, been liable to, been subject to, been trustee in
      relation to, been under valid contract with, the District of
      Columbia, the Government for the District of Columbia, its/their
      territories, possessions, states and/or corporators such as the
      District of Columbia municipal corporation, "United States" (legal
      meaning term), UNITED STATES OF AMERICA, nor its/their
      agents, bureaus offices and the like, nor any jurisdiction created
      by Article I §8(17 of the Federal Constitution; see Dockets
      174, 178, 179, 264, 265, 320, 226(re 220) which is My written
      testimony, sworn in living voice before a government officer;
      see Addendum D; Cf. 404 US 519, Haines v Kerner [liberally construe];
      Cf. Dufil v Murphy, 550 F. 3d, 154, 158 (1st Circuit; 2008);

Cf. 418 F.3d 90 US v Gomez—Rosario (1st Circuit; 2005)
[re the extraordinary effort the judge made to help defendant
get his documents asserted]
See Addendums: H5, H6, C, B0, B1, B2, B3, especially B4, E1, E3;
Said sworn testimony is My evidence; see Addendums D, G3, G4; I believe
that at all times I appeared solely by way of restricted (special)
appearance and there is no valid service of process against
I the man, one of the Joint Tenants in the Sovereignty, with
height of 6'1" and blue eyes; see Addendum H1; and I
believe there is neither an Indictment, presentment, writ of
attachment nor warrant against Me;

21                          The Harm

First Amendment: redress:

I believe the court and the wrongdoer and prosecutor(s)
beguiled the jury into believing that I am the defendant,
and I was not and am not; and I am not liable for such;
See dockets 190 and 195 regarding My need for more time to
bring forth proof of identification of Me and My non-liable
status as said, which I did finally assert: dockets 266 and
269 (contains My birth certificate as contrasted with the state-created
corporate sole, shown as exhibit in docket 266); I believe the
foregoing resulted in wrongful guilty verdicts that would
not otherwise have occured; which resulted in wrongful
use and possession of My private property (My time, freedom,
peace, innocence, reputation, earning ability and more) plus
trespass against My beneficial interest in said trust and
wrongful imprisonment of me; I believe no one ever
accepted the identity of "defendant" or "accused" in case 1:13-cr-135M
See Addendums G4, G3, A8, A5, A7, A6, E1, E2, E3 and G2; I4

Appoint Attorney Same Day As Trial, by force

# Appoint Attorney Same Day
## as Trial, by force

See Addendum A0;

Constitutional breaches:

Article 1 of the Bill of Rights re "redress of Grievances"

Article 5 of the Bill of Rights re "taking property without due process and compensation

Article 6 of the Bill of Right (re 'all of it) ; see Article VI cl 2 "Supreme Law"

1.  I believe the man, John J. M<sup>c</sup>Connell, Jr., who presided over case
1:13-cr-135M, did, over My objection and without My consent:

   . displace and obstruct My God-given right to defend and claim My
   property (My time, freedom, peace, reputation and more) and My benefecial
   interest in the trust John J, Fall, by forcefully appointing Kevin Fitzgerald,
   "federal defender", on the same day trial began, on January 13, 2015;
   to "represent the defendant"; He did so BEFORE jury selection and trial began;

2.  I believe it is not necessary to show a harm and/or prejudice
resulted from said "displace(ing)" of My said right, since it such
an enormous trespass against My God-given right to personally
defend and claim My said property and beneficial interest; and .
it is impossible for an attorney, who is appointed the same day trial
begins (albeit forcefully), to prepare a formidable defense (e.g.; to fulfill
his duty to consult and his duty to investigate; Cf. 80 LED2D 674, 466
Strickland v. Washington; Cf. Trapnell v United States, 725 F. 2d, at
151-152); Cf, 354 F.3d1: U.S. v Theodore (2003);

   not only do I believe that, it appears that some professionals in
   law do to:

law professionals do too:

Cf. 287 US 45, Powell v Alabama

Cf. 466 US 648, United States v Cronic

"[7] ... the complete denial of counsel.
... meaningful adversarial testing ...
... constitutional error of the first magnitude
and no amount of showing of want of prejudice
would cure it "

[then citing to Powell v Alabama, S.Ct., by way of :]

☆            "[8] "... the likelihood that any lawyer, even a
fully competent one, could provide effective
assistance is so small, that a presumption
of prejudice is appropriate without inquiry
into the actual conduct of the trial ... "

See said John J. McConnell's acknowledgement of the
"complex nature of the case" at Docket entry of 01/28/2014
and appointment of THREE seperate and distinct "stand-
by-counsel(s), and 3 "Faretta hearings" for the artificial
person John J. Fall, see September 30, 2013 "Minute Entry"... "appoints
Tara Allen... "; see "07/28/2014" "Minute Entry"... "Olin Thompson as
stand-in counsel..."; see "10/20/2014" "Notice of Attorney Appearance: Kevin
J. Fitzgerald for [the artificial person] John J. Fall... "; and I believe
no [wo]man will say or prove contrary, with firsthand knowledge,

3.  under oath or affirmation;
I appeared specially (see Addendum H1 and p 6 bottom of transcript of Jan. 23, 2015) to defend and claim My property; see dockets 163, 172, 204, 218 and 220, based mostly upon wrong doer's silence to 118, 179, 178 and 174; see Addendum D, G1, G2, G3, G4; the see Docket 226 re 218, 220;

4.  The presider, John J. McConnell, Jr., I believe, displaced Me, by aiming his voice at me and grossly exagerating that My behavior was disruptive, when in fact, I was very polite and merely trying to identify me, and state [My] the purpose of My special appearance; see pages 6, 7 (top) and pages 29, 30, 31, 32 and 33 of the transcript for Jan. 13, 2015; See My objections at page 9, 14 and 15; then again in transcript of Jan. 23, 2015 on page 4;

5.  I believe John J. McConnell, Jr. gave no specifics to his use of the word "germane", leaving Me to believe it is My right to both identify me and the purpose of My special appearance; which he clearly agreed to on page 30; I clearly explained that I did not comprehend his meaning of "germane" and other legalese on page 31 and tried desparetely to appease him by offering to Keep My statement "simple", while merely trying to identify me and My purpose for special appearance;

6.  I was alarmed and dismayed that he was stretching that simple act into an accusation of "disruptive behavior." I always referred to him as "sir", I always spoke in a respectful tone, never using any harsh or derogatory words; I was shocked terribly when the Marshals grabbed My arms, something I had never experienced in 54 years of life, prior to this case; see page 7 of Jan. 13, 2015 transcript re "with due respect", I said;

7.  I believe an accusation of "disruptive behavior" is not only grossly exagerated, I believe it falls exponentially short of the behavior that justifies stripping a man, like me, of his God-given right to personally defend and claim property and beneficial interest; not only do I believe that, it appears some professionals in law do to:

Cf. 397 US 337, *Illinois v Allen* (1970)

"... of such an extreme and aggravated nature..."

"... that the defendant was "a mental case..."

"... to handle obstreperous defendant whose conduct
has made it impossible to carry on his criminal trial..."
["obstreperous" is defined in Webster's 10th Ed as "marked by unruly or
aggressive noisiness"]

" engages in speech and conduct which is so noisy, disorderly
and disruptive that it is exceedingly difficult or wholly
impossible to carry on the trial."

"... Allen responded to one of the judge's questions with vile
and abusive language."                    [Emphasis added]

Notice: that *Illinois v Allen* appears to limit a judge's discretion
to behavior occurring DURING the trial, not before it begins; see
P [397 US 343] "... his trial cannot be carried on with him in the
courtroom."; see under P [397 US 345] "... to make a defendant
stop interrupting a trial." I was removed before jury selection and trial.

That case ends with a very relevant statement at [397 US 348]:
"... the cries of innocent men convicted by other irrational or arbitrary
procedures."

Cf. "courts must indulge every reasonable presumption against the loss
of Constitutional rights" 425 US 501, Estelle v Williams, footnote 2, P 2,
citing to *Illinois v Allen*; See Fifth and First Amendments;

8. I therefore believe John J. McConnell, Jr.'s action of displacing
me by forcing his choice of attorney, as said resulted in the
following harm's to me, which prejudiced the jury:

9.  Harm #1

I believe I was deprived of, and obstructed from:

(a) the jury selection process which I believe resulted in a jury comprised entirely of jurors ([wo]man) who are not My peers since
   - they, at that time, were U.S. citizens, and I believe neither I nor the trust John J. Fall has ever been a citizen of, resident of, under contract with, liable to, and/or fiduciary in relation to the United States (legal meaning term as defined in Addendum(s): B0, B1, B2, B3, C JI see Dockets: 220, 205, 204, 226, 160, especially 264, 266 +265;)

(b) presenting My 16+ letters that I sent to the IRS between years 2005 to 2013 which offered to satisfy a Proof of Claim and 4 of those letters offered actual bonds, and no such claim ever came forward; see Docket #197 with exhibit re "16+ letters"; see also Dockets 47 and 218 with their exhibits; Cf. FRE Rules 201 and 761;

(c) presenting My Freedom of Information Act responses from the IRS clearly showing there was no Proof of Claim, no authorization for any assessments that are basis for the case; see same Docket 197; see also Dockets 47 and 218 with their exhibits; Cf. FRE Rules 201 and 761;

(d) presenting many documents, admissible as evidence, being either recorded in the county or witnessed by a Notary which prove the prosecutions case is entirely fraud; Dockets 197, 218, 226 and more; Cf. FRE Rules 902(11), 201, 761;

(e) presenting My 42 witnesses which the clerk had already put his signature and seal on the subpoenas; see dockets 201, 207, 172; and the evidence I required of them;

(f) using 12 years of personal firsthand experiences to cross-examine both, My 42 witnesses and the prosecutions' witnesses; see article VI Bill of Rights

      (g)  My narrative testimony sworn in living voice before a

         government officer, entered into the record: see Docket #226

         which demonstrates no accuser rebutted or disputed the 16

         separate Declarations of said testimony sworn in living voice;

re "unrebutted," sworn "allegations": see Addendum D

See My objections to the prosecutors' efforts to block and obstruct justice

by trying to block the foregoing (a) to (g), see dockets: 167, 180, 216, 190, 195,

217, 198, 172, 160, 166, 181, 145, 118 and 179; Cf. 404 US 519, Haines v

Kerner S. Ct.; Cf. (1st Cir.) 418 F. 3d 90 U.S. v Gomez-Rosario; Aug 2005, see

particularly {418 F. 3d 96} to {418 F. 3d 100} re judges efforts to liberally construe);

re: Sixth Amendment:

See My objection to the forced appointment of Kevin Fitzgerald, to

displace Me from defense and claim for My property and beneficial interest, at:

a) transcript of Jan. 23, 2015, page 4; plus dockets 229, and 230. Also,

   see My express requirement for My Choice of Counsel at: 126, 213, 217 and 226

   (regarding 213 and 217).

Harm #2          Cf. 354 F. 3d 1 U.S. v Theodore (2003) "ineffective"

As a result of presider John J. McConnell, Jr. appointing federal defender Kevin

Fitzgerald on the same day as trial and as a result of Kevin's failure

and duty to investigate and consult with Me and My said 12 years

of firsthand experience (Cf. 80 LED2D 674, 466 Strickland v Washington;

Cf. Trapnell V. U.S., 725 F. 2d, at 151-152 re duty to consult and investigate):

Cf. U.S. v Decoster, 624 F. 2d 196 [re duty to investigate]

   he was incompetent counsel:

   a) He did not bring forward, investigate and consult with Me

      on any of the documents and matters described in the foregoing

      paragraphs (a) through (g) nor the prosecutions witnesses and 80,000 documents;

   b) He did not raise objection to John J. McConnell, Jr's failure to

      instruct the jury of the heightened requirements to prove

      willfulness in tax cases; [per] Cf Cheek v U.S., 498 US 192,

      see Addendum(s): F, G1, H4

c) He did not bring forth a handwriting expert to prove the alleged alias signatures were not mine; Cf. FRE 702; Cf. 55. F. Supp 2d 62 : U.S. v Hines, June 1999; Cf FRE 901; and he did not bring forth My notarized documents showing same; see Docket 47 re "aliases" or "nominees";

d) He did not bring forth many fundamental issues that would have easily and quickly voided and undermined the prosecutions entire case; for example, docket #197, 47, 226, 218, 10, 18, 30, 33, 50, 52, 65, 66, 118, 179, 178, 174, 130 were crucial to said defense; plus 28, 29, 31 and 33;

e)[F1] He did not cause the court "to say what the law is" that placed a "duty" or liability for tax upon either I, the man, or the trust John J. Fall; see My dockets 118, 179, 17, 18, 66, 265; and he did not object or take action on the accuser's/prosecutor's non-responsiveness to said dockets; Cf. 358 US 1, Cooper v Aaron re court's duty "to say what the law is"; Cf. Cheek v U.S., 498 US 192, re: "duty" and "law" ; see Addendums: G1, H4, F, H5, H6, H7; see transcript of April 28, 2015, page 41 (re "No Act of Congress"); see My "Writ of Allocution" at docket 265; see transcript of Oct 29, 2014 and docket 159 showing that neither John J. McConnell, Jr nor wrongdoer, nor prosecutor(s) knew what the nature of the charges were, which carries that they did not know what law created a "duty"; see article II of Bill of Rights; I never knew what law placed a "duty" or "liability" on either I or the trust John J. Fall and I still don't know;

(f) he failed to pursue the prosecutor's relentless avoidance and deterence of discovery; (Cf. Citizens Protection Act of 1998, section 821 (a) see especially (a) and (7); see Addendum(s): G3, G2, Cf FRE 761, see dockets: 17, 18, 50, 52, 65, 66, 116, 130, 118, 179, 195 and 226;

· [F1] 327 US 144, Kennedy v Mendoza-Martinez at P[372 US 184] re "Bill of Rights"

Regarding Kevin Fitzgerald being ineffective as counsel, he should have immediately motioned or given notice to the court that the trial must be postponed so that he can address all the foregoing paragraphs, to prepare a formidable defense, by exercising his duty to consult and investigate; and he did not; which resulted in guilty verdicts on all counts; all of the foregoing was caused by John J, McConnell, Jr. Cf. McKaske v Wiggins, 465 US 168; Cf. Faretta v California, 422 US 806; i believe:

