[15-1570]

2016 AUG -1 P 3: 50

FILED IN CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Dear Clerk,

Paperclipped to this page are **4** documents which are true copies of the **4** originals; please file stamp each, and return in the pre-addressed envelope to me; and....

Have a beautiful and blessed day,

Thankyou,

john joseph Zell
July 29, 2016

[ case 15-1570 ]
Certified Mail 7016 0340 0000 6351 5362

Massachusetts District Court of the Union;
solely under Article III § 2(1) of the federal Constitution
[of the Union]; at all times without affect by Article I §8(17),

2016 AUG -1 P 4:44

FILED IN CLERKS OFFICE
U.S. COURT OF APPEALS
FOR THE FIRST CIRCUIT

___ the man, John Joseph Fall, not another; aggrieved ___
the wrongdoer is the man, John N. Kane, Jr., who
sometimes acts as agent for the federal corporation
UNITED STATES OF AMERICA a.k.a. District of
Columbia municipal corporation;

Verified

Notice of Objection and Demand for Redress;
In Exclusive Equity; July 28, 2016

I, the man, John Joseph Fall, am competent to say by affirmation, by My
personal firsthand knowledge, without intent to mislead, that My statements
herein are the truth of My beliefs; and I believe no [wo]man will say contrary
by oath or affirmation, with personal firsthand knowledge (Cf. FRE 602):

1. I believe it is a fact that I am one of the "Joint Tenants in the Sovereignty"
   of the Union as described in 2 US 419, 471, Chisolm v. Georgia (1793) S.Ct.,
   and not ever subject to other jurisdictions such as Article I §8(17);
2. I believe it is a fact that My case [Cf. 15-1570] is My property;
3. I believe it is a fact that My case [Cf. 15-1570] has always been and is, prosecuted
   solely by Me, solely by way of Article III §2 (1) of the federal Constitution and
   without affect by Article I §8(17); for authority, see Article VI cl 2 ("supreme law");
4. I object to the court allowing the criminal trespass[es], imprisonment and
   fraud against Me, My property and My beneficial interest(s) as detailed and
   described in the attached "Notice of Affidavit of Crimes and Claim ...";
5. All debts relative to case 1:13CR00135-01M (and its variations) have been satisfied
   without intent to traverse; and I believe that is a fact; see docket on or near
   June 3, 2016 and docket #268, both of that case; Cf. 28 U.S.C. 3002(8) "... debt";
6. I believe it is a fact the court must immediately order the Redress I sought in
   My case [Cf. 15-1570] recorded on or near May 3, 2013, as amended; BY: John Joseph Fall
   non-belligerent for the trust;    July 28, 2016
   JOHN J. FALL

Case:Case:15-1570 Document:00117803862 Page:Page:3 Date Filed:08/01/2006/2016 Entry ID:6022163022953

$$\left[\text{Cf. Case } \underline{15-1570}\right]$$
Certified Mail 7016 6340 6351 5362

2016 AUG -1  P 4: 44

CLERK'S OFFICE
U.S. COURT OF APPEALS
FIRST CIRCUIT

Massachusetts District Court of the Union
solely under Article III § 2 (1); In Exclusive Equity

the man, John Joseph Fall; aggrieved; not another;

the wrongdoer is the man, John N. Kane, Jr., who
sometimes acts as agent for the federal corporation
UNITED STATES OF AMERICA i.e.: the District of
Columbia municipal corporation;

## Notice of Affidavit of Crimes and Claim
### in response to
### "BRIEF FOR THE APPELLEE"

Notice: citations after year 1862, provided herein, are for comparison,
and shown without intent to traverse; at all times;

Notice: "Exhibit 1" attached hereto is a true copy of the original UCC
Financing Statement; I am the Secured Party therein;

Contract #1 doi   Invoice #1                    Page 0 of 16

Cf. FRE Rule 602 "Need for Personal Knowledge"

> A witness may testify to a matter <u>only if</u>
> evidence is introduced sufficient to support
> a finding that the witness has personal
> knowledge of the matter. Evidence <u>to prove</u>
> personal knowledge may consist of the witness's
> own testimony. This rule does not apply to a
> witness's expert testimony under rule 703. [*Emphasis added*]

Notice #0B:

Cf. 509 US 579, Daubert v Merrell DOW, S.Ct.
under [509 US 592]:

> "<u>Unlike</u> an ordinary witness, see <u>Rule 701</u>, an expert is
> permitted wide latitude to offer opinions, ..." [*Emphasis added*]

Notice #0C:

Cf. FRE Rule 803 "Exceptions to the Rule Against Hearsay—..."
[under] "History; Ancillary Laws and <u>Directives</u>"

> "In a hearsay situation, the declarant is, of
> course, a witness, and neither this rule [803]
> nor Rule 804 dispenses with <u>the requirement</u>
> of firsthand knowledge" [*Emphasis added*]

> • • •

> "Other provisions:
> "The rule requiring a witness who testifies to
> a fact which <u>can</u> be <u>percieved by the senses</u>
> **must** have had an opportunity to observe,
> and **must** have <u>actually observed</u>
> the fact ..."
> "<u>This rule would</u>, however, <u>prevent him</u> from
> testifying to the subject matter of the
> hearsay statement, as he has <u>no</u>
> personal <u>knowledge of it.</u> [*Emphasis added*]

Notice #1: Cf. "The government should exercise all the powers it has for the protection of the rights of its citizens, but it can exercise no other." - 92 US 542, U.S v Cruikshank

Notice #2: Cf. "Indeed, no more than (an Affidavit) is necessary to make the prima facie case". - United States v. Kis, 658 F.2d, 526 536 (7th Circuit; 1981)

Notice #3: Equality is paramount and mandatory by law

Notice #4: Truth is expressed by an Affidavit. An Affidavit not rebutted stands as the truth of the matter.

Notice #5: Cf. "... undenied allegations must be accepted as true" - Klapproot v United States, 335 US 601 (1949)

Notice #6: Cf. "... must accept as true all material allegations of the complaint" - Warth v Seldin, 422 US 490 S. Ct. (1975) Cf. Rule 8(d) FRCP

Notice #7: Cf. "The Plaintiff generally must assert his own legal rights and interest, and cannot rest his claim to relief on the legal rights of third parties" - Warth v Seldin, 422 US 490 S. Ct. (1975) [Emphasis added]

Notice #8: Cf. "A federal court's jurisdiction therefore can be invoked only when the plaintiff himself has suffered "some threatened or actual injury... ... when the harm is a generalized grievance" shared in substantially equal measure by all or a large class of citizens, that harm alone normally does not warrant exercise of jurisdiction" [emphasis added] - Worth V Seldin, 422 US 490, S. Ct. (1975) under [422 US 499] [Emphasis Added]

Notice #9: Cf. "In this country, if someone dislikes you, or accuses you, he must come up in front. He cannot hide behind the shadow [of "Government"]. He cannot assasinate you or your character from behind..."
— 351 US 345, Jay v. Boyd S. Ct. (1956); under [351 US 373]

Notice #10: Cf. "Restricting the Confrontation Clause to the precise forms against which it was originally directed is a recipe for its extinction." — See under "footnotes" at bottom of footnote "[2] [9]" in 165 LED2D 224, Davis v Washington (2006) 547 US 813, 126 S. Ct. citing to: Cf. Kyllo v United States, 533 US 27, 121 S. Ct. 2038, 150 L.Ed 2d 94 (2001)

Notice #11: Cf. "... No jurisdiction other than specified in Art[icle] 3 can be imposed on courts that exercise judicial power of the United States thereunder. The other is Art[icle] 1 powers over the District of Columbia must be exercised solely within that geographic area." [Emphasis added]
— National Mutual Insurance Company v Tidewater T. Ca.
337 US 582 at [337 US 590]

Notice #12: Article I §8(17): "To exercise exclusive jurisdiction in all Cases whatsoever, over such District (not exceeding ten miles square) as may, by Cession of particular States, and the Acceptance of Congress..."

Notice #13: Cf. "We are bound to interpret the Constitution in the light of the law as it existed at the time it was adopted"
— Mattox v U.S., 156 U.S. 237, 243 (1895); 2nd paragraph under [156 US 243]

Page 3 of 16

Notice #14: Cf. "We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution"

— Cohens v. Virginia, 19 U.S. 264, 6 Wheat 265, 5 L. Ed. 257 (1821)

Notice #15: At all times, I required justice and redress solely by way of Article III §2 cl 1 of the Federal Constitution of the Union, without affect by Article I §8 (17); for authority, see Article VI clause 2 ("... Supreme law of the land and the judges of each state shall be bound thereby"); see Notice #14 above;

Notice #16: The word "or" as used herin, does not exclude; and does not negate.