John J. McConnell, Jr. could have simply let me state My identity, give him My proof, and state the purpose of My special appearance; all of which would have taken less than 7 minutes; and would have avoided this horrendous injustice of placing Me in prison with incurable cardiomyopathy and chronic blood clotting that is life threatening; see medical records at docket 47 I believe;

Furthermore, John J, McConnell, Jr.'s actions caused severe prejudice of the jury towards guilty verdicts, for the foregoing reasons. See First, Fiftth an Sixth Amendments; See Article VI cl 2 re " Supreme Law"

12   I believe that if I had been afforded a jury of My peers and I presented My case fully, the trial would have either ended on the first day with acquittal of all alleged reasons/charges or, the court would have seen the entire case of the wrongdoer was fraud; see Dockets 118, 179, 174, 178, 218, 226, 257, 265 and 266; I never trusted Kevin Fitzgerald's ability for the reasons given at: page 4 of Jan. 23, 2015 transcript, plus docket(s) 124, 181, 213, 217; Cf. Diaz-Rodrrguez, 745 F (1st Circuit) re "trust". I believe: In a 2007 opinion, the American Bar Association's ethics committee said there is no client-lawyer relationship, "unless and until the defendant accepts representation." see ABA Formal Ethics Op 07-448, 23 Law Man. Prof Conduct 596 (2007); thus; "no person may be imprisoned"- Cf. Argersinger v Hamlin, 407 US 25 (1972)

No Jurisdiction — Act of Congress (Willfullness)

## No Jurisdiction - Act of Congress (Willfulness)

See Addendum A0;

Constitutional breaches:

article 1 of Bill of Rights (redress) (First Amendment)

article 5 of Bill of Rights (due process (Fifth Amendment)

Article I sec 7 of federal Constitution [3 steps to create Act of Congress]

Article X of Bill of Rights [jurisdiction of United States]

article 6 of Bill of Rights (Sixth Amendment) [nature of cause; jury

1.   I believe that neither I nor the private trust, John J. Fall, never knew
   of, nor was presented with, an Act of Congress from either the Union
   (formerly "Union of Colonies") or the District of Columbia, which imputed,
   imposed and placed either a "duty" or liability upon any of, Me,
   the artificial being John J. Fall and/or the private trust John
   J. Fall; and I believe no such Act of Congress exists;
   - see section/Ground herein, "My Identity (Clarified)";
   - see Article I sec 7 re 3 steps to creating an Act of Congress
   - see article 5 of Bill of Rights re "due process of law"
   - see Article X of Bill of Rights and Rhode Island General Laws has
     no criminal laws pertaining to taxes; See Addendum A0;
   - see dockets, re concealment of Act of Congress : 56, 118, 179, 66, 159, 45
     173, 218 ("Vindictive"), 8, 10, 18, 265 ("writ of Allocution"), 257 ("Fraud"),
     204 ("Fraud"), 195, 226 (re wrong doer's silence to My written, sworn testimony before
     a government officer in said 218 and 204) and 197 (re Wrong Kind of Tax and
     16+ letters to IRS offering to satisfy a Proof of Claim; plus 4 bonds);
     regarding "Motion"(s) at said 45, 8, 10, and 18 : by the word "Motion" I meant
     'demand by God-given right, see correction at dockets: 48, 87, 126, 125,
     124, 158, 167 and 216; also see Docket 278 to presider;
   ☆ See Addendums: (re Willfulness, sec:) F with E1, then G1 :

[re requirement to disclose the Act of Congress] see Addendums:
G1, H4, F,
See transcript of April 28, 2015, page 41 re My demand for
"the Act of Congress before the court," and I received no
responsive reply from either the presider, John J. McConnell, Jr
nor the wrongdoer, nor the prosecutors; just silence; see
Addendum G2, then H4, H5, H6 and H7;
Again, regarding concealment of the Act of Congress:
See also page 3 of section/Ground herein "My Choice of Counsel" re
transcripts and corroborating dockets for Sept. 19 and 30, 2013, plus
April 24, 2014, plus Oct. 29, 2014;

2    I believe the presider failed to give jury the heightened requirement
of proving "willful" as an element unique to the "complexity" of
so-called "tax cases", see Addendums: F, G1, H4 ; Cf FRE 201(f);

Cf. Trinsey v Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647 :
3    I believe the [prosecutor] wrongdoer, John N. Kane, Jr. committed
fraud when, on Jan. 23, 2015, he told the jury "he knew the law"
in an accusatory manner, at bottom of page 21; now see again, the
foregoing transcript of April 28, 2015, page 41, plus the foregoing page
3 of section/Ground "My Choice of Counsel" transcripts;
See wrongdoer's silence to said dockets on previous page; plus
My ignored requests for discovery and Bill of Particulars: Discovery:
dockets = 17, 18, 50, 52, 116, 130, 118, 179, 195, and 226; Bill of
Particulars dockets: 65 and 66; re court's failure to liberally construe
said all of the foregoing dockets (page 1 and this page) Cf. 404 US 519,
Haines v Kerner S.Ct.; Cf. (1 Circuit) 418 F.3d 90 U.S. v Gomez-Rosario (1st
Cir ; 2005); Cf. Dufil v. Murphy, 550 F 3d 154, 158 (1st Circuit; 2008)

Regarding prosecutor's and wrongdoer's deliberate avoidance of providing said discovery and Bill of Particulars, plus ignoring My twenty written, sworn testimony in living voice before a government officer (see dockets 226, 232, 257, 265, 266, 268 and 270, see:

Addendums G3 (especially (2) and (7)), G4, then G2; Also as such pertains to My dockets titled similary "Affidavit of GAO Report", "Tax Reporting Statement" and "Motion: Class of Taxpayer" which were crucial to My defense and claim for My property and beneficial interest in the trust, John J. Fall; which I cannot now name the docket #'s since the court has not provided response to my request for same, in over 7 month; but are approximately at, respectively: dockets 30 or 33 or 38, then docket 8;

4  I have never seen or heard any testimony given by a [wo]man with firsthand Knowledge under oath or affirmation, which demonstrates: (a) that a specific Act of Congress created a "duty" or liability for a tax and/or to file information to IRS; (b) to appear in a United States District Court; and I believe no such testimony exists; see Addendums F, G1, E2, H4, I1, I2, I3, J1

5  I believe that neither the Congress of the Union (cira 1787-1789) formerly "Union of Colonies") nor Congress of the Article I §8(17) created District of Columbia, has ever had authority to make laws against, or to compel, a Joint Tenant in the Sovereignty such as me, nor the private trust John J. Fall, nor My propaty (My time, freedom, reputation, earnings, et cetera; not only do I believe that, it appears professionals in law do too, see Addendums: A3, A4, A5, A6, A1, B0, B1, B2, B4, E1, E3, H3, H4; and I believe the presrder, John J. McConnell, Jr had no authority to create the appearance by implication that the U.S. Marshalls had authority to imprison Me; see Addendum(s): J1

# The Harm

6

Re First and Fifth Amendment (and Sixth Amendment); I believe:

As a result of John J. M$^c$Connell, Jr (presider/court.) allowing the prosecution of case 1:13-cr-135M without a specified Act of Congress (Article I section 7) as basis for proving a "duty" or liability existed, and therefore without jurisdiction; and by allowing such to be concealed from Me and the jury:

(a) the jury was beguiled into the presumption that:

1) a "duty" (Addendum F) or liability existed;

2) that such was know by the so-called "defendant";

3) that such "defendant" believed such duty applied to the "defendant"

4) that there was no heightened requirement for the wrongdoer and prosecutors to prove the foregoing 1) and 2) and 3); see Addendum F, G1, G3, G4 and then G2 and H4;

Due to said concealment, I believe:

(b) I was unable to challenge the adverse affects of said concealment and beguiling specifically, but rather, I could only challenge jurisdiction generally; see dockets 8, 10, 18, 66, 197, 226, 174, 178, 179 ("Fraud"), 218 ("vindictive") and 265 (Writ of Allocution"); plus 257 ("Fraud", detailed);

(c) and all of the foregoing resulted in prejudicing the jury into rendering guilty verdicts on all counts; plus wrongful use and possession of My private property (i.e.: My time, freedom, peace, reputation, innocence, earning ability, DNA, fingerprints, voice et cetera) and imprisonment of Me for over 484000 minutes; all without jurisdiction; see the foregoing Addendums regarding jurisdiction;

*Failure to Liberally Construe*

# Failure to Liberally Construe

---

<u>Constitutional breaches</u>: 1st, 5th and 6th articles in Bill of Rights
(a.k.a. 1st, 5th and 6th amendments), plus Article $\overline{VI}$ cl 2 "Supreme Law"
See Addendum AⓍ; I4;

---

1. I believe My facts are My beliefs, and My beliefs are My facts; My beliefs are My property; see Addendum AⓍ

---

2. I believe it is the duty of [wo]man who preside over matters before a court, to liberally construe documents filed into a case by a man who is one of the Joint Tenants In the Sovereignty such as I am; see section/Ground herein, "My Identity (clarified)"

---

3. I believe the man, John J. McConnell, Jr. as presider over case 1:13-cr-135M was extreme in his failure to liberally construe[F1] My 112 documents filed into said case; I filed more than 112, but I sought and needed responsive reply to those 112;

Yet, the prosecutor(s) only replied to __10__

thus, ignoring a whopping: __92 %__

---

4. I would not have needed to file that many documents had said presider liberally construed My documents and either caused prosecutor(s) to respond or pointed Me in the right direction; INSTEAD, on April 24, 2014 in courtroom #3 he said, similary (aiming his voice at Me): "I don't understand your documents"; and left it at that, making no other effort;

---

[F1] 404 US 519, 520, Haines v Kerner (1972)
[cf.] 550 F. 3d 154 Dufil v Murphy (1st Circuit; 2008)

5. Compare his [apathetic] action/inaction towards said documents, to the extraordinary efforts the judge made in the following case, towards justice, by advising the alleged accused man, to help him get his documents effective towards justice:

Cf. 418 F. 3d 90 United States v Gomez-Rosario (1st Circuit; 2005)
Also See Addendum I4;

6. INSTEAD, said presider not only allowed 92% of My documents, that's 102, to be completely ignored, he also allowed the prosecutors to provide utterly vague and grossly incomplete reply to the meager 10 replies they gave.

7 So I kept experimenting, and rewording topics, in effort to learn material information necessary to obtain justice, immediate restoration of My property (My time, freedom, reputation, peace, innocence, earning ability, and more), and to end the trespass on My beneficial interest in the private trust, John J. Fall; see section / Ground herein, "My Identity (Clarified)".

8. My 112 documents docketed are: 8, 10, 17, 18, 20, 21, 27, 28, 29, 30, 33, 34, 35, 36, 37, 38, 43, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 56, 57, 58, 60, 61, 62, 63, 64, 65, 69, 86, 87, 88, 90, 98, 99, 113, 11, 118, 124, 125, 126, 128, 130, 133, 137, 145, 146, 158, 159, 160, 163, 166, 172, 173, 174, 177, 178, 179, 180, 181, 183, 184, 185, 190, 192, 195, 196, 197, 198, 201, 203, 204, 205, 206, 207, 211, 212, 213, 216, 217, 218, 220, 221, 226, 229, 230, 232, 234, 235, 236, 238, 239, 242, 243, 245, 246, 257, 264, 269, 270, 276, 280;

Prosecutor(s) only replied to (non-responsively): 17, 34, 35, 36, 37, 38, 43, 44, 45 and 47

9, Had the presiding Magistrate ["Judge"] liberally construed My documents filed into case 1:13-cr-135M (and its variations) the case would have been discharged and none of the "guilty" verdicts would have occured, since for example, I believe My said documents would have:

A. demonstrated there was no law before the Court, enacted by either Congress of the Union or, the Government for the District of Columbia, which placed any kind of duty and/or liability upon any of I, the private trust John J. Fall and/or My marital estate; see: Cf. Cheek v United States, 498 US 192 - at P[498 US 201] "[A]... duty...", "[B] ... duty...", "[c]...duty..."; e.g. see Docket 265 and transcript of April 28, 2015 page 4 asking for "Act of Congress"; see Dockets 118, 179, 180, 190, 173, 190, 195, 195, 198, 226, 218 and 265; see Addendums:G,F, E1,E2, G1, G2, G3, G4, H4, H5, H6, H7

B. demonstrated there was no valid assent, agreement and/or contract that made any of I, said private trust and/or My marital estate liable to the Government for the District of Columbia, nor its corporators, District of Columbia municipal corporation, UNITED STATES OF AMERICA, et cetera; see Dockets 174, 118, 61, 226; see Addendum(s): B0, B1, B2, B4, C, E1, E2, E3, H4, H5, H6, H7

c. demonstrated that there was no accusation and proof of a wrong, harm, injury and/or financial loss or debt presented as true, due and owing, being presented by a [wo]man with firsthand knowledge under oath or affirmation, against any of I, said private trust and/or My marital estate; see Dockets: 61, 118, 179, and especially 197 and 218; also see (very relevant) 159, 180, 195, 198, 204, 257 and 265; see Addendums: D, K1, H6, H7, B4, C, B3, B2)

D. demonstrated that all the assessments, that were basis for said case were unauthorized and for the wrong kind of tax; see dockets 197 and 218 (and their exhibits), plus 8, 10; see

4.f

especially in docket 197 explanation of Area Director, William P. Marshall impersonating a district director to issue a fraudulent assessment (re "1040") and see attached responses to My Freedom of Information Act requests showing not only that there is no Proof of Claim, but also that there is no authorization for execution of returns nor any of the assessments the case is based on; also see "Chart of IRS Demands for Wrong Kind of Tax" and exhibit summarizing "16+ letters to IRS" offering to satisfy a "Proof of Claim; with 4 of those letters offering My bond based on real money; yet, no verifiable claim, based on firsthand knowledge under oath or affirmation has ever come forward; therefore see said docket 218 re vindictive prosecution and its exhibits; See Addendums G4, I4
Note: both dockets 197 and 218 are My written, sworn testimony in living voice before a government officer; see last page of both and 226;