Introductory Verification

I, the man, John Joseph Fall, one of the Joint Tenants in the Sovereignty (2 U.S. 419, 471 Chisolm v Georgia, S. Ct., (1793)), say by affirmation, as My firsthand Knowledge, without intent to mislead, that I am competent to testify to: the following statements of fact are the truth of My beliefs; and I believe no [wo]man will say contrary under oath or affirmation, as firsthand Knowledge (cf. Notice(s) ØA,ØB, ØC):

Notice: Regarding the next paragraph, see Exhibit #1 (My UCC-1 Financing Statement)

Statement of Fact #Ø: I am the man, John Joseph Fall, one of the Joint Tenants in the Sovereignty, the Secured Party, non-liable agent, sole beneficiary and grantor relevant and pertaining to the artificial being John J. Fall (debtor; a.k.a. JOHN JOSEPH FALL, JOHN J. FALL and FALL, JOHN J.) and never fiduciary; see notices recorded in Providence County registry of deeds and Mass s.o.s. attached hereto as Exhibit 1;

Page 4 of 16

Statement of Fact #1: My beliefs are My facts and My facts are My beliefs; Cf. 319 US 624, West Virginia State Bd. of Edu v. Barnette; at [319 US 642]

Statement of Fact #2: My beliefs are My property; See Notice #1, Bill of Rights' articles 4 and 5;

Statement of Fact #3: All documents showing My signature are My property; except negotiable instruments which I have tendered to discharge a debt;

Statement of Fact #4: I have never been a citizen of, resident of, had valid assent or agreement with, been fiduciary in relation to, been subject to, the District of Columbia, its possessions, territories, states and/or districts, nor any jurisdiction(s) created by way of Article I §8(17) of the federal Constitution of the United States; nor have I ever knowingly and willing demonstrated intent to be such; See Notice #1, 11, 12, 13, 14 and 15; See My "[Cf. Direct Appeal] Notice of Objection and Demand for Redress; In Exclusive Equity" filed into My case [Cf. 15-1570] on or near May 3, 2016; and see My "[Cf. Amendments to Direct Appeal] Amendments to "Notice of Objection and Demand for Redress; In Exclusive Equity" herinafter collectively referred to as My "Claim"; See especially sections therein: "My Identity (Clarified)" plus "Statement of My Jurisdiction" plus "No Jurisdiction-Court" relative to this "Statement of Fact #4";

Notice #17: My Claim is hereby incorporated hereto by this reference, as though fully set forth herein;

Statement of Fact #5: I have neither seen nor been presented with facts or evidence which demonstrates that case 1:13CR00135-01M of the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND (and all variations of spelling of that case and court), was prosecuted solely by way of a jurisdiction other than Article I §8(17); and I believe none exists;

Statement of Fact #6 (continued): Numerous notices I have given by way of Providence County registry since year 2004 and by way of notices given directly to agents of the federal corporation UNITED STATES OF AMERICA such as IRS and DOJ, which clearly indicated the substance of the foregoing "Statement of Fact #4", I believe agents of the Department of Justice who signed the "INDICTMENT" at docket #1 of said case, plus Jeffrey Bender and Mark S. Determan, all knowingly and intentionally usurp[ed] jurisdiction plus committed numerous felonious acts and trespasses [[as detailed on the following pages]] by initiating and prosecuting said case and filing documents in My case;

See My Claim for section "My Identity (Clarified)" and its references to the public record; plus see "Failure to Liberally Construe", especially paragraphs 9. A., B. C., G, H., I., J., L. and especially M; and their references; Then see sections "Statement of My Jurisdiction", "No Jurisdiction - Act of Congress (Willfullness)" and "No Jurisdiction - Court"; Re said "usurp[ed]" see Notice(s) herein #1, 11, 12, 13 and 14 on preceding pages; See "Notice of Objection by Affidavit" filed into My case [Cf. 15-1570] on or near first week of July, 2016; Also see attached hereto, My UCC-1 Financing Statement which I verify is a true copy;

Statement of Fact #7: I believe only I have a verifiable accusation of wrongs on the record of case 1:13CR00135-01M and in My case [Cf. 15-1570] and that said agents and federal corporation have no competent accuser with accusation under oath or affirmation, by firsthand knowledge, of a wrong, harm, injury or financial loss verified as true, due and owing, against either Me or said artificial being; See Notice(s) herein: #8, 9, 10, 1 and 7; See My Claim, especially section "No Jurisdiction - Court" and the sections described above in "Statement of Fact #6"; See Bill of Rights' Article 6 (a.k.a. 6th amendment);

Statement of Fact #8: I believe only I have a verifiable claim for My property in the public records, including but not limited to: in said case 1:13CR00135-01M, My case [Cf. 15-1570] and at said Providence County registry [of deeds] 25 Dorrance St., Providence, Rhode-Island, which I believe is notice to the world; for details, see "My Identity (Clarified)" in My Claim; see docket #204 and 226 (re 204); See Notice #1 herein; See also My Claim for "Failure to Liberally Construe" paragraph 9, A-M; and Exhibit 1;          Page 6 of 16.

Statement of Fact #9: I have neither seen nor been presented with facts or evidence verified by firsthand knowledge, under oath or affirmation which demonstrates that either I or said artificial being have ever been subject to, and in breach and violation of, a duty or liability specified in an Act of Congress (Article I, sec 7); and I believe none exists and all of said agents knew that prior to said prosecution; Cf. Notice(s) #ØA, #ØB and #ØC, plus #5, 6, 7, 8; See My Claim for "No Jurisdiction - Act of Congress" (Will fullness)

Statement of Fact #10: I believe My property is given to Me by God, the Creator of the Universe, is unencumbered and includes but is not limited to: My time, freedom, locomotion, reputation, innocence, dignity, mental peace, happiness, earning ability, [proximal relationship to My father], DNA, fingerprints, voice and health; plus, My religious beliefs;

Statement of Fact #11: I believe said agents did and do knowingly cause false imprisonment upon Me, criminal trespass against My said property and wrongful use and possession of said property, at all times under color of law, without authority and without compensating Me; and without My consent; Said false imprisonment is over 734,400 minutes (units of time); See Bill of Rights' Articles 4, 5 and 9;

Statement of Fact #12: I believe said imprisonment and trespass is, by conspiracy of said agents, cause of all of the following ((a.) - (j.)), without authority:

   (a.) forcefully and by threat, separating Me from living with and caring for, My elderly father (see docket #6, order against said artificial being but fraudulently applied to Me); who depended on Me for his safety and sustenance and sense of security (peace of mind), having been diagnosed with diabetes, high blood pressure, cellulitis and cancer; all of which caused horror, mental terror and stress upon Me;

   (b.) hospitalization of Me during pre-trial, for extreme mental terror and stress due to false prosecution and fraud by said agents (see subsequent pages herein); see notice I gave of My poor heart condition given April 4, 2014 by docket #47, then see "hospitalization at 11/04/2014 "TEXT ORDER" and docket #168;

(c.) Irreparable loss of productive, peaceful years of My life since Sept. 19, 2013 (docket # "09/19/2013" Arrest of the artificial being "John J. Fall" fraudulently applied to Me) by false arrest and seize of Me with no Constitutional authority; see Notice(s) #1, #12, #13, #11, #14, #15, #7, #8, #5, and #6; See My Claim for sections "No Jurisdiction-Court", "My Identity (Clarified)", "Statement of My Jurisdiction" and "Failure to Liberally Construe";

(d.) Injury to My good and unblemished reputation, My dignity and enjoyment of My family and ability to protect and provide for them;

(e.) Being forced and threatened to appear at a foreign court and then forced and threatened to live in confined prison rooms with dangerous and hostile people, enduring peonage (forced labor), extortion, verbal threats and gestures, over 6 strip searches of Me, toxic drinking water, extremely low grade and outdated food, dirty air; every day of said false imprisonment; and other horrifying circumstances; and extreme humiliation of Me; all to extort money from Me; see docket #1, "INDICTMENT".

(f.) false arrest and seize of Me; to extort money from Me;

(g.) extortion against Me and My beneficial interest; see "INDICTMENT" and docket #268 and "No Jurisdiction-Court" in My Claim; Cf. 28 U.S.C. 3002(8);

(h.) willing and knowing conspiracy with the court to deprive Me of justice by way of a jury of My Christian peers, solely under Article III §2(1) of the federal Constitution of the Union (formerly "Union of Colonies"), solely by way of the law common to Me, which for Me is God's law (contained in My family Bible) as My religious belief; see dockets 220, then 204, 205 and 226 (re absence of rebuttal to those dockets); See Bill of Rights' Articles 1 and 9 (a.k.a. 1st and 9th amendments); see Notice(s) herein: #1, 11, 12, 13, 14, 15, 17; See Addendums: A0, A1, A2, D and I4;

(i.) See "My Statement of Jurisdiction", paragraph 3 (d), (d1), (d2) in My Claim; plus "The Harm and Prejudice" on page 12 H of My Claim

Page 8 of 16.