E. demonstrated that the prosecutions alleged evidence from, and by way of, the IRS computer was totally unreliable, including but not limited to, all assessments, procedures, calculations, authorizations, delegations, and documents see Docket filed by Me titled similarly, "Affidavit of GAO report on IRS Computer System 1997 to 2012 at or near Docket #30 or 33[F1]; see Addendum(s): 63, G4, I4, 62;


[F1] I have to guess at locations and titles of My documents because I only have a docket sheet; the court has not sent My requested documents to me; see Notice I filed in August 2015 and mid April, 2016;

F.  demonstrated that the IRS workers and the case
presided over by Mary Lisi at same court, in year 2009,
against My marital estate (as basis for case 1:13-cr-135 M)
pursued the Wrong Kind of Tax; see My document
filed into said 2009 Mary Lisi case titled similarly "Affidavit",
see My documents filed into case 1:13-cr-135 M titled similarly
"Motion... Classes of Taxpayer" at docket 8 or 10; and see
Docket #47 re "Chart of IRS Demands For Wrong Kind of Tax";
and see Docket #197 entirely; then lastly docket 218 and 226
(re 197 and 218); (Notice: My intended meaning of the word "Motion" is demand;)
    see Addendum(s): G3, G4, I4, G2; Had Mary Lisi liberally
construed said Affidavit, My wife would not have been terrorized
into filing for divorce and giving inaccurate testimony for case 1:13-cr-
135M and its prosecution would never have occured; likewise with said
Motion;

G.  demonstrated that workers (prosecutors) for the U.S. Department
of Justice, i.e.: the District of Columbia municipal corporation Department
of Justice, committed fraud against My said property, My
beneficial interest in said trust and My marital estate by
being silent to crucial inquiries I made for material information
and/or for responsive reply to My documents filed, seeking
material facts from the accuser or prosecutor; see Dockets:
  > 65 and 66 are crucial Bill of Particulars;
  > 18, 28, 29, 50, 52, 118, 130, 174, 173, 178, 179 are crucial discovery
    documents, focused material information crucial to defense of My
    property and beneficial interest; see Addendums G1, G2, G3, G4, H6;
  > 226 summarizes accuser's and prosecutors' total silence to My 16
    Declarations sworn in living voice before a government officer as
    witness (see last page of dockets: 195, 198, 196, 197, 198, 201, 203, 204, 205,

206, 211, 216, 217, 218, 220;  I believe there can be no plausible basis in the Bill of Rights for ignoring and excluding from trial all of those sworn testimonies; but fraud;

See Addendum D, then G1, G2, G3, G4; then see section/Ground herein "My Identity (Clarified)";

H.  demonstrated that I was given no proper notice and always appeared solely by way of restricted (special appearance);  see My signature on bottom of early dockets like 8, 10, 18; see page 5 of transcript of April 28, 2015;  and see section/Ground herein "My Identity (Clarified)"; see Addendums H1, H2, H5, H6;

I.ₐ demonstrated that workers for the IRS committed fraud against My property, My beneficial interest in the private trust John J. Fall and My marital estate by ignoring My $16^+$ letters offering to satisfy a Proof of Claim, plus My 4 registered bonds, sent to said workers between the years 2005 to and including year 2013, several by way of Congressman Jim Langevin and Senator Sheldon Whitehouse — see Docket 197 exhibit titled (similarly) "$16^+$ letters to IRS; see also Dockets 47, 218 and 226 re fraud-by-silence and concealment of material information; see Addendum(s): G1, G2, G3, G4, I4;

J.  demonstrated that only I have a verifiable claim for My said property  (see the foregoing ¶"A") on the record of said case 1:13-cr-135M (and its variations); see Dockets 204, 226 (re 204), 179, 218, 257, 163, 172, 238 201, 226 (re 201), 220, 91, 93, 94 and 95; ... especially, 179; see Addendum I4, then see Addendum(s): K1, G1, G2, G3, G4, H4, H6

K. demonstrated that I did not comprehend the strange
and foreign language and customs spoken and written by
the legal society and agents of the foreign state, District
of Columbia municipal corporation, such as attorneys,
federal defenders, prosecutors and IRS agents

see dockets : 48, 66, 124, 128, 213, 217;
See bottom of Addendum G4, then G2
See transcript of Jan. 26, 2015, page 12 re "I didn't understand
the legalese"; see page 14 where I requested a "translator";
and John J. McConnell, Jr's response was to lure the men who
work for the U.S. Marshall's Service into seizing Me and putting
Me in a "Maximum Security" prison; after 5.3 years of innocence)

Yet, see Addendum G3 at bottom re "exact" and then see
docket 66 "Bill of Particulars"

L    demonstrated that, though I did not comprehend said
foreign language, with terms such as "Pro Se" and
"Limine"; I guessed the wrongdoer and prosecutors
were continually and repeatedly trying to thwart and
prevent My evidence, My 42 witnesses and their evidence, and
My right to put My truths before a trial by jury of My peers,
so I filed numerous objections to such "Motion in
Limine(s)"; see dockets: 167, 216 180, 190, 195, 198,
48, 65, 66, 87

M.    demonstrated that I therefore challenged jurisdiction,
based on the foregoing A. — L. and because there is
no proof of jurisdiction on the record; dockets: 118, 179, 174, 178;
also see dockets: 8, 10, 45, 56, 57, 58, 61, 65, 66, 86, 87, 117,
126, 127, 158, 159, 163, 167, 172 and especially 205;

10                    The Harm and Prejudice

I believe:

(See paragraph 9F:) Had Mary Lisi liberally construed My said
Affidavit, there would have been no Summons 2039 hearings with
Kenneth Cournoyer, IRS Agent who, with William P. Marshall, (Area Director
who impersonated a District Director; Cf. 18 U.S.C. 912) to fabricate the false
and unauthorized "jeopardy assessment", by way of said Cournoyer unlawfully
using the IRS Summons hearing as a CRIMINAL Investigation, instead
of an administrative hearing (see docket 218, and Motion #14 at or
near docket 30; see FOIA responses attached to docket 197); thus, there
would have been no prosecution;

I believe:

Had the presider of case 1:13-cr-135 M, John J. McConnell, Jr not
ignored 102 (a whopping 92%) of My documents filed and seeking
responsive reply, plus allow prosecutors few replies (10) be grossly
incomplete and utterly vague, I believe said presider would have
dismissed or discharged or abated and disposed of said case; or
alternatively, if a trial by jury had seen My documents, especially
dockets 197, 218, 47, 257, 266, 118, 179, 174, 178, 204, plus prosecutors'
responses to all of those, plus My said discovery and Bill of Particulars (65+66),
see paragraphs 9.G. herein, plus docket 130 and Addendums I4, G3 and G4),
which should all have been seen by the jury had presider liberally
construed dockets 167, 216, 128, 173, 180, 181, 190, 195, 198, 213 and 217,
then, I believe such jury would have rendered not guilty verdicts
and would have advocated complete restoration of all My property
and cease of the trespass against My beneficial interest in the private
trust John J. Fall (docket 266); see dockets relevant to My
verifiable claim for My property at 204, 163, 172, 186, 201, 204,
205, 130, 220, 238; see dockets relevant to My verifiable accusation
of wrongs against wrong doer(s) like John N. Kane, Jr at dockets 218,
118, 179, 174, 178, 8, 10, 18, 45, 47; There is neither facts nor evidence by first-
hand knowledge, under oath or affirmation that either I or said trust has ever been a
legal-meaning "taxpayer";

My Choice of Counsel

# My Choice of Counsel

Constitutional breaches: article VI of Bill of Rights ; Article I sec 10; Article II cl 2

1.  I believe the sixth amendment to the federal Constitution protects
    My God-given right to choose whom I obtain advise from and whom
    I wish to not get advice ("counsel") from.

2.  I believe Noah Webster 1828 English dictionary provides an accurate
    definition of "counsel" since in is written very close in time to when
    said sixth amendment was approved circa 1789; to wit:

    "counsel v. t. [L. consilior] To give advice or
    deliberate opinions to another for the government
    of his conduct; to advise;      [Emphasis added]

3.  I believe:

    Said definition, and by logical extension, said sixth amendment, gives no
    definition or contextual meaning of requiring a man who is one of the Joint
    Tenants in the Sovereignty (2 US 419, Chisolm v Georgia (1793)) such as I am, to
    present himself in the image of another, such as a juristic person, the thing
    "Pro Se" nor characteristic of a legal person (corporation); nor to act through
    another, such as a member of the Lawyer's Guild of England, BAR Association
    or court officer;   See Addendum A 0 ;

4.  I believe that I have never, and do not now, ~~comprehend~~ the strange
    _adequately_
    and foreign language of the legal society, attorneys, federal defenders
    and the like, and I believe there is no law or contract which requires
    Me to participate with, interact with, and comprehend their writings and
    speech,  See Article I sec 10 protecting My God-given right to contract with
    whom I choose; Cf. 135 S. Ct. 2138, Kerry v Din (2015) re "right to
    contract; Cf, 146 US 162, Morley v Lake Shore and Michigan Southern R. Co.;
    see "... notice of the constitution" in Marbury v Madison, 5 US (1 Cranch) 137, 177 (1803)
    see transcript of Jan. 26, 2015 page 12;

5.   I believe it was My God-given right to have My choice of non-attorney counsel and advisor who specialized at helping Me defend and claim My property and beneficial interest in the trust John J. Fall, solely by way of an Article III court, without affect by Article I §8 (17) and Article IV §3 cl 2, since both me and said trust are without subject status to the District of Columbia;[F1] and who specialized in asserting the Supreme Law of the Land (Article VI cl 2 of the original Constitution circa 1787 to 1789) to protect and assert the law common to Me, plus, to help Me comprehend the source and nature of the cause for case 1:13-cr-135M which was concealed from Me at all times, e.g. see wrongdoer; and prosecutor's silence to dockets 118, 179, 28, 29, 18, 50, 52 and Bill of Particulars: 65 and 66; 130, 145 and 226; re said Article III, see footer on dockets 8, 10, 18, etc, and 205; Cf. Warth v Selden, 343 S. Ct;

6.   I believe the presider, John J. McConnell, Jr, obstructed and deprived Me of My choice of specialized (particularized) counsel by allowing the wrongdoer and prosecutors to stay silent to Many demands for discovery of material information (see the foregoing dockets) and My Bill of Particulars as said; Cf. Citizens Protection Act of 1998, Title VIII, section 821 (a) Punishable Conduct, see especially (2) and (7); (said obstruction also limited Me from adding to My 42 witness subpoenas already approved by the court; docket 207;)

7,   I believe said presider obstructed and deprived Me of My choice of specialized (particularized) counsel by allowing both the principal accuser of a wrong (which were both concealed from Me) and the wrongdoer and prosecutors to remain silent to all twenty of My declarations, written and sworn by affirmation in living voice by Me, in front of a government officer; see Dockets 226, 257, 264, 265 and 266; Cf. 335 US 601, KLAPPROT v US (1949) re "un rebutted" "allegations"; Cf. FRCiv P Rules 55, 57, 12(b)(6); FRE Rules 201, 761; see especially docket(s): 197, 218, 204 and 226;

[F1] Cf. 92 US 542, U.S. v Cruikshank re "citizenship"; Cf. U.S. v Choi, 818 F. Supp 2d 79 U.S.D.C of D.C. "... prosecutor has brought charges for reasons forbidden by the Constitution"

re the court's/presider's duty to liberally construe said dockets and aid in their direction towards justice: Cf. 404 US 519, Haines v Kerner; Cf. Dufil v Murphy, 550 F. 3d, 154, 158 (1st Cir. 2008), see especially ¶ "Claim C" footnote 10; Cf. [judges extraordinary efforts in] 418 F. 3d 90: U.S. v Gomez— Rosario (2005);

8.    I believe the court further obstructed and deprived Me of My God-given right to have My choice of specialized counsel, when both the presiders and prosecutors and wrong doer stayed silent to My in-living voice demands when I appeared specially at the following hearings, demanding the corresponding material information:

| | |
|---|---|
| Sept. 19, 2013 | I asked similarly, "may I see the Proof of Claim?" I recieved no responsive reply. |
| Sept. 30, 2013 | I asked the same question and recieved no responsive reply. |
| April 24, 2014 | I asked, similarly, "who says I do wrong"? I recieved no responsive reply; See corroborating dockets: 69, 70, |
| Oct. 29, 2014 | I asked similarly, "what is the nature of the charges?" plus, "what is the nature of the plaintiff?" plus, "what is the nature of the defendant?" and "Is not the common law the Supreme Law of the land"? I recieved no responsive reply to any of those, My questions; just silence. See corroborating dockets: 159, then see 158, then 179; |

See the many dockets I filed wishing the said presider to protect My rights as a man: 167, 216, 180, 190, 195, 217, 198, 172, 160, 166, 181, 145, 118, 179, 174, 178, 204, 48, 51, 86, 87, 126 and 125;

9.  I believe I never waived My God-given right to have counsel (advisors) as said. I expressly wished to have counsel of My choice; see dockets 63, 173, 181, 213, 217 and 226 (re 213 and 217); and that I present My case soley as a man, not in the image of another, see those dockets; Cf. U.S.A v Robinson, 753 F.3d 31; 1st Circuit, 2014 Yet, the source and nature of the charges were concealed from me at all times, see prior page 3, plus dockets 18, 118, 179, 148, 173, 180, 195, 198, 197 (see exhibit titled similarly "16+ letters to IRS"), 204, 257 and 265 ("Writ of Allocution"); most especially see said Oct 29, 2014 hearing and the corroborating dockets 159, 158 and 179; FO Cf. 28 USC § 1654; Cf. Faretta v California, 422 US 806 (1975); McKaskle v Wiggins, 465 US 168 (1984);

10.  I believe the presider, John J. McConnell, Jr was supposed to indulge every reasonable presumption F1 that I expressly intended to present My case as Me and that I wished and required specialized counsel (advisors), based on all the foregoing paragraphs; and instead, he obstructed and deprived me of My God-given right to my choice of counsel (advisors) and My choice to present My defense and claim for My property and beneficial interest, solely as me, a man, with the aid of said advisors. I showed up, Jan. 13, 2015 ready to do so, solely by way of an Article III court, and solely by special appearance; see dockets 172, 204, 205 and 226 (re 204 and 205) and those rights were stripped from me by said presider. Cf. 548 US 140, U.S. v Gonzalez-Lopez (2006); F2