Statement of Fact #13; I have neither seen nor been presented with facts or evidence, verified under oath or affirmation as firsthand knowledge, which demonstrates that any of said agents had Constitutional and Congressional authority, plus Delegation of Authority, jurisdictional residency, Foreign Agent Registration properly filed and license to practice law in the Rhode-Island and Massachusetts land areas, where I have made home all My life, exclusively; and I believe none exists. See My Claim: Notice: "No Jurisdiction-Court," "My Identity (Clarified)";

Notice: Addendums: B2, B0, B3, B4, C,

Notice: Addendums (in My Claim): H7, C, B4, H8, H2, H3, H4, H5 and H6;

Notice: (re false imprisonment) Addendums (to My Claim): G1, E3, A4, A5, B0, B1, B4;

Notice: Cf. 28 U.S.C. §510 [regarding requirement of Delegation of Authority]

Notice: Cf 28 U.S.C. §545 [requirement of residency in district]

Notice: Cf. Foreign Agent Registration Act ;

Notice: Cf. Title VII [Professional licenses] of Rhode Island General Laws [makes it a felony to practice law without a license in this state]; see also Cf. 28 U.S.C. §530B [U.S. Attorney must obey state laws], and Cf. Title VIII Citizens Protection Act of 1998 (H.R. 3168) at Addendum G3 in My Claim, especially (1), (2), (3), (4) and 10 under sec 821(a);

See "Notice of Affidavit of Crimes, Claim and Tax Reporting Statement" recorded with this Affidavit into My case [cf. 15-1570]

Statement of Fact #14: Based on all of the foregoing Statements of Fact and their references, I believe and accuse said agents who signed said "INDICTMENT," plus Jeffrey Bender and Mark S. Determan of willingly and knowingly asserting and putting forth false and fraudulent documents, in conspiracy with eachother, into the record of said case 1:13CR00135-01M such as "INDICTMENT" (docket #1), "Motion(s)" and "Government's Response..." type documents, plus Mark S. Determan filing fraudulent "Motion(s)" to enlarge time documents into My case [Cf. 15-1570]; and I therefore believe they knowingly and willingly committed the following crimes and trespasses

a.) treason to the Constitution; see Notice(s) herin: #1, 11, 12 13 and 14;

b.) vicious and malicious hate crime against Me, My foreign nationality (relevant to District of Columbia) and against My ability to care for and protect My elderly father, as said; See My unrebutted Affidavits at dockets 218, 204, 177, 265, 220 and 266 as amended by My amendment filed into My case [Cf. 15-1570] to amend My "Declaration of Status ...";

Cf. 18 U.SC. §249 [Hate Crimes]; Cf. 18 U.S.C. §241 [Conspiracy against rights]

Cf. 18 U.SC. §373 [Solicitation to commit a crime of violence]

Cf. 18 U.SC. §371 [Conspiracy to commit offense], Cf. 18 U.S.C. §242 [Deprivation of rights]

Cf. 18 U.S.C. §402 [Contempts constituting crimes], Cf. 18 U.S.C. §249(B)(ii) [Kidnapping]

Notice: Articles 1, 4, 5 and 9 of said Bill of Rights (a.k.a. amendments 1, 4, 5 and 9);

See dockets 204, 218 and 265; See Notices herein #1 and 13;

c.) Deprivation of My God-given property, which contains My rights and religious beliefs; see dockets 204, 220, 205, 265

Cf. 18 U.SC. § 241, §242, §246, §247, and §402;

See Bill of Rights' Article I re "religion";

d.) Imposing upon Me, and delivering to Me, false and fraudulent documents as said, by way of causing agents to hand-deliver and by way of the United States Postal Service and by way of the Post Office of the Union, to terrorize, decieve, manipulate and coerce Me for extortion of funds from Me; See dockets 179, 118, 159, 178, 174, 177 and 265;

Cf. 18 U.S.C. §1001 [Statements Generally]

Cf. 18 U.S.C. §1002 [Possession of false papers]

Cf 18 U.S.C. §1018 [official certificates or writings]

Cf. 18 U.S.C. § 872 [Extortion by officers or employees of the United States]

Cf. 18 U.S.C. §876 [Mailing threatening communications]

Cf 18 U.S.C. §1341 [using the mail to defraud for money]

Cf. 18 U.S.C. § 877 [mailing threatening communications from foreign country]

[continued on next page]

Cf. 18 U.S.C. §1957 ["Engaging in monetary transactions in property derived from unlawful activity]

Cf. 18 U.S.C. §880 [Recieving proceeds of extortion]

See docket #268 with #265 and #204;

e.) Wrongful seize and abduction of Me; plus cause of mental terror, stress and hospitalization to Me; as said;

Cf. 18 U.S.C. § 249(B)(ii), §1365(h)(4) ["the term bodily injury means -- (D) impairment of ..., mental faculty"]

Cf. 18 U.S.C. §241, §373, §371, §1581, §402, §242

See Bill of Rights' Articles 1, 4, 5, and 9 (a.k.a amendments 1, 4, 5, and 9) and especially Article 8 (8th amendment), cruel punishment;

f.) Wrongful use and possession of My said property; without just compensation to Me;

Cf. 18 U.S.C. §1957, §241, §246, §242, §247, §872, §402;

See Bill of Rights' Articles 1, 4, 5 and 9;

g.) Fraud, by way of always concealing the true identity of the [wo]man who is with accusation of a wrong, harm, injury or financial loss verified as true, due and owing, under oath or affirmation, as firsthand knowledge; and by concealing the nature of said accusation; see 6th amendment; Notices: 7, 8, 9, 10; Cf. 18 USC. 1341, 872;

see docket #130, then 118 and 179 in case 1:13CR 00135-01M;

h.) Much more fraud; see the following Statement(s) of Fact(s)

Statement of fact #5: I believe equality is mandatory and paramount by law;

    A. I recorded 16 documents in the nature of affidavits, into case 1:13CR00135-01M (R.I. Fed. Ct.), each under affirmation before a government officer, in My living voice; each giving a time limit for responsive counter-affidavit; and yet, no such resposive counter affidavits or testimony came forth; see summary of defaults (nihil dicit) at docket #226; and #197; See Notice(s) herein: 1, 3, 4, 5, 6, 9 and 10; See "Notice of Affidavit of Crimes, Claim and Tax Reporting Statement" recorded with this document;

    B. Subsequently, I recorded 7 (seven) more documents in the nature of affidavits, into same case, each under affirmation (see dockets 232, 234, 235, 239, 257, 264 and 265); and yet, no counter affidavits or testimony came forth; see docket #130 in said case, with docket #265;

    C. I have given this Affidavit and My said Claim, under affirmation as My personal firsthand knowledge, since My property has been stolen, robbed and extorted from Me and yet, the "BRIEF FOR THE APPELLEE" recieved by Me on July 25, 2016, (hereinafter "Determan's conjecture") shows neither personal firsthand knowledge nor being under oath or affirmation; See Bill of Rights' Article IV re "oath or affirmation"; and see Notice(s) herein: 0A, 0B, 0C, 1, 3, 4, 5, 6, 7 and therefore, 8, 9 and 10; see docket #130 at case 1:13CR00135-01M; With docket #265 which is sworn by Me in living voice before a government officer and never rebutted; see Notices herein: 5, 6, and 7; I therefore believe that a competent accuser must provide counter-affidavits to all of the above (A, B and C.), under oath or affirmation as personal firsthand Knowlege;

Statement of Fact #6: I believe the wrongdoer, the signers of said "INDICTMENT", Jeffrey Bender and Mark S. Determan have been using and implementing the names "[Mr. and Mrs.] Government" as a ruse to commit fraud and conceal that there has never been a competent accuser who makes or made accusation of a wrong, harm, injury or financial loss verified as true, due and owing; or that a

valid [...] of [...] specified Act of Congress, has been breached or violated, as a basis for prosecution of case 1:13CR00135M-01M, by oath or affirmation as personal firsthand knowledge, "himself"; [cf. Warth v Seldin, SCt]

See Notices herein ØA, ØB, ØC, 7, 8, 9 and 10; plus see My Claim for Ground/section "Failure to Liberally Construe", especially paragraph 9. A-M; and "No Jurisdiction-Court", plus "No Jurisdiction-Act of Congress (willfulness)";

Statement of Fact #17: I believe that by way of silence to the following sections in My Claim, Determan's conjecture demonstrates unreserved acceptance and tacit agreement with the substance of:

the entirety of My Claim;
i.e.: the **substance** of all of My
statements therein; which are all given
as My firsthand knowledge, under affirmation;
See Notice(s) herein: ØA, ØB, ØC, 2, 3, 5, 6, 7, 8;

Statement of Fact #18: I believe that all statements in Determan's conjecture are fraud since I have neither seen nor been presented with facts or evidence demonstrating the existence of a competent accuser with personal firsthand knowledge given under oath or affirmation which made or makes accusation that either I or said artificial being has ever:

A. done or caused a wrong, harm, injury or financial loss verified as true, due and owing; and/or

B. breached or violated a specified Act of Congress which placed or imposed a "duty" or liability upon either Me or said artificial being;

C. breached or violated a valid assent or agreement (based on all the elements of a valid agreement; e.g.: see unrebutted dockets: 118, 179, 174, 178, 159, 166, 226, 265, and 124 in said case 1:13CR00135-01M; and I believe no such facts or evidence exists; also see Notice(s) herein: ØA, ØB, ØC, 7, 8, 9 and 10; plus Bill of Rights Article 6 ("confront"); and docket #130 in said case 1:13CR00135-01M, and docket #265; Page 13 of 16

Statement of Fact #17: Relative to said case 1:13CR00135-01M

- and the foreign federal corporation UNITED STATES OF AMERICA
- (Cf. 28 U.S.C. 3002(A)(15) a.k.a. District of Columbia municipal corporation,

I have always believed, and believe now, that neither I nor said artificial being (John J. Fall) has ever: breached or violed either a specified section of an Act of Congress or a valid assent or agreement; or done or caused a wrong, harm, injury or financial loss verified as true, due and owing; and I believe no [wo]man has or will say contrary by personal firsthand knowledge, under oath or Affirmation;

re: Acts of Congress, see Article I, section 7 of the federal Constitutions of both said Union and the Government for the District of Columbia; also see My Claim for ground "No Jurisdiction-Acts of Congress (willfulness); re "valid agreement(s)" and "injury", see My Claim for "No Jurisdiction — Court";

Statement of Fact #18: I believe it is a fact that I have, at all times acted in honor, with clean hands, by repeatedly offering to satisfy a claim though I believed none existed:

(a.) beginning in year 2005 I have made offer /6 written offers to satisfy a Proof of Claim to the IRS, plus I offered four bonds on four separate occasions for such; see docket #197 Exhibit titled similarly: "16+ letters..."; then see docket #218 and 226;

(b) see My offers to satisfy a Proof of Claim at or near "Motion(s)" #16, 17 and 18 in case 1:13CR00135-01M re:"$1,000,000.⁰⁰";

(d) see docket #8, Exhibit 7 for My Bond, based on genuine American silver dollars, offering to satisfy a proof of claim

(e.) I believe it is a fact that since no proof of claim has ever come forward, that is conclusive proof the entire prosecution of case 1:13CR00135-01M is fraud; see docket #218, 118, 179, 174, 178 and 265 (in that order);

Page 14 of 16

(f) Though I believe neither I nor said artificial being has ever done or caused a wrong or financial loss, as said, I hereby offer to satisfy and/or make restitution for such, immediately;

Statement of Fact #19: I believe it is a fact that only I have personal firsthand knowledge of the entities and interactions with those entities described at docket #47; see Notice(s) herein: 0A, 0B, 0C, 4, 6, 7, 8, 9 and 10;

Statement of Fact #20: I believe it is a fact, therefore, that Determan's conjecture were and are willful and full-knowing efforts to wrongly prolong, expand and extend said false imprisonment against Me and said trespass[es] against Me and My property

Statement of Fact #21: I believe it is a fact that, without My consent and over My three written objections given under affirmation as My firsthand knowledge (recorded into My case [Cf. 15-1570] in June and July 2016) the court has allowed and aided said false imprisonment and trespass[es] with neither Constitutional authority, nor a response from interested parties being under affirmation and firsthand knowledge; see Notice(s) herein: 0A, 0B, 0C, 4, 5, 6, 7, 8, 9, 10 and 1;

Statement of Fact #22: I believe it is a fact that all My financial claims, in the record, are now true, due and owing, retroactive to the dates I gave notice of such; see My "Notice of Objection by Affidavit" recorded into My case [Cf. 15-1570] on or near July 5, 2016, plus docket #47 of said case 1:13 CR00135-01 M;

Statement of Fact #23: I believe it is a fact that all areas of My claim and all documents I recorded into My case, where I wrote "Article III ... " and variations such as "Article III §1 cl 2" and "Article 3 §1 cl 2", it was and is My intent and meaning to write Article III §2 cl 1; all else was typographical error(s).

Notice: Failure of interested parties to provide both me and the court, a responsive reply, point for point, to each of the Statements of Fact herein, within 13 days, demonstrates full-knowing unreserved acceptance that all such statements are true if not rebutted by personal firsthand Knowledge, under oath or affirmation; See Notices 0A, 0B, 0C, 4, 5, 6 and 7; then 8 and 9;

Statement of Fact #24: I have neither seen nor been presented with facts or evidence verified by personal firsthand Knowledge, under oath or affirmation, which contradicts or is contrary to the foregoing twenty three statements of facts (1-23); and I believe none exists;

Notice to agent is notice to all agents and principals

Affidavit / Jurat

County of Granville )
                    ) at law
State of North Carolina )

I, Natosha Allred    a Notary Public for North, do hereby verify that on the date of my signature below, the man, John Joseph Fall being known to me or showed me government issued picture identification, did, in my presence, place his signature below, and
and affirmed under law of God;
A  did say out loud, in living voice "I, the man, John Joseph Fall, not another, say by affirmation as my personal firsthand Knowledge, without intent to mislead, that I am competent to make the foregoing statements 1-24, which are the truth of my beliefs and I will verify likewise in open court, solely under Article III §2 cl 1";

Notary Signature: _Natosha Allred_    Seal: (see above)

Notary Printed Name: Natosha Allred

My commission Expires:  9/14/18      BY: John Joseph Fall, non-liable
                                     agent for the trust, John J. Fall;

Filed in Providence/Bristol County Family Court
Submitted: 7/12/2016 1:11:14 PM
Envelope: 676844
Reviewer: Maria O'Brien

### State of Rhode Island and Providence Plantations

**A. Ralph Mollis**
*Secretary of State*



*Certified Copy of the Original of this one page by Notary Public*
*My Commission Expires 10/31/2015*
*Related to RI UCC-1 0040401333 380*

# APOSTILLE

#### (Convention de La Haye du 5 octobre 1961)

Doc No: 00017285
Book: 10066   Page: 108

1. Country: United States of America

2. This Public document has been
   signed by ................................ A. Ralph Mollis

3. acting in the capacity of .................. Secretary of State

4. bears the seal/stamp of ................... A. Ralph Mollis

**CERTIFIED**

5. at Providence, Rhode Island    6. on   Friday, July 22 2011

7. by Acting Deputy Secretary of State    8. No:  2011073717740

9. Seal/Stamp    10. Signature

*Maureen Ewing*



Maureen Ewing
*Acting Deputy Secretary of State*

This Apostille only certifies the Authenticity of the signature and the capacity of the person who has signed the public document, and,
where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, www.business.sos.ri.gov/apostillesearch

Case CF-A578-15 Document 0001 70386 Page: Page: 21 Date Date: 08/01/2006/2016 Entry Entry ID: 0022 16622953



State of Rhode Island and Providence Plantations
A. Ralph Mollis, Secretary of the State of Rhode Island and Providence Plantations
Uniform Commercial Code

## State of Rhode Island and Providence Plantations
**A. Ralph Mollis**
*Secretary of State*

```
Doc No: 00017285
Book:10066  Page:  109
```

*A TRUE COPY WITNESSED UNDER THE SEAL OF THE STATE*
*OF RHODE ISLAND AND PROVIDENCE PLANTATIONS*

A. Ralph Mollis

*Secretary of State*

By _____ Date 7-26-11
*Duly Authorized Agent*
*Office of the Secretary of State*
*Uniform Commercial Code Division*



State of Rhode Island and Providence Plantations
A. Ralph Mollis, Secretary of State of Rhode Island and Providence Plantations
Uniform Commercial Code

UNIFORM COMMERCIAL CODE - RECORD OF FILING

February 3, 2011
1:26 pm

RI SOS   Filing Number: 201109520590   Date: 02/03/2011 1:26 PM

**201109520590**

# UCC-3 Form - Amendment

*Original File Number:* **200401332470**   *Original File Date:* **6/24/2004 12:10:00 PM**

---

**FILER INFORMATION**
*Full name:* JOHN-JOSEPH: FAMILY OF FALL   *Phone:*
**CONTACT INFORMATION**
*Contact name:* JOHN-JOSEPH: FALL
*Street #1:* ON THE LAND AT: 174 WHEELER AVENUE (FOR #180)
*City:* CRANSTON   *State:* RI   *ZIP:* 02905   *Country:* USA
*Notification Method:* E-Mail   *Email:* casadecampo57@yahoo.com

Doc No: 00017285
Book:10066   Page:   110

**DEBTOR INFORMATION**
*Last Name:* FALL   *First:* JOHN   *Middle:* J.
*Mailing Address1:* 180 WHEELER AVENUE
*City:* PROVIDENCE   *State:* RI   *ZIP:* 02905   *Country:* USA