The Harm

11.  I believe, that had said presider not aided and allowed the foregoing described silence, non-responsiveness and concealment of material information, I would have been able to obtain said specialized counsel which would have prevented presider from removing me from courtroom; then, My 42 witnesses, their evidence, My evidence and My cross-examination of all witnesses and the Plaint, would have resulted in no guilty verdicts, full acquitance, discharge or dismissal for lack of jurisdiction; Instead, the jury was prejudiced, not benefitting from said 42 witnesses, evidence and cross-examination, which resulted in imprisonment of an innocent man,

F1 Johnson v Zerbst, 304 US 458; F2 U.S. v Gaffney, 469 F.3d 95, 106 (1st Cir) 2006

No Jurisdiction - Court

Constitutional breaches: Article VI cl 2 "Supreme Law"
                         Article 3 §1 cl 2
                         Article I §17(17)
                         article X (10th Amendment) Bill of Rights
                         article V Bill of Rights (Fifth Amendment

1. Regarding My beliefs, see Addendums A0, I4
2. Regarding the jurisdictional challenges below, see: section/Ground
   herein titled "My Identity (Clarified)"; see Addendums: C, B4, B0
   B1, B2; then see I4, G4, H4, H5, H6, H7, H2 and other
   references herein;


This section/Ground is comprised of __ "Section(s)":

       Section I  —  No debt, No Contract          p6

       Section II  —  Judgment Without Jurisdiction  p7

       Section III  —  No Injury                    p11


               Introductory Facts

3   With regards to, and pertaining to case 1:13-cr-135M (and its
    variations) and the relevant underlying case of year 2009,
    presided over by Mary Lisi, titled (similar to:) USA v CARMEN
    D. SANCHEZ, COMFORT DENTAL and BROAD STREET
    INVESTMENTS, LLC (herein "My marital estate"):

4. Though I have believed the UNITED STATES OF AMERICA a.k.a. "United States," is a corporation foreign to Me, said private trust and My marital estate, since year 2004, and has no jurisdiction or authority over us, I did not realize that, in or near year 1864, Congress changed and transmuted the common English word "State" and [thereby] the phrase "United States" into a legal-meaning term that appears to mean:

"District of Columbia" "municipal corporation"

5. I did not realize that until December, 2015 when that, and the following information, were circulated to Me, and to tens of thousand of other people, I believe;

6. Such meaning has always been concealed from, Me, said private trust and My marital estate, I believe; Thus, I now believe all so-called government forms and applications, and such that are proferred by government licensees like health-care providers, banks and lenders are all concealing the true meaning of "State", "United States" "U.S." and "State of _____"; See docket(s): 124, 51, 54, 118, 179, 65, 86, 126, 265 (Writ of Allocution), 266 (Declaration of Status), 276 (Demand for Findings of Fact and Conclusions of Law), 277, and 272; which is fraud; see Addendum(s) C, A4, A6, B4, B2, E1, E2, E3, F, G1, G2, G3, G4, H2, H3, H4, H6, H7 and I4; and I believe no [wo]man will say or prove contrary by firsthand Knowledge, under oath or affirmation;

F1 re definitions of "State" and "United States" changed to meaning District of Columbia municipal corporation, see 38th Congress Session I, Chapter 173, 174, [year 1864], section 182. . A.Ka: 13 Stat 223, 306, chapter 173, sec 182. F2 16 Stat. 419 ch 62, Feb. 21, 1871, then 20 Stat. 102, ch. 180, sec. 1, June 11, 1878; then 49 Stat. 430, ch 332, ch 1

[Thus:]

7. I believe that all forms and applications proffered by government and licensees of the District of Columbia municipal corporation, such as mortgage, banking and health applications and forms, which ask:

"Are you a "U.S. Citizen?""

or

"Are you a "citizen of the United States?""

*literally means:*

Are you citizen of the District of Columbia municipal corporation?

yet, the hidden meaning of "U.S." and "United States" and "STATE OF _____" are not disclosed on such forms and applications; and are therefore fraud. See Addendum(s) and dockets referenced on the foregoing page;

[Thus:] I believe:

"United States District Court" *literally means*
District of Columbia municipal corporation District Court

"United States Judge" *literally means*
District of Columbia municipal corporation Judge

"U.S. Department of Justice" *literally means*
District of Columbia municipal corporation Department of Justice

"U.S. Marshals Service" *literally means*
District of Columbia municipal corporation Marshals Service

"U.S. Probation Office" *literally means*
District of Columbia municipal corporation Probation Office

"U.S. Individual Taxpayer" *literally means*
District of Columbia municipal corporation Individual Taxpayer

"United States Code" *literally means*
District of Columbia municipal corporation Code

"United States Bureau of Prisons" *literally means*
District of Columbia municipal corporation Bureau of Prisons

"United States Department of the Treasury" *literally means*
District of Columbia municipal corporation Department of the Treasury

"U.S. Tax laws" *literally means*
District of Columbia municipal corporation Tax Laws

"U.S. Individual Tax [Form]" *literally means*
District of Columbia municipal Tax [Form]

"U.S. Taxpayer" *literally means*

District of Columbia municipal corporation
Taxpayer

Regarding Amendment 16,
    to the federal Constitution of the United States (legal meaning
term); i.e.: "federal corporation" Cf. 28USC 3002(A)(15), i.e.:
'District of Columbia municipal corporation (see Addendum. C):

[Income Tax]

"The Congress shall have power to lay and collect
taxes on incomes, from whatever source derived,
without apportionment among the several **States**,
and without regard to any census or enumeration."

 whereby the legal meaning term "**State**"
literally means:

"The Congress shall have power to lay and collect
taxes on incomes, from whatever source derived,
without apportionment among the several
District of Columbia municipal corporation
States, and without regard to any census or enumeration."

i believe the rulers of the District of Columbia municipal corporation, have also,
by concealment of the legal meaning term "State", created 50 imposter states
(D.C. corporations) to trick unwitting Americans into their jurisdiction; for
example:
    STATE OF TEXAS is a D.C. corporation, separate and distinct from
    the land area known as Texas, one of the land areas of the original
    jurisdiction of the Union; I believe:
    the other 50 imposter states are styled: STATE OF

8. I believe the following statements demonstrate the court's breach of Constitutional limitations on jurisdiction as shown at Article III Article I §8 (17), Article IV §3 (2) and Article VI cl 2; plus due course of law protections under article 5 amendment in Bill of Rights; and the 10th amendment;

## Section I — No debt, No contract

9. I have neither seen nor been presented with facts or evidence given by firsthand knowledge, under oath or affirmation, which demonstrates that any of I, said private trust and/or my marital estate has ever assented, consented and/or agreed to debt in favor of the [federal corporation] United States, [a.k.a.] District of Columbia municipal corporation and/or a Plaint[iff] relevant to case 1:13-cr-135M based on full disclosure of all material facts; and I believe no such facts or evidence exists;

Cf. regarding requirement to consent to a debt, see Addendum E1, E2
Cf. regarding elements of a valid contract, see Addendum E3;
Cf. regarding full disclosure and fraud, see Addendum G3, G4, G2, G1;
Cf. regarding the condition of no lawful money in circulation to
   satisfy a debt, see Addendum L;
Cf. regarding said corporation(s), see Addendum(s) C, B0, B4, B1, B2, B3, H6:

Cf. 28 U.S.C. Part VI, Chapter 176, Subchapter A,
   §3002 (8)

"Judgement means a judgement, order or decree
... regarding a debt."

10. I believe, the record does not show, and I have neither seen nor been presented with, proof and testimony under oath or affirmation as firsthand Knowledge of, both the Constitutional authority and the Congressional authority for, and behind, all **judgements, orders and decrees** put forth and issued relevant to case 1:13-cr-135M (and its variations) and the case titled (similarly) United States of America v CARMEN D SANCHEZ, COMFORT DENTAL and Broad Street Investments, LLC presided over by Mary Lisi in 2009; and i believe no such proof and testimony exists;

11. I have neither seen nor been presented with facts or evidence verified by firsthand Knowledge, under oath or affirmation, which demonstrates a debt has ever been true, due and owing relevant to the judgements, orders and decrees of both of said cases; and I believe none exists;
   See Addendums C, B3, I1, I2, I3, G3 (especially "(3)" and
      Cf. Bratton v U.S.;  then see Addendums H5, H6, H7

# Section II

## Judgement Without Jurisdiction

Pertaining to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND i.e.: the District of Columbia municipal corporation District Court of Rhode Island:

12. I believe I clearly indicated My intent to appear solely by "restricted appearance" and My requirement for justice solely by way of an "Article III" court of limited jurisdiction; see My signature and the footers on My early "Motion" documents filed into case 1:13-cr-135M, such as 8, 10, 18, etc,

see Dockets 48, 70, 87, 125, 126, 167, 174, 178, 179, 205, 212, 216, 218, 220, 226, 265;

see Addendum(s): H1, then see H2, H4, H5, H6;

13. I believe I have never recieved proper notice; see dockets: 8, Exhibit 7, docket 48, 51, 65, 179, 212, 86, 87, 126, 158, 159, 266, 265;

14. I believe no [wo]man with firsthand Knowledge will prove or testify that I appeared generally and recieved proper notice, under oath or affirmation; relative to both of said cases;

15. I believe My "Declaration in the Nature of an Affidavit of Necessity..." recorded on or near year 2005 at Providence county registry of deeds, on the land at 25 Dorrance Street, Providence, Rhode-Island, which has been acknowledged by the wrongdoer, explains that all of My interactions with the federal corporation United States (the legal meaning term; a.k.a, 'District of Columbia municipal corporation) were, and are, at all times, under duress for the necessity to survive, and not voluntary; notice that said Affidavit was presented to the jury on or near January 23, 2015 but fraudulently, since the wrongdoer showed the word "sovereignty" out of context i.e: concealed the remainder of facts in the document; i.e: My meaning was and is, that I am one of the Joint Tenants in the Sovereignty;

16. I believe no [wo]man will prove or say contrary to the foregoing paragraph nor the content of said "Declaration in the Nature of Necessity..."

    See Addendum(s): A3, D, G4, then H4, H5, H6, H7, and I4, H8;


17. I believe that I have always been one of the Joint Tenants in the Sovereignty, unencumbered, and never subject to Acts of Congress of either the Congress of the District of Columbia municipal corporation ("United States") or the Congress of the Union (circa 1787-1789; formerly the Union of Colonies, nor has My property, said private trust, John J. Fall, nor My beneficial interests in said private trust and My marital estate ever been; and we have all made our home and earnings solely within the jurisdiction of the land areas of the counties of the said Union, and not said municipal corporation;

18. I have neither seen nor been presented with facts or evidence which contradicts any of the foregoing paragraph, given by firsthand Knowledge, under oath or affirmation; and I believe none exists;

    See section/Ground herein, "My Identity (Clarified)";
    see Addendum A3, A4, and especially B2, B1, H7

19. I believe said "United States District Court..." is a court of the foreign state, District of Columbia municipal corporation and I believe there is neither contrary facts or evidence; 
    Cf. 28 U.S.C. Part I, Chap 5 §132 "Creation and composition of district courts" under "[Legislative] History; Ancillary Laws and Directives [shows:]
      "Based on ... Territories and Insular Possessions";

20. I believe said United States District Court...''
has neither _Congressional_ nor _Constitutional_ authority to
issue or put forth judgements, orders and/or decrees in
the counties, parishes and burroughs of the land areas
of said Union, especially where I, said private trust and
My marital estate have made our home; ...and I believe
no [wo]man will say or prove contrary, by firsthand knowledge,
under oath or affirmation;
        See dockets: 51, 178, 174, 179, 212, 266, 265;
        See Addendums: H4, H5, H6, H7, H8, H1, H2;


21 I believe that none of, I, said private trust, John J. Fall,
and/or My marital estate, has ever knowingly indicated or
expressed an intent to be, a resident of, a citizen of,
with sources of income from within or subject to, a fiduciary
in relation to, under a valid assent or contract with, or
liable to, the District of Columbia municpal corporation,
a.k.a United States (legal meaning term), UNITED STATES OF
AMERICA, nor any jurisdiction(s) or entities created by way of
Article I §8 (17) of the federal Constitution of either, said
Union or the District of Columbia; and I believe no
[wo]man will say or prove contrary, by firsthand knowledge,
under oath or affirmation;
        See Addendum D, C, B0, B1, B2, B3, B4, H7, H2, I4;
        Cf. 26 U.S.C. 6013;

22. I believe that neither I, nor said private trust, nor My marital
estate has ever been, a resident of, a citizen of, with sources of
income from within or subject to, a fiduciary in relation to, under
a valid assent or contract with, or liable to, the District of Columbia
municipal corporation, a.k.a. United States (legal meaning term), UNITED
STATES OF AMERICA, nor any jurisdiction(s) or entities created by

11.H

way of *Article I §8(17)* of the federal Constitution of either said Union or the District of Columbia; and I believe no [wo]man will say or prove contrary, by firsthand knowledge under oath or affirmation;

23. I believe that, for the prosecution of both of said cases, such prosecutions were solely by way of an *Article IV §3 cl 2* of the federal constitution and not by *Article III*, and had neither constitutional authority, nor Congressional authority to have jurisdiction over any of, I said private trust and/or my marital estate, nor have jurisdiction in Providence County of Rhode-Island; and I believe no [wo]man will or can present contrary facts or evidence by firsthand knowledge, under oath or affirmation; see Addendums G4, J1, H2, H3, H4, H5, H6, H7, G1, G2, G3 and I4; D;

## Section III — No Injury

24. I believe the Plaint[iff] in both of said cases is incompetent and no more than the creature of imagination by some man, without form or substance; with neither authority nor capability to claim jurisdiction over [wo]man, a [wo]man's property and/or beneficial interest; and I believe no [wo]man will say or prove contrary under oath or affirmation; see Addendums E3, then E2, E1, H7;

25. I believe that only I have asserted and presented a verifiable claim for My property and a verifiable accusation of wrong(s)