*Last Name:* SANCHEZ   *First:* CARMEN   *Middle:* D
*Mailing Address1:* 180 WHEELER AVENUE
*City:* PROVIDENCE   *State:* RI   *ZIP:* 02905   *Country:* USA

**SECURED PARTY INFORMATION**
*Last Name:* FALL   *First:* JOHN   *Middle:* JOSEPH
*Mailing Address1:* C/O COMFORD DENTAL, 1482 BROAD STREET
*City:* PROVIDENCE   *State:* RI   *ZIP:* 02905   *Country:* USA

*Last Name:* FALL   *First:* JOHN   *Middle:* JOSEPH
*Mailing Address1:* C/O ON THE LAND AT: 180 WHEELER AVENUE
*City:* PROVIDENCE   *State:* RI   *ZIP:* 02905   *Country:* USA

*Last Name:* FALL   *First:* JOHN-JOSEPH
*Mailing Address1:* 174 WHEELER AVENUE, CRANSTON, RHODE ISLAND [02905]
*City:* PROVIDENCE   *State:* RI   *ZIP:* 02905   *Country:* USA

---

**TRANSACTION TYPE:** TRANSMITTING UTILITY

0-8276-0

Filed in Providence/Bristol County Family Court
Submitted: 7/12/2016 1:21:14 PM
Envelope: 676844
Reviewer: Maria O'Brien

State of Rhode Island and Providence Plantations
A. Ralph Mollis, Secretary of the State of Rhode Island and Providence Plantations
Uniform Commercial Code

UNIFORM COMMERCIAL CODE - RECORD OF FILING

February 3, 2011
1:26 pm

**201109520590**

## COLLATERAL

Any and all kinds of tangible and intangible items, wherever located, existing and hereafter arising, presented to, or about, either or both JOHN FALL and CARMEN SANCHEZ (and any and all variations and derivatives in spelling of those names) as relating to being filed into, or offered (implicitly or explicitly) in support of, Family Court C.A.: NO. P10.0820 (and all variations, derivatives and evolutions of that case number) including but not limited to: any and all kinds of orders, decrees, and judgments; any and all kinds of motions, service of process, summons, subpoenas, contents of docket and evidence file, CUSIP number(s); any and all kinds of claims, complaints, allegations, court case numbers, recommendations, and reports, transcripts, recordings, facsimile transmissions, emails memorandums, forms, appraisals, valuations, budgets and files; any and all kinds of accounts, bonds, bootie, computations, and worksheets; any and all kinds of assents, consents, agreements, and contracts.

NOTICE: This original filing in Rhode Island and the UCC filed in Massachusetts Secretary of State office, UCC file # 200434751710 was filed pursuant to Security Agreement & Indemnity # CDS-060804-RI; here is a partial list of collateral shown therein as it pertains to this UCC filing: CERTIFICATE OF MARRIAGE of JOHN FALL (Groom) and CARMEN D. SANCHEZ (Bride): file #028849, Registered No. 83, Intention No. 85; and ALL documents and/or instruments, children, fictions, tangible and intangible rights and assets, created using said CERTIFICATE OF MARRIAGE, NICHOLAS JOHN FALL, CHRISTOPHER JOHN FALL; passports, driver licenses, professional licenses, businesses, real estate, tax identification numbers, and other items and assets.

NOTICE: Debtors are fictions. Secured Party is a living soul (Genesis 2:7 King James version) without intent to traverse into any fictional jurisdictions nor USC Title 48 jurisdictions. NOTICE: UCC forms and database abrogate spelling of Secured Party's name and address, therefore please take notice of the correct syntax: john-joseph: Fall (notice the only Capitalized letter is "F") and Secured Party's address is NOT in the Zone Improvement Plan (ZIP Code); the Zip Code is used only to expedite delivery of mail under duress, it is not indicative of jurisdiction. Secured Party lives temporarily on the land of Rhode Island state as contrasted with the fiction known as STATE OF RHODE ISLAND. All Rights and Remedies Retained.



```
Doc No: 00017285
Book:10066  Page:   111
```

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

In care of:
J. Fall
180 Wheeler Avenue,
Providence, Rhode Island
near: [02905[

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| FALL | JOHN | J. | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 180 WHEELER AVENUE | PROVIDENCE | RI | O2905 | US |

014561980

| 1d. ADDL INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADDL INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Fall | John | Joseph | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In care of: 180 Wheeler Avenue | Providence | Rh | [02905] | usA |

4. This FINANCING STATEMENT covers the following collateral:

This is Actual and Constructive Notice that all of debtor's interests now held or hereafter acquired is collateral for securing contractual obligation in favor of the Secured Party as detailed in a true, correct, complete, Notarized Security Agreement in the possession of the Secured Party. Notice: In accordance with various USC Section(s) regarding Property – This is the entry of the Debtor in a Commercial Registry as a transmitting utility and the following property is hereby registered in the same as the public notice of a commercial transaction: Certificate of Live Birth, Registered No. 6722, Boston # 451, place of birth = Massachusetts; Treasury Direct Account # 014561980; Employer Identification # 014561980; UCC Contract Trust # (Pending), Marriage Certificate state file number: 028849, Registered No. 83, Intention No. 85. In reference to the entry of the debtor in the comercial registry and as the collateral listed above, all property is accepted for value and is exempt from levy. Adjustment of this filing is in accord with Public Policy HJR-192, Public Law 73-10, UCC 1-103 & UCC 1-104. All proceeds, products, accounts, fixtures, and the orders thereform are released to the Debtor. Secured Party accepts debtor's signature in accord with UCC 1-201 & 3-401. Note: Correct spelling of Secured Party's STATE (in box 3c. above) is Rhode Island state.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

75604-32-1076398

Notice of Affidavit of Crimes, Claim and

# Tax Reporting Statement

Cf. 26 U.SC. 6011 "When required by regulations...

any person made liable for any tax..., shall make a

return **or statement**..." See Addendum(s):

FILED IN CLERKS
US COURT OF APP
FOR THE FIRST C

Account name: John J. Fall      Type: artificial being/private trust

Account number:   XXX-XX-XXXX ← Redacted for court filing purpose

Years: 1997, 1998, 1999, 2000, 2001, 2002, 20003, 2004, 2005, 2006, 2007, 2008,

2009, 2010, 2011, 2012, 2013, 2014, 2015

Temporary Address: FPC Camp; P.O. Box 1000, Butner, North Carolina.

Form: "1040" or "Statement" Cf. 26 U.S.C. § 6011 and 26 CFR § 301. 6011-1

Notice: 18 U.S.C. § 2071

Notice: The word "or" as used herein, is not exclusive (does not negate);

Notice: All "Addendum(s)" referenced are located in My case [Cf. 15-1570] at Boston, Mass Federal
Court, recorded on or near May 3, 2016;

Statement of Fact: My facts are My beliefs, and My beliefs are My facts;

see Addendum(s): A0, A1, A2

Statement of Fact: I believe all of My Facts herein are truth, My firsthand

knowledge given without intent to mislead, and I am competent

to make these statements of fact, except: I do not comprehend

the strange and foreign language of the legal society and the

District of Columbia municipal corporation, nor their customs

and practices; My sole language of comprehension is the

common English way as definitions are shown in Noah

Webster's 1828 English dictionary.

created after year 1862

Statement of Fact: [Therefore] All citations, referenced herein are provided to

help agents of the District of Columbia municipal corporation see their scope

Page 1 of 16

of authority, and not to demonstrate jurisdiction over Me, the private trust John J. Full, nor My beneficial interests;

Statement of Fact: I do not now, nor have I ever waived My God-given rights protected by the federal Constitution of the Union (i.e.: created circa 1787-1789; formerly the "Union of Colonies") as contrasted with the federal Constitution of the foreign Government for the District of Columbia", see Addendum(s): I4, A0, A1, A2

Statement of Fact: On all forms, applications and documents which I have interacted with, where the phrases "U.S." and "United States" and "STATE OF ___" were relating to Me and/or said private trust, it was My belief and intent that such phrases were exclusively meaning the Union of land areas contempleted in the original Constitution of the original jurisdiction created circa 1787-1789, formerly known as the "Union of Colonies", as contrasted with the foreign Government for the District of Columbia and [other] jurisdiction(s) created by Article I §8(17); see Addendum(s): B3, B0, B2, B1, B4, C

Statement of Fact: I did not Know, and was unaware, until December, 2015, that the word "State" had been transformed and changed by Congress, into a legal meaning term that refers to the "District of Columbia municipal corporation" See Addendum (s): C, B4, H7, and especially G2 re "fraud"

Statement of Fact: I now believe:

the term "State" literally means
"District of Columbia municipal corporation"

the term "United States" literally means
"United District of Columbia municipal corporations"

"United States Code" literally means
"District of Columbia municipal corporation Code"

"U.S. Tax Laws" literally means
"District of Columbia municipal corporation Tax Laws"