12.H

on the record of case 1:13-cr-135M and that such pertains to both said cases; and I believe no [wo]man will say or prove contrary under oath or affirmation; See Dockets: 204, 257, 179, 174, 178, 218, 47, 118, 166, 206, 177, 172;

25. I believe there is no competent man, woman and/or group of such who can or will say that any of I, said private trust and/or my marital estate did or does cause an injury, harm, and/or financial loss stated or presented as true, due and owing; and I believe no [wo]man will say or prove contrary, by firsthand knowledge, under oath or affirmation; See Addendum(s): K1, I1, I2, I3, and H7;

26. I believe that if such injury, harm and/or financial loss existed, by a citizen of another state, it could only be prosecuted by a Court exclusively under Article III of the federal Constitution of said Union, and not under either Article I §17(8) or Article IV §3(2) of either federal constitutions, the Union or the District of Columbia municipal corporation; and I believe no [wo]man will say or prove contrary, by firsthand knowledge, under oath or affirmation; see Addendum(s) B0, B1, B2, B3, B4, K1, I1, I2, I3, and H7;

## The Harm and Prejudice

I believe:

As a direct result of concealment of the foregoing from the jury and from Me and My wife, I have been imprisoned for over 484,000 minutes, My wife divorced Me in a state of mental terror caused by agents of said corporation, costing My marital estate well over $300,000.00 causing My two minor sons to live without their father for over 5 years, stress to Me that has resulted in 6 emergency trips to the hospital by ambulance, major heart surgery and chronic health disability; and I believe that had the definition and meaning and boundries of "U.S." "United States" and the said Court, been disclosed to the jury and us, all of that Harm would not have happened; and I believe most of that harm will happen again without the court providing justice;

# Redress [Cf. Relief] Sought

1. I respectfully wish and require to be treated, seen and acknowledged solely as a man who is one of the Joint Tenants In the Sovereignty (Addendum A0, A1, A2, A3, A4) subject only to God's law, and not another, nor liable for another (Addendums A5, E1, E2, E3, A8) since that is truth in this matter;

2. I respectfully wish and require that no mandate issue, i.e. that could cause any further imprisoment of any kind, until all of the redress sought herein is resolved by the court or by the Supreme Court of the Union;

3. I respectfully wish and require that the following redress[es] sought are treated separately and independantly though I wish and require each be done:

4.) that the judgement, orders and decrees of the [underlying] case in year 2009, presided over by Mary Lisi; and all its ramifications be voided as if it had not occured;

5.) that said case 1:13-cr-135M (and its variation of spelling and syntax) be set aside or vacated or dismissed or discharged or disposed of and abated, immediately;

6.) that I be freed from imprisonment immediately; and a Writ of Innocence be given to Me forthwith

7. that all judgements, orders and decrees for said case 1:13-cr-135M be without further e ffect, affect and consequence to me and said private trust;

8. That the court provide me justice solely and strictly by way of Article III, section 1, Clause 2, without affect by any of, Article I §8 (17), Article IV §3 cl 2, and/or the will of the legislature; See Addendums: B4, J1, I2, I3, I4, H7;

9. That the court observe that the law common to Me, and the only law with jurisdiction over Me and said private trust, is the law of My family Bible, God's law, i.e.: the Holy Scriptures, King James version (see Addendums A0, A1, A2, A3, A4, A5, A6; H7;

10. That the wrong doer be ordered to present to the court and Me:
   a) The exact section of an Act of Congress that placed a "duty" or liability upon each of, Me, said private trust and each member of My marital estate;
   b) the verifiable claim, under oath or affirmation, demonstrating either or both of, a debt, being true, due and owing, plus/or an injured man, woman and/or group of such;
   c) a statement, by firsthand knowledge, under oath or affirmation, that such "duty" or liability applies to any of, said private trust, My marital estate and/or Me and that we believed such applied, either separately or jointly;

11. That all of My property be immediately restored, where practical, including but not limited to: My finger prints, recordings of My voice, My DNA, all documents and materials taken from My marital estate, My reputation as remedied by retraction wherever negative publicity was made; immediately;

12. That all assessments underlying, and as basis for, said case 1:13-cr-135M be voided as if they never happened, with all reporting and recordings of such being removed, such as recordings at various county registry of deeds and credit reporting; immediately;

13. That all funds and credits taken by, and/or recieved by, the Internal Revenue Service, in relation to My marital estate (CARMEN D. SANCHEZ, COMFORT DENTAL and BROAD STREET INVESTMENT, LLC) be refunded immediately;

14. That the court order an injunction to stop any and all impositions and adverse actions against Me.

15. That the court order an injunction to stop any and all impositions and adverse actions against said private trust, John J. Fall;

16. That the court order an injunction to stop any and all impositions and adverse actions against My marital estate;

17. That the court provide a non-statutory Declatory Judgement clarifying the jurisdiction or lack thereof, of the United States, i.e: District of Columbia municipal corporation to all of, Me, said private trust, and My marital estate; and the source and nature of such;

18. The court provide me non-statutory Declatory Judgement of My sole and true name being "John Joseph Fall" and not any other spelling or syntax;

Addendum AØ

2016 MAY -2 P 3: 33

FILED IN CLERKS OFFICE
APPEALS
FOR THE FIRST CIRCUIT

West Virginia School Board of Edu.
v. Barnette, 319 US 624 (1943)

at P [319 US 642]:

"If there is any fixed star in our constitutional constellation, it is that no official high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion or force citizens to confess by word or act their faith therein.

If there are any circumstances which permit an exception, they do not no occur to us.

[Emphasis added]

Addendum A1 - page 1 of 2

Ecclesiastes 12:13 (KJV)

"Let us hear the conclusion of the whole matter; Fear God, and keep His commandments for this is the whole duty of man."

Psalm 19:7 (KJV)

"The law of the Lord is perfect,..."

Mathew 24:35 (KJV)

"Heaven and earth shall pass away but My words shall not pass away"

2 John 1:9-11 (KJV)

"do not be partakers with those outside Christ's doctrine, since such is evil"

Acts 5:29 (KJV)
"We ought to obey God rather than men."

Exodus 20:3-5 (KJV)
"... Though shalt not bow down thyself to them..."

Romans 3:4 (KJV)
  "God forbid: yea, let God be true, but every man a liar."

Mathew 10:32-33 (KJV)

  "Whosoever therefore shall confess me before men,
  him will I confess also before My father which is
  in heaven.
  But whosoever shall deny me before men, him will
  I also deny before My Father which is in heaven;"

John 14:6 (KJV)

  "Jesus saith unto him, I am the way, the truth
  and the life: no man cometh unto the father,
  but by me."

Cf. An Act of Congress in 1982: "Congress declares the Bible the
Word of God" "... the national need to study and apply the
Holy Scriptures" P. Law 97-280; 96 Stat 1211    [emphasis added]

Addendum A2

Cf.   135 S. Ct. 2128 Kerry v Dinn (2015)

at line { 135 S. Ct. 2133 }

" ... to worship God according to the
dictates of his own conscience ... "

at line { 135 S. Ct. 2134 }

"Because extending constitutional protection
to an asserted right or liberty interest...
place[s] the matter outside the area of
public debate and legislative actions."
[Emphasis added]

See article 1 of the Bill of Rights "amendments" to both the
Constitution of the Union and the Constitution of the District
of Columbia municipal corporation, regarding protection of
religious beliefs

# Addendum A3 page 1 of 2

1 Corinthians 2:15

"The spiritual man makes judgements
about all things, but he himself
is not subject to any man's judgement"

See also 2 Tim 4:8

Addendum A3   page 2 of 2

Chisolm v Georgia, 2 US 419, 471 (1793)

at P [2 Dallas 472]:

"at the Revolution, the sovereignty devolved on the people and they are truly the sovereigns of the country, but they are sovereigns without subjects ... and have none to govern but themselves; the citizens of America are equals as fellow citizens, and as joint tenants in the sovereignty." [Emphasis added]

Cf. 182 US 244, Downes v Bidwell; May 27, 1901; at P [182 US 359];
and
Cf. 118 US 356 S.Ct., Yick Wo v Hopkins (1886)
at P [118 US 370]

"... sovereignty itself is, of course, not subject to the law, for it is the author and source of the law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." [Emphasis added]

Genesis 1:26 (KJV) "And God said let us make man in our image and likeness... let them have dominion over all the earth"

# Addendum A4

Cf.    [T]here is no such thing as a power of inherent sovereignty in the government of the United States. It is a government of delegated powers, supreme within its prescribed sphere but powerless outside of it. In this country, sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution, entrusted to it; all else is withheld... [Emphasis added]

     — Julliard v Greenman, 110 US 421, 467 (1884)

  3 DALL 54, Penhallow v Doane, S.Ct.

   at P [3 Dallas 74]:

    "In every society there must be a sovereignty."

# Addendum A 5

118 US 356, Yick Wo v Hopkins  S.Ct. (1886)

at P [118 US 370]:

"For the very idea that one man may be compelled to hold... any material right essential to the enjoyment of life, at the mere will of another seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself."

# Addendum A6

## 132 US 604, Avery v. Cleary (1890)

"The rights of cestui que trust... will be protected by a court of equity..."

Addendum A7   page 1 of 2

Cf.   Act of State Doctrine

Cf. Black's Law 10th Ed.
"The principle that no country can judge the legality of a foreign
country's sovereign acts within its own territory. As originally
formulated by the U.S. Supreme Court in 1897, the
doctrine provides that
        "the courts of one country will not sit in
        judgement on the acts of the government
        of another done within its own territory"

Cf. 57 LED 960, 228 US 549, TIACO v. Forbes
    at P [228 US 558], 2nd P:
        "It is held in England that an act of state is a
        matter not cognizable in any municipal court"
                                    [Emphasis added]

Cf.   Article III § 2 of the federal Constitution
        "The judicial power shall extend to all Cases, in law
        and Equity, arising under this Constitution, the
        laws of the United States, and Treaties made...

Cf. 8 LED 751, 7 Peters 469, The Lessee of Livingston etal.
    v Moore etal;   at 2nd P below [7 Peters 492]
        "It is common law of all nations that private
        property cannot be taken by an Act of State
        without individual consent or judicial umpirage"

Addendum A7 - page 2 of 2

[Re Act of State doctrine]

(4)  Cf. 28 USC 1257
"... where the validity of a treaty or statute
of the United States [i.e.: District of Columbia
municipal corporation] is drawn into question..."

Cf. Hague Treaty; Hague Conference

Cf. 54 L Ed 854 Foreign nations- Right to sue
I. Preliminary Matters [;] §1 Introduction [;]
Text of relevant constitutional and statutory provisions
§2 Summary

Cf. Banco Nacional de Cuba v Sabbatino, 376 U.S. 398,
423, 84 S. Ct. 923, 937 (1964)
"... international underpinnings..."

Cf. Foreign Agents Registration Act of 1938

Cf. 28 U.S.C. §1602

(5)  See "Government Styles Manual," section titled "Proper Nouns"
proferred by the General Printing Office (www.GPO.com);
also see principle of Capita Diminutio from Roman Civil Law
[i.e.: that which is capitalized is diminished in status]

Addendum A8 page 1 of 3

92 LED 1091, 333 US 795 United States
v Scophony Corporation; below [333 US 820]

"From the earliest times the law has enforced rights
and exacted liabilities by utilizing a corporate
concept - by recognizing, that is, juristic persons other
than human beings. The theories by which this mode
of legal operation has developed has been justified,
qualified, and defined are the subject matter of a very
sizable library. The historical roots of a particular
society, economic pressures, philosophic notions, all
have had their share in the law's response to the
ways of men in carrying on their affairs through
what is now a familiar device of the corporation.
Law has also responded to religious needs in recognizing
juristic persons other than human beings, Thus, in Hindu
law an idol has standing in court to enforce its
rights. See e.g., Pramatha Nath Mullick v.
Pradyumna Kumar Mullick, 52 L.R.I.A. 245 (1925).
Attribution of legal rights and duties to a juristic
person other than man is necessarily a
metaphorical process. And none the worse for
it. No doubt, "metaphors in law are to be
narrowly watched." Cardozo, J., in Berkey v.
Third Ave. R. Co. 244 NY 84, 94, 155 NE
58, 50 ALR 599. But all instruments of thought
should be narrowly watched lest they be abused"
and fail in their service to reason.

Addendum A8  page 2 of 3

Cf.  Botta v. Scanlon, 288 F.2d. 504, 508 (___ Circuit; 1961)
"A reasonable construction of the taxing statutes does not include vesting any tax official with absolute power of assessment against individuals not specified in the statutes as a person liable for the tax without an opportunity for judicial review of this status before the appellation of 'taxpayer' is bestowed upon them and their property is seized..."
↳ space

Cf.  Economy Plumbing & Heating v. U.S., 470 F.2d. 585 (1972)
"Revenue laws relate to taxpayers and not to nontaxpayers..."

Cf.  "In common usage, the term 'person' in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings...
 - U.S. Dept of Justice v Church of Scientology 612 F.2d 417 (1979)
 @ paragraph 425

Cf.  "In common usage, the term 'person' does not include the Sovereign, and statutes employing the word are ordinarily construed to exclude it"
 - Wilson v Omaha Indian Tribe, 442 U.S. 653, 667 (1979
 - U.S. v. Cooper, 312 U.S. 600, 604, 61 S. Ct. 742 (1941)
 - U.S. v. United Mine Workers of America, 330 U.S. 258, 67 S. Ct. 67 (1947

A8
Addendum, page 3 of 3

See "Government Printing Office" (www.GPO.gov) proffers the official
rules for government documents and printing: see "Government
Styles Manual," section titled "Proper Nouns", clearly requiring that
a man's name be spelled in proper upper and lower case, like
John Henry Doe, [and that corporations be spelled in all upper case like
JOHN HENRY DOE].

See principle of Capita Diminutio in Roman Civil Law, [the precedent
of modern law], meaning: that which is spelled in ALL CAPITAL
LETTERS is diminished in status; e.g.: JOHN HENRY DOE
is an artificial being;


491 US 58, Wills vs Michigan State Police (1989)
at P[491 US 64]

"in common usage, the term person does not
include the sovereign, [and] statutes employing
the [word] are ordinarily construed to exclude it"

Addendum B0 page 1 of 2.