"U.S. Department of Justice" literally means
"District of Columbia municipal corporation Department of
Justice"

"United States District Court" literally means
"District of Columbia municipal corporation District Court"

"U. S. Department of the Treasury" literally means
"District of Columbia municipal corporation Department of
the Treasury"

"U. S. Individual Tax [Return]" literally means
"District of Columbia municipal corporation Individual Tax
[Return]"

Page 3 of 16

Statement of fact: I believe that neither I nor the artificial being John J. Fall has ever been a citizen of, a resident of, with sources of income from within or subject to, a fiduciary in relation to, and/or under valid assent or agreement to, the United States (legal meaning term) a.k.a. District of Columbia its territories, possessions, states and districts, **nor** any jurisdiction created by Article I §8 cl 17 of the federal Constitution; nor have either of us ever Knowingly indicated such: see Addendum(s): AC, B4, C, B1, B2, B3, H2, H3

Statement of Fact: I have neither seen nor been presented with proof or testimony by firsthand Knowledge, under oath or affirmation which demonstrates that the following entities have jurisdiction beyond Article I §8 cl 17 of the federal Constitution and I believe no such proof or testimony **exists**: "U.S. Department of the Treasury", "United States **District** Court(s)", "U.S. Department of Justice", "U.S. Marshals Service", "U.S. Bureau of Prisons", "Internal Revenue Service" [and many more]; See Addendum(s): H7, C, B4, G2;

Statement of Fact! I believe the IRS and said District of Columbia municipal corporation and its agencies, have no jurisdiction within the counties, burroughs and parishes of the land areas of the Union (**created circa** 1787-1789; formerly Known as the "Union of Colonies") such as where I have made my home and citizenship all my life; see Addendum(s): H7, B4, H4, G2, I1, I2, I3, see also Article I §8 cl 17 of the federal Constitution;

Statement of Fact: I believe I was tricked and decieved by agencies of the District of Columbia's implementation of legal meaning terms that look like common English words but have severe consequences, like the term(s) "State", "United States", "person" and "individual"; plus other "legal meaning terms" shown below; See Addendum(s): G2, G1, G3, H4;

Statement of Fact:

I have neither seen nor been presented with proof or testimony given by firsthand knowledge, under oath or affirmation which demonstrates that any of the following legal meaning terms have ever applied to either me or said artificial being John J. Fall; and I believe no such proof or testimony exists:

legal meaning terms:

"person", "individual", "taxpayer", self-employed", "self employment", "wages", "income" "gross income", "U.S.", "State", "United States" (Cf. 28 U.SC. 3002 (A)(15)), "employee" or, "employer";

See Addendum(s): G2, G1, G4, I4 and A8

Statement of Fact: I have neither seen nor been presented with a specified Act of Congress expressly represented by a government agent, as imposing or placing a mandatory "duty" or liability upon either me or the artificial being John J. Fall, regarding federal taxes; and I believe no such "Act of Congress", "duty" and/or "liability" exists;

see Article I section 7, Article VI cl 2 and see Addendum(s): G1, G2, H4 and C with B4;

Statement of Fact: I believe Congress of the United States has no authority to create laws that can either impute or place a punishment against the Joint Tenants in the Sovereignty such as me; See Addendum(s): B3, B4, H7

Statement of Fact: I believe that neither I nor the artificial being John J. Fall, have ever consented to a debt prior to, or during said "Years", to the said United States (legal meaning term)[F1] a.k.a. <u>District of Columbia municipal corporation</u>, nor any jurisdiction(s) created by Article I §8 cl 17 of the federal Constitution, nor any of their agencies, such as IRS; see Addendum(s): E1, E2, E3, G1, H4, H7, G2

[F1] Cf. 28 USC 3002 (A)(15)

Statement of Fact: I beleive that all forms of remuneration, compensation, income and gain received by either me or the said artificial being, John J. Fall, <u>were solely in the nature of debt</u> by way of non-redeemable credits and notes in the Federal Reserve System and never anything of intrinsic value; See Addendum(s): L, D, I 1;

Statement of Fact: I believe examples of said non-redeemable credits and non-redeemable notes, which are solely in the nature of debt, are the following amounts, credited to the artificial being John J. Fall:

| Year | Amount (approximate) | |
|------|------|------|
| 2011 | < 33,000. > | FIA Card Services |
| 2012 | < 3,700. > | Ace Hardware |
| 2012 | < 4,500. > | Blue Hills Regional Technical H.S. |
| 2012 | < 66,000. > | stolen by Ameriprise Trust Co. and Family Court |
| 2013 | < 27,000. > | Blue Hills Regional Technical H.S. |
| 2013 | < 4,600. > | Mass Dept. of Labor |
| 2013 | < 3,800. > | |
| 2014 | < 12,000. > | |
| 2015 | < 12,000. > | |

Statement of Fact: I believe said debt and all debt, is not taxable;

Statement of Fact: I believe there is no lawful money in circulation for paying debts (per an Act of Congress); See Addendum(s): L, D, I1;

Statement of Fact: I believe the Congress of the United States has no authority to make laws against the Joint Tenants in the Sovereignty, such as me; See Addendums: A3, A5, A2, B0, B1, B2, B3, B4, H7

Statement of Fact: I believe that only the fiduciary for said artificial being, John J. Fall, is responsible for duties or liabilities and that I have never been such fiduciary; see Addendum A6;

Statement of Fact: I am the non-liable agent, sole beneficiary and grantor to said artificial being; see "Power of Attorney In Fact" recorded at the Providence County Registry of Deeds; and "Declaration of Status... recorded at docket 266 at case 1:13-CR-00135M U.S. District Court of Rhode Island with Amendments recorded in May 2016 at case 15-1570 Massachusetts Federal District Court; Cf. FRE 201; Cf. 28 U.S.C. 902 (11);

Statement of Fact: I am the superior creditor and Secured Party in relation to said artificial being John J. Fall, debtor, pursuant to UCC-1 recorded at Providence County Registry of Deeds, Providence, Rhode-Island by an Act of State Doctrine protected document (Apostille); see "treaty" at Article III sec 2 of the federal Constitution; See Addendum(s): A7, D; see Exhibit 1 attached hereto; See also: UCC-1 and UCC-3 filed with Massachusetts' secretary of state's office, file #200434751710; See Ground/section "My Identity (Clarified)" filed into case 15-1570 on or near May 3, 2016 at Federal Court, Boston, Massachusetts; Page 7 of 16

Statement of Fact: I believe all federal income taxes are solely related to tax on the sale or distribution of alcohol, tobacco and firearms and not otherwise; See my un-rebutted affidavit at docket #197, Federal Court, RHODE ISLAND case 1:13CR00135-01M (2014);

Statement of Fact: I believe [wo]man who sometimes act as agents of the Internal Revenue Service did intentionally, knowingly and without authority impose demands, collection activity and enforcement activity solely for taxes related to alchohol, tobacco and firearms against said artificial being John J. Fall and My marital estate (Comfort Dental, Broad Street Investments, LLC and CARMEN D. SANCHEZ) relative to said years; see Addendum(s): C, B4, H7, G2; See docket #197, Exhibit (titled similarly:) "16+ Letters to IRS..." in case 1:13-CR-00135-01M;

Statement of Fact: I believe said [wo]man include but are not limited to: Kenneth Cournoyer, William P. Marshall, Shawn L. Skene, Diane Riley and Laurie McGunagle (CID);

Statement of Fact: I believe said [wo]man had neither Constitutional authority nor valid assent or agreement to impose said demands and activity; see definition of "State" in 16th amendment at Addendum(s): C, then B0, B1, H7; see also Addendum(s): H1, H7, G2, I4;

Statement of Fact: That between the years 2005 to and including year 2014 I delivered over 16 letters to the IRS offering to satisfy a proof of claim, plus I offered at least 4 bonds and I never received a responsive reply; see exhibits at docket #197 and see docket #218, both at case 1:13CR00135-01M U.S. District Court for District of Rhode Island; also see various affidavits concerning said artificial being and My marital estate recorded in the county at Cranston City Hall, Park Avenue, Cranston, Rhode-Island; See Addendum(s): D, G4, G2;

Page 8 of 16

Statement of Fact: Said exhibits show a synopsis of said
16 letters to the IRS and responses to My Freedom of Information
Act requests which demonstrated their was no authorization for:

  a.) the return and assessment prepared by Diane Riley, a
   [wo]man who sometimes worked for the IRS;

  b.) the return and assessment prepared and signed by William
   P. Marshall "Area Director" was an **un**authorized
   "Jeapordy Assessment; and not recorded in the IRS
   computer system (Cf. 18 U.S.C. § 2071); Said letters and proof
   of service are all available upon request. See Addendum(s) D, H4, H7, I1.