## XVIII.  FOREIGN CORPORATIONS

### A.  IN GENERAL

**§ 883.  Definition and General Considerations**

A foreign corporation is one that derives its existence solely from the laws of another state, government, or country.

Library References

Corporations ⟷631, 632.

A foreign corporation is one that derives its existence solely from the laws of another state, government, or country, and the term is used indiscriminately, sometimes in statutes, to designate either a corporation created by or under the ~~laws of another state or a corporation created by~~

tion.[51]  A domestic corporation does not become a foreign corporation merely by accepting from another state a grant of the right to own property and to transact business in such other state.[52]

*Federal corporations.*

A federal corporation operating within a state is considered a domestic corporation rather than a foreign corporation.[53]  The United States government is a foreign corporation with respect to a state.[54]

**§ 884.  Status**

From the New World Dictionary, the little cheap red one from Wal-Mart

"**United States of America** country including 49 states in North America and Hawaii", it goes on to read "cap. Washington, DC: also called United States".

In Hooven Allison v. Evatt the matter of the definition of "United States" was settled once and for all. In simple terms it was determined that first it can mean all the 50 states, Washington DC and its territories and possessions all combined. Secondly it can mean just the 50 states by themselves and the third and final definition of United States is that it means just DC, its territories and possessions, If you'll look at the word "United States" as it is defined throughout all 50 titles of the United States Code and Code of Federal Regulations you see that the definitions follow the decision in Hooven.  Here are just three of the many, many (I've seen over 75 first hand) of those three definitions. I give you an example of each of the three different "United States".

5 USC § 7103 Definitions - (18) "United States" means the 50 States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, the Virgin Islands, the Trust Territory of the Pacific Islands, and any territory or possession of the United States.

7 USC § 2116 Definitions
(e) The term "United States" means the 50 States of the United States of America.

7 USC § 75 Definitions
(d) the term "United States" means the States (including Puerto Rico) and the territories and possessions of the United States (including the District of Columbia);

Although not a USC or CFR, UCC § 9-307(h) says....



(h) [Location of United States.] The United States is located in the District of Columbia.

If you look up the word "state" in a legal dictionary (Blacks 6th) you'll see that both the territories of Washington DC, or the 50 states (of course) of the union a.k.a the United States of America are both referred to as "states".

Addendum B0 page 2 of 2

Cf. Stoutenburg v Hennick, 129 US 141

"Congress has express power to exercise exclusive legislation over the District of Columbia; but in creating the District of Columbia a body corporate for municipal purposes, Congress could only authorize it to exercise municipal powers."

See "municipal" as defined in Websters 10th Edition:
1. of or relating to the internal affairs of a major political unit

Addendum B1 page 1 of 2

Cf. 6 LED 244, 9 Wheat 904, The Bank of The U.S.
v. The Planters' Bank of Georgia

at bottom of P [9 Wheat 908]

"As a member of a corporation, a government
never exercises its sovereignty. It acts merely
as a corporator...

The government of the Union..."

see also footnotes 3, 4, 5, 5B

Addendum B1  page 2 of 2

/4/ Howard 8C Rundle et al v The Delaware and Raritan Canal G
at last P of [14 Howard 98]:
"A corporation, therefore, being not a natural person,
but a mere creature of the mind, invisible and
intang'ble, cannot be a citizen of a State, or
the United States, and cannot fall within the terms
or power of the above-mentioned article [2nd section of 3rd article]
and can therefore neither plead nor be impleaded in
the courts of the United States.  [Emphasis added]

at P [14 Howard 99]:
"If the corporation be considered as a mere faculty, and not
as a company of individuals, who, in transacting their
business, may use a legal name, they must be excluded from
the courts of the Union"

at P [14 Howard 104]:
"In a political, or legal sense, none can be treated or dealt with by
the government as citizens, but those who are citizens in reality."

Addendum B2 – Page 1 of 2

Supreme Court:

265 US 47, Cook v Tait (1924)

at last ¶ of [265 US 56]:

"... the basis of the power to tax was not and cannot be made dependant upon the situs of the property in all cases, it being in or out of the United States, nor was not and cannot be made dependant upon the domicil of the citizen, that being in or out of the United States, but upon his relation as citizen to the United States [a.k.a. District of Columbia mucipal corporation], and the relation of the latter to him as citizen."   [Emphasis Added]

"Footnotes

1. ... Every resident alien individual is liable to the tax even though his income is wholly from sources outside the United States [a.k.a. District of Columbia municipal corporation]. Every nonresident alien individual is liable to the tax on his income from sources within the United States.

Addendum B2 page 2of2

Cf.    306 US 398, Texas v Florida (1939)

below ℙ [306 US 424]:   "Residence in fact, coupled with the purpose to make the place of residence one's home, are the essential elements of domicil..."

"While one's statements may establish evidence of the intention requisite to establish domicil at a given place of residence, they cannot supply the fact of residence there..."

at below ℙ [306 US 426]:
"He could not elect to make his home in one place in point of interest and attachment and for the purposes of life, and in another, where he in fact had no residence, for the purposes of taxation. Feehan v Tax Comr. supra (237 Mass. 171, 129 N.E. 292): Re Trowbridge, 266 N.Y. 283, 194 N.E. 756 supra."

at ℙ [306 US 429]: "That for purposes of legal rights and liabilities a person must have one domicile, and can have only one, is a historic rule of the common law and justified by much good sense."

337 US 582, National Mutual Ins Co. v. Tidewater T. Co.
at below ℙ [337 US 590] "...no jurisdiction other than specified in Art[icle] 3 can be imposed on courts that exercise judicial power of the United States therunder. The other is that Art[icle] 1 powers over the District of Columbia must be exercised solely within that geographic area."

Addendum B3

Cf. Hooven and Allison v. Evatt, 324 US 652, 89 L. ed
1252, 65 S. Ct. 870

"The term "United States" may be used in any one of
several senses. It may be merely the name of a
sovereign occupying the position analogous to that of
other sovereigns in the family of nations.

It may designate the territory over which the sovereignty
of the United States extends.

[324 US 672]
or it may be the collective name of the states which
are united by and under the Constitution

Cf. 92 US 542, United States v. Cruikshank (1876)

a person may be at the same time a citizen of
the United States and a citizen of a State...
but his
rights of citizenship under one of these governments
will be different from those he has under the other.

# Addendum B4 page 1 of 2

Cf. 337 US 582 *National Mutual Ins Co. v Tidewater T. Co.*

at below P [337 US 590]

"... no jurisdiction other than specified in Art[icle]3
can be imposed on courts that exercise judicial
power of the United States thereunder. The other
is that Art[icle]1 powers over the District of
Columbia must be exercised solely within that
geographic area."     [Emphasis Added]

B4  page 2 of 2

Cf.  306 US 161, United States v. Midstate Horticultural Co.

> "No crime was shown to have been committed within the State... and that court was therefore constitutionally without jurisdiction to try the same"

> "Bratton v United States (C.C.A. 10th) 73 F. 2d 795, 798;

> "A court cannot by construction make a crime."

13 Peters 519, The Bank of Augusta v. Earle

at 2nd ¶ below [13 Peters 582]:

> "The Greystock College case, that of the Bank of Marietta, and Beaty v Knowler, are coincident acknowledgements of the great principle that a corporation has no corporate power beyond the State to which it owes being.
> [Emphasis added]

Cf.  92 US 542, United States v Cruikshank (1876)
"A person may be at the same time a citizen of the United States and a citizen of a State, but his rights of citizenship under one of these governments will be different from those he has under the other."

FORTY-FIRST CONGRESS. Sess. III. Ch. 61, 62. 1871.          419

For expenses under the neutrality act, twenty thousand dollars.

For expenses incurred under instructions of the Secretary of State, of bringing home from foreign countries persons charged with crimes, and expenses incident thereto, including loss by exchange, five thousand dollars.

For relief and protection of American seamen in foreign countries, one hundred thousand dollars.

For expenses which may be incurred in acknowledging the services of masters and crews of foreign vessels in rescuing American citizens from shipwreck, five thousand dollars.

For payment of the seventh annual instalment of the proportion contributed by the United States toward the capitalization of the Scheldt dues, fifty-five thousand five hundred and eighty-four dollars; and for such further sum, not exceeding five thousand dollars, as may be necessary to carry out the stipulations of the treaty between the United States and Belgium.

To pay to the government of Great Britain and Ireland, the second and last instalment of the amount awarded by the commissioners under the treaty of July one, eighteen hundred and sixty-three, in satisfaction of the claims of the Hudson's Bay and of the Puget Sound Agricultural Company, three hundred and twenty-five thousand dollars in gold coin: *Provided*, That before payment shall be made of that portion of the above sum awarded to the Puget Sound Agricultural Company, all taxes legally assessed upon any of the property of said company covered by said award, before the same was made, and still unpaid, shall be extinguished by said Puget Sound Agricultural Company; or the amount of such taxes shall be withheld by the government of the United States from the sum hereby appropriated.

APPROVED, February 21, 1871.

___

CHAP. LXII. — *An Act to provide a Government for the District of Columbia.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That all that part of the territory of the United States included within the limits of the District of Columbia be, and the same is hereby, <u>created into a government by the name of the District of Columbia</u>, by which name it is hereby constituted <u>a body corporate for municipal purposes</u>, and may contract and be contracted with, sue and be sued, plead and be impleaded, have a seal, and exercise all other powers of <u>a municipal corporation</u> not inconsistent with the Constitution and laws of the United States and the provisions of this act.

SEC. 2. *And be it further enacted,* That the executive power and authority in and over said District of Columbia shall be vested in a governor, who shall be appointed by the President, by and with the advice and consent of the Senate, and who shall hold his office for four years, and until his successor shall be appointed and qualified. The governor shall be a citizen of and shall have resided within said District twelve months before his appointment, and have the qualifications of an elector. He may grant pardons and respites for offenses against the laws of said District enacted by the legislative assembly thereof; he shall commission all officers who shall be elected or appointed to office under the laws of the said District enacted as aforesaid, and shall take care that the laws be faithfully executed.

SEC. 3. *And be it further enacted,* That every bill which shall have passed the council and house of delegates shall, before it becomes a law, be presented to the governor of the District of Columbia; if he approve, he shall sign it, but if not, he shall return it, with his objections, to the house in which it shall have originated, who shall enter the objections at

### Margin notes

Neutrality. 1818, ch. 88. Vol. iii. p. 447.

Persons charged with crime.

American seamen.

Rescuing seamen.

Scheldt dues. Vol. xiii. p. 649.

Award to Hudson's Bay and Puget Sound Agricultural Companies. Vol. xiii. p. 651.

Certain taxes to be settled before payment of award;

or amount withheld.

Feb. 21, 1871. Vol. xvii. p. 16.

District of Columbia constituted a body corporate for municipal purposes.

Powers, &c.

Governor, appointment, and term of office;

qualifications;

powers and duties.

Veto power.

Addendum C₁ - page 2 of 5

Cf. see definitions of "State" and "United States" as
meaning "the territories and the District of
Columbia"; 13 Stat 223, 306, ch. 173, sec 182,
June 30, 1864

Cf. 28 U.S.C. Part VI, Chapter 176, Subchapter A,
3002 (A)(15)
"United States is a federal corporation"

Cf. "An Act to provide a Government for the District
of Columbia", 16 Stat. 419, ch 62, February 21, 1871;
later legislated in "Act Providing a Permanent Form
of Government for the District of Columbia",
20 Stat. 102, ch 180, section 1, June 11, 1878, to
remain and continue as a municipal
corporation (brought forward from the Act of 1871,
as provided in the Act of March 2, 1877, amended
and approved March 9, 1878, Revised Statutes of
the United States relating to the District of Columbia
... 1873 - 1874 (in force as of December 1, 1873),
sec. 2, p2); as amended by the Act of June 28,
1935, 49 Stat. 430, ch. 332, sec 1 (Title 1,
Section 102, District of Columbia Code (1940);

**Penalty for selling article liable to tax before tax is paid.**

required to pay any tax upon any article, goods, wares, merchandise, or manufactures, as herein provided, shall sell, or cause or allow the same to be sold, before the tax to which such article, goods, wares, merchandise, or manufacture is legally liable, is paid, with intent to avoid such tax, or in fraud of the revenue herein provided, any debt contracted in the sale of such article, goods, wares, merchandise, or manufactures, or any security given therefor, unless the same shall have been bona fide transferred to the hands of an innocent holder, shall be entirely void, and the collection thereof shall not be enforced in any court. And if any such article, goods, wares, merchandise, or manufacture has been paid for, in whole or in part, the sum so paid shall be deemed forfeited, and any person who will sue for the same in an action of debt shall recover of the seller the amount so paid, one half to his own use, and the other half to the use of the United States.

**Appropriation for expenses of internal revenue acts.**

Sec. 181. *And be it further enacted,* That four hundred thousand dollars, or so much thereof as may be necessary for the payment of the expenses incident to carrying into effect the various acts connected with internal revenue which are or may be authorized and payable after the first of July, eighteen hundred and sixty-four, is hereby appropriated for that purpose, payable out of any money in the treasury not otherwise appropriated, to be expended under the direction of the Secretary of the Treasury. And it shall be the duty of the collectors of internal revenue,

**Collectors to be disbursing agents.**

as the secretary may direct, to act as disbursing agents to pay the aforesaid expenses, without increased compensation therefor, who shall give good and sufficient bonds for the faithful performance of their duties as such disbursing agents for such sum and in such form as shall be prescribed by the first comptroller of the treasury, subject to the approval of the Secretary of the Treasury: *Provided,* That the aforesaid appropriation shall continue in force to the thirtieth day of June, eighteen hundred and sixty-five, and thereafter the Secretary of the Treasury shall embrace in his annual estimates the amount which, in his opinion, will be required for the expenses of this branch of the public service.

**Word "state" to include "territories," and District of Columbia.**

Sec. 182. *And be it further enacted,* That wherever the word state is used in this act, it shall be construed to include the territories and the District of Columbia, where such construction is necessary to carry out the provisions of this act.

Approved, June 30, 1864.