Statement of Fact: I believe said responses to My Freedom of
Information Act requests also demonstrated:

  a.) there is no "Proof of Claim" as basis for any and
   all assessments against John J. Fall;

  b.) there is no "Matching Contract" authorizing said
   assessment, Jeopardy Assessment, nor any assessment,
   nor any civil or criminal investigation;

See Addendum(s) D, H4, H7, I1;

Statement of Fact: I believe said Diane Riley fabricated, invented
and Knowingly faslified said assessment, without authority; See said
responses to My Freedom of Information Requests; See said docket #197 and 218;

Statement of Fact: I believe Kenneth Cournoyer Knowingly, willingly
and intentionally issued and put forth IRS [2039] Summons, without
authority and for the wrong Kind of tax; and unlawfully used an
"administrative summons" process as a criminal investigation; See docket
#218, 197 and 226 (which all sworn affidavits by Me in living voice before
a government officer as witness) filed into said case 1:1300135-01M
at Federal District Court in Rhode Island; then see "Motion #14" filed
into said case, re said [fraudulent] summons process;

Statement of Fact: Without being based on an Act of Congress that created a duty or liability, and without firsthand Knowledge, I believe said Kenneth Cournoyer and William P. Marshall conspired, with intent of malice, harm and injury, to fabricate and invent a story of "warehouse banking", "aliases" and numerous "entities", all alleged to be used to avoid federal income taxes [to the District of Columbia municipal corporation]; as described in said Jeopardy Assessment and said "Form 870" proferred by Bruce McKenna, a [wo]man who sometimes acts as agent for Internal Revenue Service ("IRS"); see docket #47 and see responses to My Freedom of Information Act requests in dockets #197 and 218 in said case 1:13CR00135-01M; and see My testimony in those three dockets, which are all unrebutted by a [wo]man with firsthand Knowledge under oath or affirmation;

Statement of Fact: I believe both said assessment and said Jeopardy-Assessment were made without personal firsthand Knowledge, without a specified section of an Act of Congress which created a "duty" or liability against said John J. Fall, and without an implementing regulation published in the Federal Register (see said "Motion #14"); and were not based on any Kind of valid assent or agreement; See Addendum(s): H1, E1, E2, E3, H4

Statement of Fact: I believe said Jeopardy Assessment was implemented as a basis to wrongly, fraudulently and without Congressional and Constitutional authority to:

    a.) use threats to extort funds from my said marital estate, in the amount of hundreds of thousands of dollars; plus

    b.) rob and steal well over $100,000.00 (one hundred thousand dollars) from a company named N.E.R.H., LLC by way of a fraudulent case filed into federal district court in Boston, Massachusetts;

see My unrebutted affidavit filed into said case in or near year 2010;

See Addendum(s): D, I1, H7; and I4;

See said dockets #47, 197, 218 and 226 which are incorporated hereto by this reference as if fully set forth herein;

Statement of Fact: I believe said Kenneth Cournoyer and said William P. Marshall conspired with said Shawn L. Skene to file into multiple counties, false and fraudulent documents titled (similarly): "Notice of Federal Tax Lien" based on said Jeopardy Assessment, which:  a) became evidence for My wife filing an Affidavit for divorcing me; which resulted in her having to obtain therapy from a psycologist, plus my two young minor sons having to obtain therapy from a child counselor, plus mental terror and stress to my wife and me; all resulting in separation of me from my sons for five years and homelessness to me;

b.) damaged My reputation, dignity and ability to earn compensation commensurate with my skills;

c) damaged the credit rating of said artificial being which negatively affected my beneficial interest therein;

Statement of Fact: I believe said assessment and Jeopardy assessment are the foundation for the false and fraudulent prosecution of case 1:135CR00135-01M at Federal District Court of Rhode Island, which has resulted in:

Page 11 of 16

a.) wrong ful trespass against My property without compensation to Me, such as: My time, freedom, locomotion, peace of mind, happiness dignity, reputation, earning a bility; see 4th and 5th amendment in Bill of Rights of federal Constitution;

b.) false and wrongful arrest of Me; see 4th amendment in said Bill of Rights;

c.) false and wrongful imprisonment of Me for over 734,000 minutes (units of time); see said 4th and 5th amendment;

d.) separation of me from caring for, and living with, My elderly and sickly father due to a fraudulent court order with no Constitutional authority nor specified Act of Congress that created a "duty" or liability applicable to me, behind said order; and due to false arrest, seize and imprisonment of Me by Laurie McGunagle and other agents of the Internal Revenue Service;

e.) extreme mental terror to me, that resulted in hospitalization of me during pre-trial, between approximately Oct. 30, 2014 to Nov. 6, 2014; see docket 168, then "TEXT ORDER" of 11/04/2014 then see My medical records in docket #47;

f.) theft and robbery and extortion of My property by said [wo]man who sometimes work for the Internal Revenue Service, such as My marriage, documents, books, records, computer items, DNA, marital funds, many thousands of My life hours trying to settle administratively but with no cooperation from said [wo]man (see said "16+ Letters at docket 197; and see docket 218;

Page 12 of 16

Statement of Fact: I believe said [wo]man who sometimes work for the Internal Revenue Service did willingly and knowingly commit the following crimes and trespasses against Me and My property and in violation and breach of the laws that govern them:

a.) treason to the Constitution
See Article I §8 (17), see Grounds "No Jurisdiction - Act of Congress (willfullness)" and "No Jurisdiction - Court", "My Identity (Clarified)" and "Statement of My Jurisdiction" filed into My case [Cf. 15-1570] at Massachusetts Federal District Court in Boston on or near May 3, 2016 and amended by "Amendment" later in May, 2016, both documents hereinafter referred to as "My Claim"

b.) Imposing upon Me and My marital estate, false and fraudulent documents by way of the United States Postal Service and by way of the foreign court, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, such as fraudulent and unauthorized IRS Summons and assessments to terrorize, decieve, and coerce Me and My marital estate by way of extortion for funds;
Cf. 18 U.S.C. §1001   Statements Generally
Cf. 18 U.S.C. §1002   Possession of false papers
Cf. 18 U.S.C. §1018   Official Certificates or writings.
Cf. 18 U.S.C. §872   Extortion by officers or employees of the United States
Cf. 18 U.S.C. §1341 [using the mail system to defraud for money]
Cf. 18 U.S.C. §876 [mailing threatening communications]

Page 13 of 16

Cf. 18 U.S.C. §877 [mailing threatening communications from a foreign country]

c.) Deprivation of My God-given property, which contains My rights and My religious beliefs;
  Cf. 18 U.S.C. §241, §242, §246, §247 and §402

d.) vicious and malicious hate crime against Me, My foreign nationality and My marriage (by knowingly causing divorce); See My unrebutted affidavits in said case 1:13-CR-00135M dockets 197, 218 and 265;
  Cf. 18 U.S.C. §249 [Hate Crimes]; Cf. 18 U.S.C. §241 [Conspiracy against rights]
  Cf. 18 U.S.C. §373 [Solicitation to commit a crime of violence]
  Cf. 18 U.S.C. §371 [Conspiracy to commit offense]
  Cf. 18 U.S.C. §242 [Deprivation of Rights]
  Cf. 18 U.S.C. §402 [Contempts constituting crimes]

e.) False arrest, seize and imprisonment of Me, to obtain Money by extortion; Cf. 18 U.S.C. §249 (B)(ii) [kidnapping]
  Cf. 18 U.S.C. §1957 [Engaging in monetary transactions in property derived from unlawful activity]
  Cf. 18 U.S.C. §880 [recieving proceeds of extortion]
  Cf. 18 U.S.C. §1581 [Peonage]

Notice: 18 U.S.C. §7214(a)(8) [requires tax crimes to be reported to the Secretary of the Treasury]

Page 14 of 16

f.) Cause of mental terror, stress and related hospitalization to Me; see My medical records at docket #47 of said case 1:13-CR-CO135M and then see "11/04/2014" "TEXT ORDER" regarding [said] "hospitalization" and see docket #168;

Cf. 18 U.S.C. § 1365 (h)(4) ["the term bodily injury means -- (D) impairment of... mental faculty"]

See Bill of Rights Article 8 (8thamendment) re cruel punishment

Cf. 18 U.S.C. § 249 (B)(i) [Hate Crimes]

Cf. 18 U.S.C. §241, §242, §246, §247, §402

g.) Fraud, by way of concealing material information: See said docket #197, exhibits too; concealing the Proof of Claim and the specific Act of Congress that created a "duty" for all of the foregoing actions of said [wo]man who sometimes work for the Internal Revenue Service;

Cf. 18 U.S.C. §1341, §1018

Cf. 26 U.S.C. §7214 [Wrongful Acts of Revenue Officers]

Cf. 26 U.S.C. § 7433 [Unauthorized collection activity]

Cf. 18 U.S.C. §1018 [False writings and fraud]

Demand for Rebuttal; Claim Stated:

Failure of the Internal Revenue Service and said agents to rebut and provide responsive reply to each and every one of the foregoing Statements of Fact(s) and their subparts (if any) under oath or affirmation, by personal firsthand →

Knowledge, within 13 (thirteen) days of this Affidavit being filed on the record, demonstrates their full-knowing, willful and unreserved acceptance of such statements and:

a.) that such statement of facts are true;

b.) that an amount of $300,000,000.⁰⁰ (three hundred million) in U.S. Dollars is now true, due and owing from said Internal Revenue Service to Me, as compensation for said **crimes and** trespasses against Me and My property, punitive damages, plus 16 (sixteen) percent interest-only per annum on all unpaid amount(s), plus costs of collection, including but not limited to attorney's fees;

c.) that said amount is assignable at My sole discretion and without prior notice;

d.) that said Internal Revenue Service hereby appoints JOHN JOSEPH FALL as its attorney-in-fact with full power of attorney, to sell, liquidate, encumber, hypothecate and/or pledge all assets, tangible and intangible, for Me to collect and settle the foregoing amount, plus sign and administer all documents necessary for such, as non-liable agent for said JOHN JOSEPH FALL;

I verify by affirmation, under penalty of perjury that the foregoing statements are the truth of My beliefs, without intent to mislead, and that I believe I am competent to make such statements as My personal firsthand Knowledge, BY: John Joseph Fall, non-liable agent; without intent to traverse;

Case Number: P20100820
Filed in Providence/Bristol County Family Court
Submitted: 7/12/2016 1:11:14 PM
Envelope: 676844
Reviewer: Maria O'B...

## State of Rhode Island and Providence Plantations

**A. Ralph Mollis**
*Secretary of State*

# APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country: United States of America

2. This Public document has been
   signed by                                    A. Ralph Mollis

3. acting in the capacity of                    Secretary of State

4. bears the seal/stamp of                      A. Ralph Mollis

### CERTIFIED

Doc No: 00017285
Book:10064 Page: 108

5. at Providence, Rhode Island        6. on    Friday July 22 2011

7. by Acting Deputy Secretary of State    8. No: 201107371740

9. Seal/Stamp                              10. Signature



Maureen Ewing
*Acting Deputy Secretary of State*



This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and,
where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille: www.business.sos.ri.gov/apostillesearch

Case Number: P20100820
Filed in Providence/Bristol County Family Court
Submitted: 7/12/2016 1:11:14 PM
Envelope: 670844 Request: 13026
Reviewer: Maria O'Brien
Page: 1 of 4



State of Rhode Island and Providence Plantations
A. Ralph Mollis, Secretary of the State of Rhode Island and Providence Plantations
Uniform Commercial Code

# State of Rhode Island and Providence Plantations

**A. Ralph Mollis**
*Secretary of State*

Doc No: 00017285
Book:10066    Page:    109

## A TRUE COPY WITNESSED UNDER THE SEAL OF THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

*A. Ralph Mollis*

*Secretary of State*

By _____    Date 7-26-11

*Duly Authorized Agent*
*Office of the Secretary of State*
*Uniform Commercial Code Division*



Case:Case:575-15Documenten0011730386Page:Page: 43ate Date:08/01/08/04/201Entry EntryID:6022160622953

Case Number: P20100820
Filed in Providence/Bristol County Family Court
Submitted: 7/12/2011 11:16:14 PM
Envelope: 676844
Reviewer: Maria O'Brien          3 of 4

State of Rhode Island and Providence Plantations
A. Ralph Mollis, Secretary of the State of Rhode Island and Providence Plantations
Uniform Commercial Code

UNIFORM COMMERCIAL CODE - RECORD OF FILING

February 3, 2011
1:26 pm

RI SOS     Filing Number: 201109520590     Date: 02/03/2011 1:26 PM

201109520590

# UCC-3 Form - Amendment

*Original File Number:* 200401332470     *Original File Date:* 6/24/2004 12:10:00 PM

## FILER INFORMATION
*Full name:* JOHN-JOSEPH: FAMILY OF FALL     *Phone:*

## CONTACT INFORMATION
*Contact name:* JOHN-JOSEPH: FALL
*Street #1:* ON THE LAND AT: 174 WHEELER AVENUE (FOR #180)
*City:* CRANSTON   *State:* RI   *ZIP:* 02905   *Country:* USA
*Notification Method:* E-Mail   *Email:* casadecampo57@yahoo.com

Doc No: 00017285
Book:10066   Page: 110

## DEBTOR INFORMATION
*Last Name:* FALL   *First:* JOHN   *Middle:* J.
*Mailing Address1:* 180 WHELER AVENUE
*City:* PROVIDENCE   *State:* RI   *ZIP:* 02905   *Country:* USA

*Last Name:* SANCHEZ   *First:* CARMEN   *Middle:* D
*Mailing Address1:* 180 WHEELER AVENUE
*City:* PROVIDENCE   *State:* RI   *ZIP:* 02905   *Country:* USA

## SECURED PARTY INFORMATION
*Last Name:* FALL   *First:* JOHN   *Middle:* JOSEPH
*Mailing Address1:* C/O COMFORD DENTAL, 1482 BROAD STREET
*City:* PROVIDENCE   *State:* RI   *ZIP:* 02905   *Country:* USA

*Last Name:* FALL   *First:* JOHN   *Middle:* JOSEPH
*Mailing Address1:* C/O ON THE LAND AT: 180 WHEELER AVENUE
*City:* PROVIDENCE   *State:* RI   *ZIP:* 02905   *Country:* USA

*Last Name:* FALL   *First:* JOHN-JOSEPH
*Mailing Address1:* 174 WHEELER AVENUE, CRANSTON, RHODE ISLAND [02905]
*City:* PROVIDENCE   *State:* RI   *ZIP:* 02905   *Country:* USA

## TRANSACTION TYPE: TRANSMITTING UTILITY

0-8276-0

Case Number: P20100820
Filed in Providence/Bristol County Family Court
Submitted: 7/12/2015 1:11:14 PM 13026
Envelope: 676844
Reviewer: Maria O'Brien                    4 of 4

State of Rhode Island and Providence Plantations
A. Ralph Mollis, Secretary of the State of Rhode Island and Providence Plantations
Uniform Commercial Code

UNIFORM COMMERCIAL CODE - RECORD OF FILING
February 3, 2011
1:26 pm

**201109520590**

## COLLATERAL

Any and all kinds of tangible and intangible items, wherever located, existing and hereafter arising, presented to, or about, either or both JOHN FALL and CARMEN SANCHEZ (and any and all variations and derivatives in spelling of those names) as relating to being filed into, or offered (implicitly or explicitly) in support of, Family Court C.A.: NO. P10.0820 (and all variations, derivatives and evolutions of that case number) including but not limited to: any and all kinds of orders, decrees, and judgments; any and all kinds of motions, service of process, summons, subpoenas, contents of docket and evidence file, CUSIP number(s); any and all kinds of claims, complaints, allegations, court case numbers, recommendations, and reports, transcripts, recordings, facsimile transmissions, emails memorandums, forms, appraisals, valuations, budgets and files; any and all kinds of accounts, bonds, bootie, computations, and worksheets; any and all kinds of assents, consents, agreements, and contracts.
NOTICE: This original filing in Rhode Island and the UCC filed in Massachusetts Secretary of State office, UCC file # 200434751710 was filed pursuant to Security Agreement & Indemnity # CDS-060804-RI; here is a partial list of collateral shown therein as it pertains to this UCC filing: CERTIFICATE OF MARRIAGE of JOHN FALL (Groom) and CARMEN D. SANCHEZ (Bride): file #028849, Registered No. 83, Intention No. 85; and ALL documents and/or instruments, children, fictions, tangible and intangible rights and assets, created using said CERTIFICATE OF MARRIAGE, NICHOLAS JOHN FALL, CHRISTOPHER JOHN FALL; passports, driver licenses, professional licenses, businesses, real estate, tax identification numbers, and other items and assets. 
NOTICE: Debtors are fictions. Secured Party is a living soul (Genesis 2:7 King James version) without intent to traverse into any fictional jurisdictions nor USC Title 48 jurisdictions. NOTICE: UCC forms and database abrogate spelling of Secured Party's name and address, therefore please take notice of the correct syntax: john-joseph: Fall (notice the only Capitalized letter is "F") and Secured Party's address is NOT in the Zone Improvement Plan (ZIP Code); the Zip Code is used only to expedite delivery of mail under duress, it is not indicative of jurisdiction. Secured Party lives temporarily on the land of Rhode Island state as contrasted with the fiction known as STATE OF RHODE ISLAND. All Rights and Remedies Retained.

John Joseph Fall
[#64-363-0970]
F.P.C.
P.O. Box 1000
Boston, N.C. [2816...]

7016 0340 0000 6351 5362

*09302-0/0*
Federal District Court,
1 Courthouse WAY
John Joseph Moakley
Boston, MA 02210
United States