---

**June, 30, 1864.**

Chap. CLXXIV.—*An Act to regulate Prize Proceedings and the Distribution of Prize Money, and for other Purposes.*

**Duty of commander of vessel making captures. Documents.**

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That it shall be the duty of the commanding officer of any vessel or vessels making a capture to secure the documents of the ship and cargo, including the log-book, with all other documents, letters, and other papers found on board, and make an inventory of the same, and seal them up, and send them, with the inventory, to the court in which proceedings are to be had, with a written statement that they are all the papers found, and in the condition in which they were found, or explaining the absence of any documents or papers, or any change in their condition. He shall send to said court, as witnesses, the master,

**Witnesses.**

one or more of the other officers, the supercargo, purser, or agent of the prize, and any person found on board whom he may suppose to be interested in, or to have knowledge respecting, the title, national character, or destination of the prize. He shall send the prize, with the documents,

**Prize master and crew.**

papers, and witnesses, under charge of a competent prize master and prize crew, into port for adjudication, explaining the absence of any usual witnesses; and in the absence of instructions from superior authority as to the port to which it shall be sent, he shall select such port as he shall

*Addendum C — page 4 of 5*

## FORTY-FIRST CONGRESS. Sess. III. Ch. 62. 1871.

the election and the returns thereof, prescribe the time, places, and manner of conducting such election, and make all needful rules and regulations for carrying into effect the provisions of this act not otherwise herein provided for : *Provided*, That the first election shall be held within sixty days from the passage of this act. In the first and all subsequent elections the persons having the highest number of legal votes for the house of delegates, respectively, shall be declared by the governor duly elected members of said house. In case two or more persons voted for shall have an equal number of votes for the same office, or if a vacancy shall occur in the house of delegates, the governor shall order a new election. And the persons thus appointed and elected to the legislative assembly shall meet at such time and at such place within the District as the governor shall appoint; but thereafter the time, place, and manner of holding and conducting all elections by the people, and the formation of the districts for members of the council and house of delegates, shall be prescribed by law, as well as the day of the commencement of the regular sessions of the legislative assembly : *Provided*, That no session in any one year shall exceed the term of sixty days, except the first session, which may continue one hundred days.

*Elections of delegates;*

*when to be held.*

*Plurality to elect.*

*New election, if vote is equal, or in case of vacancy.*

*Time and place of meeting.*

*Sessions not to exceed sixty days, except the first.*

SEC. 6. *And be it further enacted*, That the legislative assembly shall have power to divide that portion of the District not included in the corporate limits of Washington or Georgetown into townships, not exceeding three, and create township officers, and prescribe the duties thereof; but all township officers shall be elected by the people of the townships respectively.

*Part of district may be divided into townships.*

*Township officers.*

SEC. 7. *And be it further enacted*, That all male citizens of the United States, above the age of twenty-one years, who shall have been actual residents of said District for three months prior to the passage of this act, except such as are non compos mentis and persons convicted of infamous crimes, shall be entitled to vote at said election, in the election district or precinct in which he shall then reside, and, shall have so resided for thirty days immediately preceding said election, and shall be eligible to any office within the said District, and for all subsequent elections twelve months' prior residence shall be required to constitute a voter; but the legislative assembly shall have no right to abridge or limit the right of suffrage.

*Voters, their qualifications, &c.*

*Right of suffrage not to be abridged.*

SEC. 8. *And be it further enacted*, That no person who has been or hereafter shall be convicted of bribery, perjury, or other infamous crime, nor any person who has been or may be a collector or holder of public moneys who shall not have accounted for and paid over, upon final judgment duly recovered according to law, all such moneys due from him, shall be eligible to the legislative assembly or to any office of profit or trust in said District.

*Certain persons disqualified from membership in the assembly or holding office.*

SEC. 9. *And be it further enacted*, That members of the legislative assembly, before they enter upon their official duties, shall take and subscribe the following oath or affirmation: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and will faithfully discharge the duties of the office upon which I am about to enter; and that I have not knowingly or intentionally paid or contributed anything, or made any promise in the nature of a bribe, to directly or indirectly influence any vote at the election at which I was chosen to fill the said office, and have not accepted, nor will I accept, or receive, directly or indirectly, any money or other valuable thing for any vote or influence that I may give or withhold on any bill, resolution, or appropriation, or for any other official act." Any member who shall refuse to take the oath herein prescribed shall forfeit his office, and every person who shall be convicted of having sworn falsely to or of violating his said oath shall forfeit his office and be disqualified thereafter from holding any office of profit or trust in said District, and shall be

*Oath of members of the legislative assembly.*

*Refusal to take oath to forfeit office.*

*False oath, &c. to disqualify and to be perjury.*

C page 5 of 5

# CHAPTER 3. SEAT OF THE GOVERNMENT

§ 71.        Permanent seat of Government
§ 72.        Public offices; at seat of Government.
§ 73.        Same; removal from seat of Government

## § 71.   Permanent seat of Government

All that part of the territory of the United States included within the present limits of the District of Columbia shall be the permanent seat of government of the United States.

(July 30, 1947, ch 389, 61 Stat. 643.)

### CASE ANNOTATIONS

1. Generally; United States' rights to District of Columbia lands
2. Authority of commissioners of District of Columbia
3. Status of former counties

### 1. Generally; United States' rights to District of Columbia lands

No rights or claims remained in former proprietors of lands in Washington, D.C.  Van Ness v Washington (1830) 29 US 232, 4 Pet 232, 7 L Ed 842

Wharfage rights appurtenant to land forming part of city of Washington passed absolutely to United States. Potomac S.B. Co. v Upper Potomac S.B. Co. (1884) 109 US 672, 27 L Ed 1070, 3 S Ct 445

Cession of District of Columbia passed rights of state of Maryland in soil lying under Potomac River, in ceded territory, to United States. Morris v United States (1899) 174 US 196, 43 L Ed 946, 19 S Ct 649

United States was owner of submerged land and also bed of navigable portions of Potomac River within original limits of the District of Columbia. (1910) 28 Op Atty Gen 366

Land built upon submerged portions of Potomac River vested in United States would remain its property, such built-up lands not being accretions. (1910) 28 Op Atty Gen 402

### 2. Authority of commissioners of District of Columbia

Disposal or use of tract of land purchased under authority of Congress for particular purpose, except for purpose specified, was beyond jurisdiction of commissioners of District of Columbia whose authority to act depends upon express terms of authorizing statute. Rudolph v Hunt (1923) 52 App DC 343, 286 F 1007, cert den (1923) 262 US 744, 67 L Ed 1211, 43 S Ct 521

### 3. Status of former counties

Counties of Washington and Alexandria which formerly composed Territory of Columbia resembled different counties in same state and did not stand towards one another in relation of distinct and separate governments. Bank of Alexandria v Dyer (1840) 39 US 141, 14 Pet 141, 10 L Ed 391

Plaintiff seeking to recover back taxes as illegally collected from him under authority of state of Virginia, in Alexandria County, cannot raise question of validity of retrocession by Congress to state of Virginia of that county, which was part of District of Columbia, as originally constituted, and which had been ceded by Virginia to United States. Phillips v Payne (1876) 92 US 130, 2 Otto 130, 23 L Ed 649




## § 72.   Public offices; at seat of Government.

All offices attached to the seat of government shall be exercised in the District of Columbia, and not elsewhere, except as otherwise expressly provided by law.

(July 30, 1947, ch 389, 61 Stat. 643.)

# Addendum D

Cf.   Klapprot v United States, 335 US 601 (1949)

     " undenied allegations must
       be accepted as true

Cf.   Warth v Seldin, 45 LED 2D 343 S. Ct.

    ... must accept as true all material allegations
       of the complaint.

# Addendum E1

146 US 162 Morley v Lake Shore and Michigan
Southern R. Co.

at below ¶ [146 US 169]:

"a statute of liability wants all the elements
of a contract, consideration, mutuality, as
well as the assent of the party"

Addendum E2

Cf.  10 LED 223  13 Peters 400
      The Heirs of Emerson v. Hall

        at below P [13 Peters 412]

           "No individual can be made a debtor
            against his will"

Cf.  135 S. Ct. 2138  Kerry v Din, February 23, 2015

        at just above P {135 S. Ct. 2133}

           "right of the individual to contract"

Article I, Section 10 of the federal Constitution of the
Union (formerly "Union of Colonies); and also of the District of
Columbia:

        "No state shall... [make any law...]
         impairing the obligation of Contracts."

# Addendum E3 page 1 of 3

Cf. <u>335 F. 3d 1373 First Commerce Corp v United States July 16, 2003</u>

in "Opinion" under �
P "B"

The requisite elements of a contract <u>with the government</u> are no different in Winstar cases {335 F. 3d 1380} than in other cases in which a contract with government is alleged:
     "mutual intent, including unambiguous offer and acceptance, consideration and authority on the part of the government representative to bind the government. id 1346" [Emphasis added]

Relative to the foregoing, see Addendums B0 and B4

Cf. <u>McGurn v Bell Microproducts (1st Circuit; 2002) 284 F. 3d 86</u>

"Under Fed. Rule. Civ. P. 56 (c), a district court may enter summary judgement if a record shows that there is no genuine issue as to any material fact and that a moving party is entitled to a judgement as a matter of law. An appellate court... examines the record in the light most favorable to a party against whom summary judgement is entered... Disputes about whether a contract has or has not been formed as the results of words and conduct over a period of time present interpretive issues traditionally understood to be for the trier of fact. This is so <u>unless</u> the manifestations of intention of both parties to be bound, or of either not to be bound are so unequivocal as to present no genuine issue of fact."
                                                          [Emphasis added]

Addendum E3 page 2 of 3

Cf. 146 US 162, Morley v Lake Shore Michigan Southern R. Co.

at below ℙ [146 US 169]

"elements of a contract are wonting. There is no aggregatio mentum [meeting of the minds]..."

"a statute of liability wants all the elements of a contract, consideration, and mutuality, as well as the assent of the party"                [Emphasis added]

at ℙ [146 US 170]:

"The term 'contract' is used in the Constitution in its ordinary sense, as signifying the agreement of two or more minds for considerations proceeding from one to the other, or to do, or not do certain acts. Mutual assent to its terms is of its very essence."

Cf. 463 US 582, Guardians Assn. v Civil Serv Comm'n N.Y.C. (1983) at Footnote 24:

"It is not doubted that... All of the elements of a contract met in the transaction, – competent parties, proper subject matter, sufficient consideration, and ... of minds"   [Emphasis Added]

Addendum E 3 page 3 of 3

Cf.   13 Peters 519, The Bank of Augusta v. Earle

at last ℙ of [13 Peters 519]

"The nature and character of a corporation created by statute, and the extent of the powers which it may lawfully exercise, have upon several occasions been under consideration in this court. The cases of Head and Amory v. The Providence Insurance Company, 2 Cranch, 167, and The Dartmouth College v Woodward, 4 Wheaton, 636, cited.

Whenever a corporation makes a contract, it is the contract of the legal entity; of the artificial being created by the charter, and not the contract of the individual members.

The only rights it can claim are the rights which are given to it in that character, and not the rights which belong to its members as citizens of a state."                   [Emphasis added]

"character" defined in Merriam Webster's dictionary; Tenth Edition
   "(3) the aggregate of distinctive qualities characteristic of a breed, strain or type ..."
[Thus, a corporation can only contract with another corporation.]

Addendum F page 1 of 3

(1) Cf.   John L Cheek v United States, 498 US 192
at last P [498 US 201]

"[6] Willfullness, as contrasted by our prior decisions
in criminal tax cases, requires the government
to prove:

[A] that the law imposed a duty on the defendant

[B] that the defendant knew of this duty, and

[C] that he voluntarily and intentionally violated
that duty                              [emphasis added]

(2) Cf. West Virginia State Bd. of Edu. v. Barnette, 319 US 624-671
(1943)

"If there is any fixed star in our Constitutional constellation,
it is that no official, high or petty, can prescribe what
shall be orthodox in politics, nationalism, religion,
or other matters of opinion, or force citizens to
confess or act their faith therein."   [Emphasis added]

(3) Cf.   381 US 479, Griswold v Connecticut; June 7, 1965
at 3rd P under [381 US 482]:

"[6] The right of freedom of speech and press includes
not only the right to utter or to print, but also...
freedom of thought..."

Addendum F page 2 of 3

Cheeks v USA cont'd

at [498 US 200] (= P above) see "[5a] The proliferation of statutes and regulations has sometimes made it difficult for the average citizen to know and comprehend the extent of the duties and obligations imposed by the tax laws. Congress has accordingly softened the impact of the common-law presumption by making specific intent to violate [the law] an element of certain federal criminal tax offenses. Thus, the court almost 60 years ago interpreted the statutory term "willfully" as used in the federal criminal tax statutes as carving out an exception to the traditional rule. This special treatment of criminal tax offenses is largely due to the complexity of the tax laws.

• • •

at [498 US 201] (= P above)
In United States v. Bishop, 412 US 346, 36 L Ed. 2d 941, 93 S Ct. (1973) we described the term "willfully" as connoting "a voluntary, intentional violation of a known legal duty", id, at 360, 36 L Ed 2d 941, 93 S. Ct. 2008, and did so with specifi reference to the "bad faith or evil intent" language employed in Murdock.

Addendum F   page 3 of 3

76 LED 632, 461 US 30, Smith v Wade (1982)

at P [footnote 12, second set of footnotes]:

"There must be a purpose or intent
to harass, oppress or injure another..."

# Addendum G1

Cf. Cooper v Aaron, 3 LED2D 5, 358 US 1

"It is the province and duty of the judicial department to say what the law is".

Cf. 18 USC §4001 "no citizen shall be imprisoned by the United States except pursuant to an Act of Congress..."

# Addendum G2 (page 1 of 2)

Cf. U.S. v Tweel, 550 F2d 297-300

"Silence can only be equated with fraud when there is a legal or moral duty to speak, or when an inquiry left unanswered would be intentionally misleading... We cannot condone this shocking conduct... If that is the case we hope our message is clear. This sort of deception will not be tolerated and if this is routine it should be corrected immediately..."

Cf.   Fraud, as defined in Black's law dictionary, 7th Edition:

1. A knowing misrepresentation of the truth or concealment of a material fact to induce another to act to his or her detriment.

# Addendum G2 (page 2 of 2)

Cf. 25 LED 93, 98 US 61 United States
v Throckmorton

just above ℙ [98 US 65]:

"There is no question of the general doctrine fraud vitiates the most solemn contracts, documents and even judgements"

Addendum G3

Cf. Title VIII Citizens Protection Act of 1998 (H.R. 3168)

Sec 821(a) Punishable Conduct

    (1) ... absence of probable cause..."

→    (2) fail to promptly release information that would exonorate a person under indictment

→    (3) intentionally mislead a court as to the guilt of any person

    (4) intentionally or knowingly alter evidence

    (6) attempt to influence or color a witness' testimony

→    (7) act to frustrate or impede a defendant's right to discovery

    (10) engage in conduct that discredits the Department [of Justice]

73 F.2d 795   Blatton v United States (1934,

"If an indictment leaves a defendant in fair doubt as to the offense charged, it fails to meet the test that an indictment should leave no doubt in the minds of the accused and the Court of the exact offense to be charged."

[Emphasis added]

Addendum G4   page 1 of 2
(Evidence)

Cf.   744 F. 3d 221 Housen v Gelb (2014) 1st Circuit
at bottom of ℙ [314 US 237] under ℙB "Prosecutorial Inconsistency"

cites to "Lisbena v. California, 314 US 219 (1941) [therein states:]

"As applied to a criminal trial, denial of due process is the
failure to observe that fundamental fairness essential to
the very concept of justice."

and cites to:

" Brady v Maryland, 373 US 83, 87, 83 S. Ct. 1194
10 L. Ed 2d 215 (1963) (holding that the prosecutions'
suppression of material evidence favorable to the accused,
following defendant's request, violates due process). [Emphasis added]

. . . [and goes on to state:]

The defendant invites us to glean from these precedents a
general principle that "a defendant's due process right to a
fair trial is violated when the prosecution engages in
conduct that deceives or misleads a court and jury, or
unfairly disadvantages the defendant in his defense." [Emphasis added]

Cf  Federal Rules of Evidence Rules 201, 902(11), 803(6)
years 2008; see especially top left of page 386 under 803 re
"requirement of firsthand knowledge; See FR Civ P Rules 55, 57;

Addendum G4 page 2 of 2

(Evidence)

Cf.:

Rule 103  —  Rulings on Evidence

(e) Taking Notice of Plain Error

A court may take notice of a plain error affecting a substantial right, even if the claim of error was not properly preserved.

Cf.: United States v Edward G. Scheffer, 523 US 303, 140 L Ed 2d 413, 118 S. Ct. 1261

at P [523 US 310], under IPA

"State governments and the Federal Government have a legitimate interest in insuring that reliable evidence is presented to the trier of fact in a criminal trial; the exclusion of unreliable evidence is a principle objective of many evidentiary rules."

# Addendum H1

Cf.  81 LED 289, 299 US 374
     Employers Reinsurance Corp v Bryant;

see under . P [299 US 381]

[3]  the defendant was before the court by
     reason of general appearance or a valid
     service of process

# Addendum H2

U.S. v Nixon 418 U.S 683, 694, 697 (1974)

"All individuals tried, convicted, imprisoned and fined were so prejudiced in want of jurisdiction ... that all such judgements are void"

see also: Addendums G1, E1

Cf. FRCr P 60(b)

# Addendum H3

Cf. 95 US 714, 722, _Pennoyer v. Neff_ (1878)

"... every State [of the Union] possesses exclusive jurisdiction and sovereignty over persons and property within its territory..."            [Emphasis added]

article 10 of Bill of Rights
a.k.a. Amendment X to the federal constitution of the Union (circa 1787-1789; formerly the "Union of Colonies")

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

# Addendum H4

Cf. "It remains rudimentary law that [a]s regards all courts
of the United States inferior to this tribunal
[United States Supreme Court], two things are necessary to
create jurisdiction, whether original or appellate.
The Constitution must have given to the court the capacity
to take it, and an Act of Congress must have supplied it...
To the extent such action is not taken, the power lies
dormant". (quoting Mayor v Cooper, 6 Wall 247, 252,
18 L Ed 851 (1868)    [Emphasis added]
        — Finley v United States, 490 US 545 (1989)
            at P [490 US 548];    and
        — 139 LED 2D 525, 522 US 156 Chicago v INTL COL.
            of Surgeons at 2nd P under [522 US 191]

# Addendum H7

Cf. Cohens v. Virginia, 19 U.S. 264,
6 Wheat, 265, 5 L. Ed. 257 (1821)

u↑ ℙ[209 US 143]   "We have no more right to decline
the exercise of jurisdiction which is given,
than to usurp that which is not given.
The one or the other would be treason to
the constitution."

5E   Cf. Mattox v. U.S., 156 U.S. 237, 243 (1895)

2nd ℙ under   "We are bound to interpret the constitution in
[156 US 243] →   the light of the law as it existed at the time
it was adopted"

# Addendum H8

Cf. 73 LED 483, 278 US 515, W. A. Frost Corporation v Corporation of the
State of Oklahoma (1929)
at P [278 US 527]
"An Act which violates the Constitution
has no power, and can, of course, neither
build up nor tear down"

# Addendum I 1

Cf.   Warth v Seldin,  45 LED 2D 343  S. Ct.

For purposes of ruling on a motion to dismiss for want of standing, both the trial and reviewing courts must accept as true all material allegations of the complaint.

For purposes of ruling on a motion to dismiss for want of standing, both the trial and reviewing courts must construe the complaint in favor of the complaining party.

see also Adderdum D

# Addendum I2

Cf. Warth v Seldin, 45 LED 2D 343 S. Ct.

In the Constitutional dimension, standing imports
justiciability, that is, ... within the meaning of Article III
of the Federal Constitution          [Emphasis added]

Under Article III of the Federal Constitution judicial power
exists only to redress or otherwise protect against
injury ... therefore can be invoked only when the
plaintiff himself has suffered some threatened or
actual injury ...          [Emphasis Added]

# Addendum I3

Cf.   Warth v Seldin, 45 LED 2D 343  S. Ct.

Even when a plaintiff has alleged injury
sufficient to meet the "case or controversy"
requirement of Article III of the Federal
Constitution, he generally must assert his own
legal rights and interests, and cannot rest his claim
to relief on the legal rights of third parties. [Emphasis Added]

When the harm asserted by plaintiff is a "generalized
grievance" in substantially equal measure by all or a large
class of citizens, that harm alone normally does not
warrant exercise of federal jurisdiction.   [Emphasis Added]

... the prudential question of limitation... is ...
whether a person in the litigant's position would
have a right of action on the claim

To show standing, the plaintiff must allege a distinct
and palpable injury to himself, even if an injury
shared by a large class of other possible litigants.

Cf. LED 632, 461 US 30 Smith v Wade (1982) at P [footnote 12, at
second set of footnotes]:
    "There must be a purpose or intent to harass,
    oppress or injure another..."

I 4

I believe the court must aid Me in "exhibiting" My "case fully"
Cf. 98 US 61, United States v Throckmorton (1878)

I believe "the government should exercise all powers it has for
the protection of the rights of its citizens, but it can exercise
no other [power]", Cf. 92 US 542, United States v Cruikshank (1876)

I believe My "right to be heard" is protected by "a number of
explicit rights" in "the Bill of Rights", Cf. 372 US 391, Fay v Noia;
also see Article VI clause 2 re "Supreme Law";

I believe "An Act of Congress repugnant to the Constitution cannot
become a law"; Cf. 5 U.S. (1 Cranch) 137, 177, 2 L. Ed 60 (1803),
Marbury v Madison.

Addendum J1 page 1 of 2
(re United States District Courts are not Article 3 courts)

Cf. American Ins. Co. v Carter Pet. 511, 7. L. Ed. 242
(1828) quoting Reynolds v U.S. 145 S. Ct.
"The courts (United States District Courts) are not the
Constitutional Courts (created under Article III) ... "

Cf. Mookini v U.S., 303 US 201 (1938) S. Ct. "The term
'District Courts of the United States' ... describes
Constitutional courts under Article 3 of the Constitution,
Courts of the territories are legislative courts, properly
speaking, and are not 'District Courts of the United
States,...'

Cf. International Long shoremen's and Warehousemen's Union
v. Juneau Spruce Co., 342 US 237 (1952) "The words
'District Court of the United States of America commonly
described Constitutional Courts created under this Article 3
and not the legislative court of the territories"

Cf. Williams v United States, 299 US 533 (1933)
"The jurisdiction he said "with which they (United States
District Courts) are invested is not that judicial power
which is defined in the 3rd Article of the Constitution, but
is conferred by Congress, in the exertion of those general
powers which that body possesses over the Territories of
the United States.

Addendum J 1   page 2 of 2

Cf. 493 US 215 FW/PBS, Inc v Dallas
   at 3rd P under [493 US 231] "The federal courts are under
   an independent obligation to examine their own jurisdiction..

Cf. Exparte Bakelite Corp., 279 U.S. 438 (1929) at [279 US 449
   "But there is a difference between the two classes of
   courts..."

Cf. Balzac v Porto Rico, 258 US 298 (1992) at P
   [258 US 312]  "The United States District Court
   is not a true United States Court under Article 3
   of the Constitution..."               [Emphasis added]

Cf. 28 U.S.C. §132 (i.e.: Title 28 of the District of
   Columbia municipal corporation Code), under [Legislative]
   "History — Prior law and revision:
      Based on... Territories and Insular Possessions..."

Cf. United States Court of Appeals of the Fifth and Eleventh
   Circuit :: 214 F. 2d 380 Wells v United States; June, 1954
   see last sentence of "Overview":
      "... and observed that district court
         was not created under Article III"

# Addendum K1

Lujan v Defenders of Wild Life, 112 Supreme Court 2130

"Over the years there are cases that have established that the irreducible constitutional minimum standard contains three elements. First, the plaintiff must have suffered an injury in fact; an invasion of a legally contested interest, which is: ① concrete and particularized: See 756, Worth v Seldin, 422 US 490; Sierra Club v Morton, 405 US 727, 740, 741; and

② not conjectual or hypothetical; Whitmore supra at 155, quoting Los Angeles versus Lyons, 461 US 95

Second there must be a casual connection between the injury and the conduct complained of; the injury has to be fairly traceable to the challenged action and not the result of the independant action of some third party not before the court; Simon v Eastern Kentucky Welfare Rights Organization, 422, U.S. 26

Third it must be likely as opposed to merely speculate that the injury would be redressed by a favorable decision, 38 and 43"        [Emphasis added]


Separate, supportive case?

The plaintiff has not alleged that he has been injured or that i injured him, Therefore, the Plaintiff has no standing in an Article III court, which means this court is some other kind of unlawful court, such as Article 4, clause 3, section 2, pretending to be an Article III Court, without constitutional authority. ~~SCREWS~~ THUS, Cf.
(acting in the county of Providence, Rhode-Island,)
CFW/PSB Incorporated versus Dallas, 493 US 215: "The party invoking Federal jurisdiction bears the burden of establishing three elements, ..." see footnotes
3, 4, 5, 5B, 8, 9 10, 11 and 12.~

73d CONGRESS. SESS. I. CHS. 48, 49. JUNE 5, 6, 1933.    .113

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

(b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

"All coins and currencies of the United States (including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

Approved, June 5, 1933, 4.40 p.m.

*Marginal notes:*
- Clauses in obligations requiring gold, etc. payments declared contrary to public policy
- No future obligation to be so expressed.
- Payments to be made in legal tender.
- Conflicting provisions repealed. U.S.C. p. 1003. Other provisions not invalidated.
- Term "obligation" defined.
- "Coin or currency."
- National Economic Emergency Act, amended. *Ante,* p. 52.
- Coins and currencies as legal tender.
- Abrased gold coins, according to weight.

---

[CHAPTER 49.]     **AN ACT**     June 6, 1933. [S. 510.] [Public, No. 30.]

To provide for the establishment of a national employment system and for cooperation with the States in the promotion of such system, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) in order to promote the establishment and maintenance of a national system of public employment offices there is hereby created in the Department of Labor a bureau to be known as the United States Employment Service, at the head of which shall be a director. The director shall be appointed by the President, by and with the advice and consent of the Senate, and shall receive a salary at the rate of $8,500 per annum.

(b) Upon the expiration of three months after the enactment of this Act the employment service now existing in the Department of Labor shall be abolished; and all records, files, and property (including office equipment) of the existing employment service

*Marginal notes:*
- National cooperative employment service.
- United States Employment Service created in Department of Labor.
- Appointment, etc., of Director
- Existing service to be abolished; personnel and property transferred.

L - page 1 of 2

## Addendum

Article I, Section 10 of the federal Constitution of the Union (formerly "Union of Colonies"); and of the District of Columbia

"No state shall... make any thing but gold and silver Coin Tender in Payment of Debts..."

[ Case 15-1570 ]

Verifiable Proof of Service
and Verifiable True Copy

2016 MAY -2 P 3: 32

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

I, the man, John Joseph Fall, one of the
Joint Tenants in the Sovereignty, verify that I
placed the documents described below into the legal mail system
of the Federal Prison Camp at ~~North~~ Butner, North Carolina on
the morning of April 29, 2016, in envelopes adddressed as
described below:

(64 pages) "[Cf. Direct Appeal] Notice of Objection and
Demand For Redress"

(60 pages) Addendums AØ to L

mailed by regular first class mail to:
the man, John N. Kane, Jr % Tax Division, 601 D Street, N.W.,
7th floor, U.S. Dept. of Justice, Washington, D.C. 20224

and mailed by Certified mail 7012 3050 0001 9687 4690 to
Massachusetts District Court of the Union, % Federal District Court,
1 Courthouse Way, John Joseph Moakley Bldg, Boston, MA 02210; Attention
Margaret Carter or Clerk



John Joseph Fall, a man    April 29, 2016
John Joseph Fall, a·man



CERTIFIED MAIL

7012 3050 0001 9687 9690

John Joseph Fall [09 36X 010]
C/o Camp ~ Federal Prison Camp
P.O. Box 1000
Butner, North Carolina
[27509]

09302-070 John Joseph H. District Court of Marino.
& Federal District Court, Attn. Margaret Carter
1 Courthouse WAY                        Clerk
John Joseph McAuley Bldg
Boston, MA 02210
United States